*PLEASE NOTE THAT THIS CALENDAR REPLACES THE CALENDAR SENT OUT BY JUDGE FITZSIMMONS. THERE WILL NO LONGER BE A CONFERENCE WITH JUDGE FITZSIMMONS ON OCTOBER 9, 2003. PLEASE MAKE ARRANGEMENTS FOR A TELEPHONE CONFERENCE WITH JUDGE HALL, AS PER THE INSTRUCTIONS BELOW.

09/26/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONIC STATUS CONFERENCE Calendar

Honorable Janet C. Hall, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

OCTOBER 14, 2003

10:00 a.m.

CASE NO.   3-01-cv-2166 Ziemba v Armstrong
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Matthew B. Beizer | Attorney General's Office, 110 Sherman St., Hartford, CT 860-808-5318 |
| Duane Ziemba | Northern Correctional Institution, P. O. Box 665, Somers, CT |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone Chambers at (203) 579-5554