FILED

2003 OCT 28  P 12: 23

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | NO. 3:01CV2166 (JCH) (HBF) |
| V. | : | |
| JOHN ARMSTRONG, ET AL. | : | OCTOBER 27, 2003 |

### ANSWER

The undersigned defendants hereby answer the plaintiff's Amended Complaint dated August 7, 2002.

1. Denied.

2. Denied.

3. Denied.

4. Admitted.

5. It is admitted that John Armstrong was the Commissioner of the Department of Correction during the alleged incidents in the plaintiff's complaint. The remainder of the allegations are denied.

6. It is admitted that Kevin Defray was the Correctional Captain during the alleged incidents in the plaintiff's complaint. The remainder of the allegations are denied.

7. It is admitted that Larry Myers was a Correctional Warden during the alleged incidents in the plaintiff's complaint. The remainder of the allegations are denied.

8. It is admitted that Reginald MacAllister was a correctional medic during the alleged incidents in the plaintiff's complaint. The remainder of the allegations are denied.

9. The defendants are without knowledge or information sufficient to form a belief as to the truth of this averment and, therefore, leaves the plaintiff to his proof.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. The defendants are without knowledge or information sufficient to form a belief as to the truth of this averment and, therefore, leaves the plaintiff to his proof.

17. Admitted.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. It is admitted that the plaintiff received a disciplinary ticket for his actions. The remainder of the allegations are denied.

24. Denied.

25. Denied.

26. Denied.

27. The defendants are without knowledge or information sufficient to form a belief as to the truth of this averment and, therefore, leaves the plaintiff to his proof.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

The plaintiff's Prayer for Relief is denied in its entirety.

## AFFIRMATIVE DEFENSES

1. Prior to commencing this suit, the plaintiff failed to exhaust his administrative remedies as required by the Prison Legal Reform Act of 1995, accordingly, his action must be dismissed as a matter of law.

2. All of the plaintiff's claims against defendants Armstrong and Myers are legally insufficient as the plaintiff fails to establish the requisite personal involvement of these defendants in the alleged constitutional violation.

3. At all times pertinent to the allegations in plaintiff's lawsuit, the defendants acted within the scope of their duties as correctional officials and in an objectively reasonably fashion. Accordingly, they are entitled to qualified immunity.

4. In regard to the plaintiff's medical claims, he has failed to state a claim that the defendants were deliberately indifferent to his serious medical needs.

5. In regard to the plaintiff's non-medical claims, he has failed to state a claim upon which relief can be granted.

DEFENDANTS
John Armstrong

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
Federal Bar #ct16304
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
E-Mail: matthew.beizer@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 27th day of October, 2003:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

_____
Matthew B. Beizer
Assistant Attorney General