<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED
2003 NOV 19 P 4: 32

Duane Ziemba

Civil Action No.
3:01 cv 2166 (JCH)(HBF)

vs.

John Armstrong, et al.

November 18, 2003

<u>Motion For Leave To File</u>
<u>Amended Complaint</u>

Pursuant to Fed. R. Civ. P. 15(a), the plaintiff respectfully requests leave to file the Amended Complaint, attached hereto.

The proposed Amended Complaint differs from the currently operative Complaint in the following ways:

1. It does not add any new defendants and it only contains a more detailed recitation of the underlying facts, which were already set forth or attempted to be set forth in the original pleading. Fed. R. Civ. P. 15(c). See <u>Seigal V. Converters Transportation,</u>

Inc., 714 F.2d 213, 216 (2d Cir. 1983) (relation back provisions of Rule 15(c) is to be liberally construed to ensure that claims are decided on the merits rather than on procedural technicalities.

2. For the trial of this case it was essential to move for leave to file the proposed Amended Complaint, because this proposed Complaint sets forth twelve specific claims for relief.

3. There can be no prejudice to the defendants from the granting of this request; but there would be profound injury to the plaintiff if the claims for releif set forth in the proposed Amended Complaint are not allowed to proceed. "Rule 15(a) requires that a Court's permission to amend a pleading shall be freely given ⟶ when justice so requires." Kim v. Convent of the Sacred Heart, 1998 U.S. Dist. LEXIS 6692 3 (D.Conn.1998). (quoting Fed.R.Civ.P. 15(a)); Conntect, Inc. v. Turbotect, Ltd., 1998 U.S. Dist. LEXIS 2354 5 D.Conn.1998. Justice requires amendment of the complaint in this case.

#2

Wherefore, this honorable Court should grant plaintiff leave to file the Amended Complaint.

Respectfully Submitted

*Duane Ziemba*

Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of November, 2003:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#3