FILED

2003 DEC -3 P 12: 15

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| *Plaintiff,* | : | NO. 3:01CV2166(JCH)(HBF) |
| | : | |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, KEVIN DeGRAY, | : | |
| LARRY MYERS, REGINALD MacALLISTER | : | |
| *Defendants.* | : | DECEMBER 2, 2003 |

### APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants, in the above-captioned case.

Dated at Hartford, Connecticut, this 2nd day of December, 2003.

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____Neil Parille_____
Neil Parille
Assistant Attorney General
Federal Bar No. ct15278
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5020
Fax No. (860) 808-5591
E-Mail: neil.parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail to the following on this 2nd day of December, 2003, to:

Duane Ziemba, Inmate No. 128963
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

_____
Neil Parille
Assistant Attorney General