*Level 3 resubmitted 6/08/02*
*Level 3 again resubmitted on 7/5/02*

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

*Filed Pursuant To Prison Litigation Reform Act.*

| Inmate name Duane Ziemba / April 24, 2002 | Inmate no. 128963 |
|---|---|

| Facility Cheshire C.I. | Housing unit NH-419 | Date 4/24/02 |
|---|---|---|

[X] Line grievance   [ ] Line emergency   [ ] Health grievance   [ ] Health emergency

**1. Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

Armstrong/Milling did not act on my correspondence. And Commissioner Armstrong refused to accept all my family members' phone calls. See overwhelming evidence, Armstrong is liable with Milling.

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

I was recently 3/28 transferred back to CT. D.O.C. from Nevada. Was on Paxil medication for severe panic attacks. As soon as my transfer started, I was totally denied medication and forced (Again) to fly on plane. Paxil medication just stopped which inflicted severe anxiety etc → again, causing torture. My next of kin family member received Paxil in Mail → Shocking.

**3. Action requested.** Describe what action you want taken to remedy the grievance.

(1) Compensate me for the torture inflicted. (2) State full name of person who mailed (Unlawfully) Paxil to my family and why. (3) Commissioner Armstrong to stop his terrorism, fired, charged.

Inmate signature *Duane Ziemba*

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| IGP no. | | T no. | |
|---|---|---|---|
| Date received | Disposition | | Date of disposition |

Grievance issue

Reasons

Level-1 reviewer

# Inmate Grievance Form B, Levels 2 and 3

CN 9601B
7-1-98

Connecticut Department of Correction

Filed Pursuant to the Prison Litigation Reform Act.

| Inmate name Duane Ziemba / May 25, 2002 | Inmate no. 128963 |
|---|---|
| Facility Northern C.I. | Housing unit E1-206 | Date 5/25/02 |

☒ Line grievance   ☐ Line emergency   ☐ Health grievance   ☐ Health emergency

| IGP no. | T no. |
|---|---|

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because Attached May 24/2002 level one grievance, Warden Rodriguez refused to act on within time limit. See records this grievance is 100% justified

Inmate signature Duane Ziemba / May 25, 2002    Date 5/25/02

## FOR OFFICIAL USE ONLY: LEVEL 2 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| | | |

Reasons

Level-2 reviewer

☐ This grievance may be appealed within 5 days to Level 3
☐ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because The level 1/2 reviewers refuse to act on this grievance, And Armstrong refuses to act on it.

Inmate signature Duane Ziemba    Date 6/25/02

Deposit your appeal in the box for inmate grievances.

## FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| | | |

Reasons

Level-3 reviewer

[Left margin:] See facts of Warden Rodriguez failed to act on every grievance I filed May 25, 2002 Submitted to Commissioner Armstrong for him to have his agents follow D.O.C. Policy and act on this grievance.

[Right margin:] See facts of Warden Rodriguez failed to act on every grievance I filed

[Bottom:] See facts of Armstrong failing to remedy wrong of his agents violation of Directive 9.6 Serious Misconduct.