# United States District Court
## District Of Connecticut

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:01 CV 2166 (JCH)(HBF) |
| VS. | |
| John Armstrong, et al. | December 11, 2003 |

### Plaintiffs Motion To Withdraw Motion For Leave To File Amended Complaint

By motion dated November 18, 2003, the plaintiff filed a motion for leave seeking to file a proposed amended complaint, the plaintiff now moves to fully voluntary withdraw this motion, due to the following reasons:

1. In light of the defendants recently filed Objection to the plaintiff's motion for leave to amend, the plaintiff now voluntary withdraws his motion for leave to amend, and must seek legal assistance in drafting and filing a adequate complaint, for the trial proceedings of this case in the near future.

2. In addition and most importantly, the plaintiff and his family members, are right now actively and vigorously consulting with attorneys, with respect to legal representation for this case. Hopefully an attorney will accept this case, file a professional amended complaint, and try this case without any — further — delay.

3. The plaintiff, sincerely does not wish to be burdensome to this honorable Court, or Counsel for the defendants. Therefore he now moves to Withdraw his motion for leave to amend. And to be given Until January 1, 2004 to seek legal assistance and/or legal representation.

<u>Wherefore, for the foregoing reasons the plaintiffs Motion for leave should be withdrawn.</u>

Respectfully Submitted
Duane Ziemba
Duane Ziemba #128963
Northern C.I. Box 665
Somers, CT. 06071

#2

2. In addition and most importantly, the plaintiff and his family members, are right now actively and vigorously consulting with attorneys, with respect to legal representation for this case. Hopefully an attorney will accept this case, file a professional amended complaint, and try this case without any — further — delay.

3. The plaintiff, sincerely does not wish to be burdensome to this honorable Court, or Counsel for the defendants. Therefore he now moves to withdraw his motion for leave to amend. And to be given Until January 1, 2004 to Seek legal assistance and/or legal representation.

Wherefore, for the foregoing reasons the plaintiffs Motion for leave should be withdrawn.

Respectfully Submitted

Duane Ziemba

Duane Ziemba #128963
Northern C.I. Box 665
Somers, CT. 06071


#2

<u>Certification</u>

I hereby certify that a copy of the foregoing was mailed to the following on this 11th day of December, 2003:

Matthew B. Beizer
Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba

#3