UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -4  P 3: 15

DUANE ZIEMBA

v.                                CIV. NO. 3:01CV2166 (JCH)

JOHN ARMSTRONG, ET AL

## SCHEDULING ORDER and RULING ON PENDING MOTIONS

A telephone conference call was held on November 14, 2003, to address the status of the case. Plaintiff, appearing pro se, sought a ruling on his pending motions and a scheduling order. After discussion, and with agreement of the parties, the following schedule was set.

Plaintiff and defendants will make written requests for production and written interrogatories on or before Friday, December 12, 2003. Plaintiff is directed to Federal Rule of Civil Procedure Rule 33 (interrogatories) and Rule 34 (production requests), as well as Fed. R. Civ. P. Rule 26(b) (discovery scope and limits) and Rule 30 (depositions). Copies of the Federal Rules of Civil Procedure are available at a law library.

Plaintiff's and defendants' responses are due on or before January 15, 2004.

The parties will conduct all fact depositions within thirty (30) days after January 15, or by February 16, 2004.

A telephone status conference will be held on February 16, 2004 at 2:00 p.m. Defendants' counsel will initiate the call with the Court.

Any requests for extension of time must be made in writing and in advance of all filing deadlines. The parties are encouraged to resolve any issues or differences as they arise. Either party may contact the Court to schedule a telephone conference, if necessary.

Accordingly, Plaintiff's Motion for an Order for Defendants' Addresses to be Produced for Service to Be Effected **[Doc. #28]** is **DENIED as MOOT** in light of defendants' counsel's representation that the Attorney General's Office has appeared for defendants Myers and MacAllister and has answered the complaint on their behalf.

Plaintiff's Motion Requesting First Scheduling Order to Be Issued **[Doc. #30]** is **GRANTED** in accordance with this Order.

SO ORDERED at Bridgeport this 2 day of December 2003.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE