UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 DEC 19 A 9: 10

Duane Ziemba

v.                                                      CIV. NO.3:01cv2166 (JCH)

John Armstrong, et al

## NOTICE TO PARTIES

   This file is now being maintained in Bridgeport.

   You should file all future filings with the Office of the Clerk, United States District Court for the District of Connecticut at

   You should no longer include the prisoner designation over the case number on any document filed in this action.

   If you have inquiries regarding the status of your case, you should contact the Bridgeport Clerk's Office at 915 Lafayette, Bridgeport, CT 06604.


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK