<u>United States District Court</u>
<u>District Of Connecticut</u>

DEC 29 2003

| | |
|---|---|
| Duane Zjemba | Civil Action No. 3:01 cv 2166 (JCH)(HBF) |
| vs. | |
| John Armstrong, et al. | January 2, 2004 |

<u>Motion For Leave To File</u>
<u>Amended Complaint</u>

Pursuant to Fed.R.Civ.P. 15(a), the plaintiff respectfully moves this honorable Court to grant him — leave to file the Amended Complaint, attached hereto.

The proposed attached Amended Complaint differs from the currently operative Complaint in the following ways:

1. It does not add any new defendants.

2. It does not add any new claims, however, it does add specifically ten (10) detailed claims for relief, which were already set

forth or attempted to be set forth in the original pleading. Fed. R. Civ. P. 15(c). See Seigal v. Converters Transportation, Inc., 714 F.2d 213, 216 (2d Cir. 1983) (relation back provisions of Rule 15(c) is to be liberally construed to ensure that claims are decided on the merits rather than on procedual technicalities.

3. As required by Rule 15 for relation back of amendments, the claims that are asserted in the proposed amended pleading arose out of the conduct, transaction, or occurrence set forth or attempted to be set forth in the original pleading." Fed. R. Civ. P. 15(c). ⟶ "The same substantive legal theory need not be alleged in both complaints; rather the claims need only arise out of the same "conduct, transaction or occurrance." " Wasik v. Stevens Lincoln-Mercury, Inc., 2000 U.S. Dist. LEXIS 15438 10 (D. Conn. March 20, 2000). "A plaintiff is generally permitted to amend his complaint after the statute of limitations has passed where he seeks to correct or elaborate upon the factual details as set forth in his original complaint." McCarthy v.

#2

<u>Associated Clearing Bureau, Inc.</u>, 1999 U.S. Dist. LEXIS 21933 13 (D.Conn.Sept. 3, 1999). "'Amplification of previously alleged claims is one of the clearest cases for leave to amend.'" <u>Wells v. Harris</u>, 185 F.R.D. at 132.

4. The attached proposed amended complaint contains a more detailed recitation of the underlying facts and ten (10) specific claims for relief, which is essential for the jury-trial and resolution of this case.

<u>Wherefore, this honorable Court should grant plaintiff leave to amend the Complaint.</u>

The Plaintiff:

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#3

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of January, 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#4