UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN -9  P 12: 31
US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JANUARY 8, 2004 |

### DEFENDANTS' OBJECTION TO PLAINTIFF'S
### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The plaintiff, a pro se inmate, alleges that on March 4 and 5, 1999, at Northern Correctional Institution, he was subjected to excessive force by various correctional officials. Since his original filing, the plaintiff has filed at least one amended complaint. In a motion dated November 18, 2003, the plaintiff requested leave of the Court to file an additional Amended Complaint. By objection, with accompanying memorandum of law dated December 5, 2003, the defendants objected to plaintiff's request for leave asserting, inter alia, that plaintiff's amended complaint--which raises a number of new claims--is futile as barred by the statute of limitations. During a December 15, 2003 telephonic status conference, plaintiff stated that he recognized the legal deficiencies with his proposed complaint and was therefore, withdrawing his motion for leave to amend. However, the plaintiff did request a stay of the case for the professed purpose of informing the Court whether he would be obtaining counsel who may then want to request leave to file an amended complaint. This stay was granted. Now, by motion dated January 2, 2004, the plaintiff, still acting pro se, files yet another Motion for Leave to File an additional Amended Complaint. The plaintiff does not indicate in his papers whether he has obtained counsel. Accordingly, the defendants object to the docketing of plaintiff's January 2, 2004 Motion for Leave to File an Amended Complaint on the following grounds:

1. At the plaintiff's request, the case has been stayed to allow him to inform the Court, and the defendants, of his intentions concerning the retention of counsel, which he has yet to do;

2. During said conference call it was contemplated that should plaintiff retain counsel, an amendment to the complaint may be permitted *by counsel*. It was not contemplated that plaintiff would again assert a proposed amended complaint, pro se;

3. Plaintiff has already filed, and withdrawn, a proposed amended complaint to which the defendants appropriately responded by opposition and memorandum of law. It is an abuse of the judicial process for the plaintiff to continue to file legally unfounded complaints and thereby compel the defendants to respond with a motion and brief in opposition.

**WHEREFORE,** the defendants submit that plaintiff's proposed Amended Complaint should not be considered by the Court. Should the Court determine that plaintiff's Motion for Leave, and proposed Amended Complaint, is properly before the Court, the defendants would request twenty (20) days from said ruling to, yet again, prepare a responsive opposition and memorandum of law.

DEFENDANTS,
John Armstrong, Kevin DeGray, Larry Myers, and Reginald McAllister

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel:  (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 8th day of January, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

Matthew B. Beizer
Assistant Attorney General