**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED

2004 JAN -8  P 2: 31

US DISTRICT COURT
BRIDGEPORT CT

Duane Ziemba
Name of Plaintiff/Petitioner

v.

Case No. 3:01 cv 2166 (JCH)(HBF)

John Armstrong, et al.
Name of Defendant/Respondent

January 5, 2004

## MOTION FOR APPOINTMENT OF COUNSEL

### PERSONAL/FINANCIAL DATA

1.   Your full name: Duane Ziemba

Your present mailing address: Northern C.I. P.O. Box 665

Somers, CT. 06071

Telephone number: ( ) None — Incarcerated.

2.   Are you presently employed? ~~YES~~  NO ✓

3.   If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

N/A

N/A

Weekly earnings: N/A

4.   If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

N/A

Date last worked: __N/A_____

Weekly earnings: __N/A_____

5. Approximately how much money have you received in the past twelve months in the form of:

a) salary, wages, commissions, or earned income of any kind? _0_____

b) interest, dividends, rents or investments of any kind? _____0_____

c) gifts or inheritances of any kind? _Yes About $ 390.00_____
   _See Attachmen A_____

6. How much money do you have in any checking or savings account(s)?

Checking: _Please See Exhibit A._____

Savings: _0.00 - Please See Exhibit A_____

Prison account: _0.00 Please See Exhibit A_____

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? ~~YES~~___ NO ✓___

If YES, describe the property and state the approximate value: _N/A_____

_____ _N/A_____

_____ _N/A_____

8. How much money do you owe others? _Substantial Amount Not Known_
   _At This Date._____
   For each debt, state the name of the creditor and the amount owed:

| CREDITOR | AMOUNT OWED |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

9. List the persons who depend upon you for support, and state your relationship to them.

_Incarcerated In Prison._

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? ~~YES~~    NO ✓

If the answer is YES, please provide the following information for each such person:

Name: _N/A_

Relationship: _N/A_

Employer: _N/A_

Weekly Earnings: _N/A_

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _Please See Exhibit A My Account Print Out Supporting I am indigent._

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _Excessive Use Of force by prison Officials and tortured in four point restraints for 25 Consecutive hours,_

(Additional space on next page)

3

_____

_____

_____

_____

### EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case?  YES ✓___  NO___

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name _Please See Exhibit B — 12 letters by attorney's_

Date you contacted this attorney _See Exhibit B,_

Method of contact (in person, by telephone, etc.) _By U.S. Mail,_

_____

Reason why attorney was not employed to handle your case _____

_See Exhibit B,_

_____

b) Attorney's name _See Exhibit B,_

Date you contacted this attorney _See Exhibit B,_

Method of contact (in person, by telephone, etc.) _By U.S. Mail_

_____

Reason why attorney was not employed to handle your case _____

_Please See Exhibit B,_

_____

c) Attorney's name See Exhibit B,

Date you contacted this attorney See Exhibit B,

Method of contact (in person, by telephone, etc.) By U.S. Mail

Reason why attorney was not employed to handle your case

Please See Exhibit B,

15.  Explain any other efforts you have made to obtain an attorney to handle your case.

My family members have conferred with numerous attorney's.

16.  Please provide any other information which supports your application for the court to appoint counsel.

Please See Exhibit A and B,

17.  Do you need a lawyer who speaks a language other than English?
YES ___ NO ✓

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 29(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 29(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

January 5, 2004          *Duane Ziemba*
Date                     Original Signature of Movant

Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of January 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba

# EXHIBIT A

Case 3:01-cv-02156-JCH  Document 44  Filed 01/07/2004  Page 9 of 23

DOC:  0000128963    Name: ZIEMBA, DUANE WILFORD       DOB: 10/07/1967
LOCATION: 141-6

                                 Max Date:

ACCOUNT BALANCES  Total :      33.54   CURRENT:     33.54  HOLD:     0.00

                   11/25/1994    11/10/2003

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| PLRA | 0.00 | 33.54 |
| SPENDABLE BALANCE | 0.00 | 0.00 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| ORES | RESTITUTION | 141 - 10/08/ | 87.95 | 24.08 |
| ORES | RESTITUTION | 141 - 10/29/ | 183.72 | 0.00 |

