<u>United States District Court</u>     FILED
<u>District Of Connecticut</u>  2004 JAN 14 P 2: 31

US DISTRICT COURT
BRIDGEPORT CT

Duane Ziemba           |    Civil Action No.
                       |    3:01 CV 2166 (JCH)(HBF)
VS.                    |
                       |
John Armstrong, et al. |    January 12, 2004

<u>Plaintiff's Memorandum To</u>
<u>Honorable Judge Fitzsimmons</u>

Dear Hon. Judge Fitzsimmons

    During the December 15, 2003 telephone status conference, I stated that I would inform the Court and counsel for the defendant's, whether or not I could obtain legal counsel in this case. Please, let this be my notice, of I was not able to obtain counsel.

    I have, therefore, as pro-se filed: a motion for leave to file a proposed amended complaint dated January 2, 2004. And also: a motion for appointment of counsel dated January 5, 2004. The defendant's have filed an objection to my

motion for leave, and their objection is frivolous. My motion for leave should be granted. Thereon affording the defendant's an opportunity to file a motion to dismiss or summary judgment. And the resolution of this case should take place, through trial, without any further delay.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following this 12th day of January 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba