UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JANUARY 22, 2004 |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Fed. R. Civ. Proc., the defendants request that the Court issue a protective order protecting defendant Armstrong from having to reply to plaintiff's discovery requests. In support thereof, the defendants submit as follows:

1. The plaintiff, a pro se inmate incarcerated at Northern Correctional Institution, brings this action against four correctional defendants including John Armstrong, the former Commissioner of the Connecticut Department of Correction.

2. The plaintiff asserts that he was subjected to excessive force by correctional officials during an incident(s) of March 4-5, 1999.

3. The plaintiff does not allege that defendant Armstrong directly participated, in any fashion, in the alleged use of excessive force.

4. Despite filing this action in 2001, the plaintiff did not direct any discovery requests to former Commissioner Armstrong until November/December 2003. He has now directed two sets of Requests for Admissions and one set of Interrogatories.

5. Since mid-2003, former Commissioner Armstrong has been serving at the request of the United States Government in Iraq. It is not known when he will return to Connecticut.

6. Due to his service in Iraq, it is virtually impossible for the undersigned to consult with, and obtain signatures from, former Commissioner Armstrong

7. The plaintiff has not been consulted, or conferred with, in regard to this request.

Based on the foregoing, the defendants request that the Court issue a protective order protecting defendant Armstrong from having to respond to plaintiff's discovery requests.

DEFENDANTS,
John Armstrong, Kevin DeGray, Larry Myers, and Reginald McAllister

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 22nd day of January, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____
Matthew B. Beizer
Assistant Attorney General

2