### TRANSACTION DESCRIPTIONS --         PLRA SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 12/09/2002 | OT | Sub-Account Transfer | 5.84 | 5.84 |
| 04/01/2003 | DED | Deduction-PLRA-12092002 | 4.00 | 9.84 |
| 04/15/2003 | OT | Sub-Account Transfer | 7.70 | 17.54 |
| 05/29/2003 | DED | Deduction-PLRA-12092002 | 10.00 | 27.54 |
| 10/21/2003 | DED | Deduction-PLRA-12092002 | 6.00 | 33.54 |

### TRANSACTION DESCRIPTIONS --         SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 04/02/2002 | CONV | 128963DATA-CONV | 0.00 | 0.00 |
| 04/18/2002 | DMR | Mail Receipts  125 | 140.44 | 140.44 |
| 04/18/2002 | HOA | HOLD 125 NEVADA D.O.C. 274539 | ( 140.44) | 0.00 |
| 05/04/2002 | HOR | Remove Hold | 140.44 | 140.44 |
| 05/06/2002 | CRS | CRS SAL ORD #1038701 D2 | ( 49.79) | 90.65 |
| 05/10/2002 | FOIR | Freedom of Information Requests 125 | ( 1.75) | 88.90 |
| 05/13/2002 | CRS | CRS SAL ORD #1051062 D2 | ( 49.94) | 38.96 |
| 05/15/2002 | WSR | Special Request - 125 | ( 30.00) | 8.96 |
| 05/17/2002 | CRS | CRS SAL ORD #1060873 D2 | ( 3.71) | 5.25 |
| 05/20/2002 | CRS | CRS SAL ORD #1062631 D2 | ( 5.17) | 0.08 |
| 05/29/2002 | CEC | CEC SAL ORD #1062631 D2 | 5.17 | 5.25 |
| 05/30/2002 | CEC | CEC SAL ORD #1060873 D2 | 3.71 | 8.96 |
| 06/25/2002 | CRS | CRS SAL ORD #1133667 D1 | ( 2.12) | 6.84 |
| 07/03/2002 | CRS | CRS SAL ORD #1148126 D1 | ( 4.09) | 2.75 |
| 07/23/2002 | CRS | CRS SAL ORD #1185864 D1 | ( 2.38) | 0.37 |

DOC:  0000128963     Name: ZIEMBA, DUANE WILFORD               DOB: 10/07/1967
LOCATION: 141-6

                                                      Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 10/07/2002 | DMR | Mail Receipts   141 | 50.00 | 50.37 |
| 10/22/2002 | CRS | CRS SAL ORD #1350176 D1 | ( 22.26) | 28.11 |
| 10/24/2002 | WFMS | Med Sick Fee 141 | ( 3.00) | 25.11 |
| 10/30/2002 | CRS | CRS SAL ORD #1362010 D1 | ( 24.06) | 1.05 |
| 11/04/2002 | CEC | CEC SAL ORD #1350176 | 2.93 | 3.98 |
| 11/07/2002 | CEC | CEC SAL ORD #1362010 | 24.06 | 28.04 |
| 11/12/2002 | CRS | CRS SAL ORD #1386211 D1 | ( 19.16) | 8.88 |
| 11/27/2002 | CRS | CRS SAL ORD #1408485 D1 | ( 8.62) | 0.26 |
| 12/03/2002 | DMR | Mail Receipts   141 | 100.00 | 100.26 |
| 12/09/2002 | OT | Sub-Account Transfer | ( 5.84) | 94.42 |
| 12/10/2002 | CRS | CRS SAL ORD #1440824 D1 | ( 24.32) | 70.10 |
| 12/18/2002 | CRS | CRS SAL ORD #1457307 D1 | ( 20.11) | 49.99 |
| 12/20/2002 | CEC | CEC SAL ORD #1440824 | 24.32 | 74.31 |
| 12/26/2002 | CRS | CRS SAL ORD #1471024 D1 | ( 21.76) | 52.55 |
| 12/31/2002 | CRS | CRS SAL ORD #1481893 D1 | ( 23.65) | 28.90 |
| 01/09/2003 | CEC | CEC SAL ORD #1481893 | 23.65 | 52.55 |
| 01/21/2003 | CRS | CRS SAL ORD #1520440 D1 | ( 17.29) | 35.26 |
| 01/28/2003 | CRS | CRS SAL ORD #1535730 D1 | ( 14.43) | 20.83 |
| 02/13/2003 | CRS | CRS SAL ORD #1564017 D1 | ( 14.31) | 6.52 |
| 02/25/2003 | CRS | CRS SAL ORD #1587561 D1 | ( 5.58) | 0.94 |
| 04/01/2003 | DMR | Mail Receipts   141 | 20.00 | 20.94 |
| 04/01/2003 | DED | Deduction-PLRA-12092002 | ( 4.00) | 16.94 |
| 04/15/2003 | OT | Sub-Account Transfer | ( 7.70) | 9.24 |
| 04/15/2003 | CRS | CRS SAL ORD #1686475 D1 | ( 9.19) | 0.05 |
| 05/29/2003 | DMR | Mail Receipts   141 | 50.00 | 50.05 |
| 05/29/2003 | DED | Deduction-PLRA-12092002 | ( 10.00) | 40.05 |
| 06/03/2003 | CRS | CRS SAL ORD #1780178 D1 | ( 18.09) | 21.96 |
| 06/10/2003 | CRS | CRS SAL ORD #1792744 D1 | ( 12.18) | 9.78 |
| 06/25/2003 | CRS | CRS SAL ORD #1819131 D1 | ( 9.12) | 0.66 |
| 10/15/2003 | CRS | CRS SAL ORD #2029166 D1 | ( 0.58) | 0.08 |
| 10/17/2003 | DED | Deduction-ORES-141 ~ 10/08/03 | ( 0.08) | 0.00 |
| 10/21/2003 | DMR | Mail Receipts  141 | 30.00 | 30.00 |
| 10/21/2003 | DED | Deduction-PLRA-12092002 | ( 6.00) | 24.00 |
| 10/21/2003 | DED | Deduction-ORES-141 ~ 10/08/03 | ( 24.00) | 0.00 |

# EXHIBIT B

# CHARLES D. O'HARA, JR., P.C.

### ATTORNEY AT LAW
—

TEL (203) 333-3434
(203) 929-8831
FAX (203) 368-1055

2145 NORTH AVENUE
BRIDGEPORT, CT 06604-2495

April 23, 2003

Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT 06071

Re:     Lawsuit

Dear Sir:

I am in receipt of your correspondence.

Unfortunately, due to time constraints and my current caseload I am unable to handle your case.

I wish you luck in your legal endeavor.

Very truly yours,
Charles D. O'Hara, Jr., P.C.

Charles D. O'Hara, Jr.

CDO/tmg

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

March 18, 2003

Mr. Duane Ziemba
#128963 Northern Correctional Center
P.O. Box 665
Somers, CT 06071

Dear Mr. Ziemba:

We are in receipt of your recent letter in which you request legal assistance through our pro bono program. Our Pro Bono Committee has reviewed your request. We regret that we will not be able to represent you at this time.

Very truly yours,

Day, Berry & Howard LLP

MRH:kmb

EVANS, FELDMAN & BOYER, L.L.C.
ATTORNEYS AT LAW

JACK H. EVANS
RICHARD C. FELDMAN
PHOEBE B. BOYER*
KEITH R. AINSWORTH
JAMES P. BROCHIN

*RETIRED

261 BRADLEY STREET
P.O. BOX 1694
NEW HAVEN, CONNECTICUT 06507-1694

TELEPHONE
(203) 772-4900

TELECOPIER
(203) 782-1356

March 3, 2003

Mr. Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT  06071

Dear Mr. Ziemba:

    We are returning herewith your letter of February 17, 2003.  Unfortunately our firm does not handle this area of practice.

Very truly yours,

Richard C. Feldman

RCF:ja
Enclosure

# MURTHA CULLINA LLP

A T T O R N E Y S    A T    L A W

CITYPLACE I
185 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-3469

TELEPHONE (860) 240-6000
FACSIMILE (860) 240-6150
www.murthalaw.com

LISSA J. PARIS
(860) 240-6032
LPARIS@MURTHALAW.COM

March 11, 2003

Mr. Duane Ziemba, #128963
Northern C.I.
P.O. Box 665
Somers, Connecticut  06071

Dear Mr. Ziemba:

I regret that we cannot represent you.  Good luck in finding counsel.

Sincerely yours,

*Lissa J. Paris /vb*

Lissa J. Paris

# CLENDENEN & SHEA, LLC

Attorneys at Law

400 Orange Street
P.O. Box 301
New Haven, Connecticut 06502-301

William H. Clendenen, Jr.
Kevin C. Shea
Nancy L. Walker
Thomas C. Pellegrino
Thomas J. McHale
James E. Clifford

Telephone 203-787-1183
Telecopier 203-787-2847
E-Mail: office@clenlaw.com

Janet O. Marlowe
Lynne M. Tourville
Nadine P. Toce
Legal Assistants

November 7, 2002

Mr. Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, Connecticut   06071

Dear Mr. Ziemba:

    Thank you for your letter received November 6, 2002.  Unfortunately, I am unable to be of assistance to you.  Best of luck.

    Sincerely,

    William H. Clendenen, Jr.
    Attorney at Law

WHCj/lmt
Enc.

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK R. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. RINDL
MICHAEL A. KURS

NANCY DeFONCE LAPERA
MICHAEL N. LaVELLE
JOSEPH M. LODATO
LISA A. MAGLIOCHETTI
THOMAS E. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
GREGORY F. SERVODIDIO
RONALD CASE SHARP

MARGARET M. SHEAHAN
JAMES T. SHEARIN
H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES P. WHITE, JR.
MARJORIE WILDER
────────
SAMUEL A. GILLILAND
(1930-1994)
────────
LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN

KATHERINE E. CAULFIELD
ADAM J. COHEN
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW P. LUNDY
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
PATRICIA SQUIRES
LORI L. UNDERBERGER
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:     Bridgeport
Telephone:    (203) 330-2240

November 7, 2002

Duane Ziemba
#128963
Northern CI
P.O. Box 665
Somers, CT 06071

Dear Mr. Ziemba:

I am in receipt of your letter of October 21, 2002.  Please be advised that Pullman & Comley, LLC will not be able to help you.

Very truly yours,

James T. Shearin

JTS:ljb

BPRT/1.1/JTS/456402v1

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
200 PEQUOT AVENUE  P.O. BOX 510  SOUTHPORT, CT 06490-0510  (203) 254-5000  FAX (203) 254-5070
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
350 BEDFORD STREET  STAMFORD, CT 06901-1743  (203) 324-5000  FAX (203) 363-8659
720 HOPMEADOW STREET  SIMSBURY, CT 06070-2225  (860) 651-9348  FAX (860) 651-1431
www.pullcom.com

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV. P.C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT O65II
203-772-2600

FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH

OF COUNSEL
SHARON KOWAL FREILICH
STEPHEN M. PINCUS
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

July 22, 2002

Mr. Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT   06071

Dear Mr. Ziemba:

We have read your letter dated July 11, 2002.

I am very sorry that we are unable to represent you at this time.

Very truly yours,

Kenneth Rosenthal

KR:dwc

\\fp\shared\files\kar\letters\2002.doc\\fp\shared\files\kar\letters\2002.doc

# BECK & Eldergill, P.C.

Attorneys At Law

447 CENTER STREET, MANCHESTER, CONNECTICUT 06040    PHONE (860) 646-5606
(860) 742-0882
FAX (860) 646-0054

BRUCE S. BECK
KATHLEEN ELDERGILL
KENNETH I. FRIEDMAN
MARC P. MERCIER
FATIMA T. LOBO
DAVID R. KRITZMAN
MATTHEW R. POTTER
DEREK V. OATIS

October 4, 1999

Mr. Duane Ziembo
Inmate #: 128963
Northern C.I.
P.O. Box 665
Somers, CT 06071

**Re: Representation**

Dear Mr. Ziembo:

Thank you for your inquiry dated September 22, 1999. Unfortunately, our firm is not able to represent you in this matter. Good luck to you.

Sincerely,

David R. Kritzman

DRK/aw
misc\zie10049.ltr

# FRECHETTE & FRECHETTE

ATTORNEYS AT LAW
12 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511-6301
PHONE (203) 865-2133
FAX (203) 562-6932

ROGER J. FRECHETTE
MEMBER OF CONNECTICUT
AND NEW YORK BARS

MATTHEW E. FRECHETTE
MEMBER OF CONNECTICUT
NEW YORK AND FLORIDA BARS

FRANZ P. FRECHETTE
MEMBER OF CONNECTICUT BAR

October 18, 1999

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
P 936 056 260

Mr. Duane Ziemba #128963
W2-121
Northern Correctional Institution
P.O. Box 665
Somers, CT   06071

Dear Mr. Ziemba:

This acknowledges your letter of October 15, 1999.

I regret to inform you that I am unable to take on this case because of the pressure of business.  We have too much work that needs to be done in the immediate future, and, therefore, I must return these documents to you.

We wish you the best of luck.

Very truly yours,

Roger J. Frechette

RJF/kbh
Enclosure

# WILLIAM H. CLENDENEN, JR.

A Professional Corporation
Attorneys at Law

William H. Clendenen, Jr.
James E. Clifford
Nancy L. Walker
Thomas C. Pellegrino

400 Orange Street
P.O. Box 301
New Haven, Connecticut 06502-301

Telephone 203-787-1183
Telecopier 203-787-2847

Janet O. Marlowe
Lynne M. Tourville
Legal Assistants

October 4, 1999

Duane Ziemba #128963
P.O. Box 665
Northern Correctional Institution
Somers, Connecticut    06071

Dear Mr. Ziemba:

    Thank you for your letter received September 28, 1999.
Unfortunately, I am unable to be of assistance to you.  Please
find enclosed the documents you sent me.  Best of luck.

                      Sincerely,

                      William H. Clendenen, Jr.
                      Attorney at Law

WHCj/lmt
Enc.

# ZELDES, NEEDLE & COOPER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1000 LAFAYETTE BLVD.
POST OFFICE BOX 1740
BRIDGEPORT, CONNECTICUT 06601-1740

TELEPHONE (203) 333-9441
FAX (203) 333-1489

Shelley R. Sadin
(203) 333-9441

December 17, 1999

Duane Ziemba  #128963
Northern Correctional Institute
P. O. Box 665
Somers, CT  06071

Dear Mr. Ziemba:

I am sorry, but our office is unable to take on your matter at this time.  I suggest you contact either the Quinnipiac School of Law and/or the University of Connecticut School of Law to see whether either one of their legal clinics can be of assistance to you.

You should contact the clinics mentioned above soon so you do not miss any deadlines for any potential claims.  I have enclosed the documents you forwarded to me.

Sincerely,

Shelley R. Sadin

SRS:egm

Enclosure

ALLAN B. RUBENSTEIN
ATTORNEY AT LAW
18 TRUMBULL STREET
NEW HAVEN, CT 06511

TELEPHONE 203-777-6400
FAX 203-782-0921

GRETCHEN SCHAAL
PARALEGAL

October 7, 1999

Duane Ziemba # 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

Dear Mr. Ziemba:

    Thank you for your letter requesting I represent you.
However, my practice is primarily devoted to representing
claimants seeking Social Security Disability benefits.  This
practice demands all of my time.  I am returning the documents
which you sent to me.

    I do not and cannot represent you on any matter.

                                   Sincerely,

                                   Allan B. Rubenstein

Enclosures