UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JANUARY 22, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Pursuant to Rule 9 of the Local Rules of Civil Procedure, the defendants request an extension of time to respond to a multitude of discovery requests recently filed by the plaintiff. In support thereof, the defendants submit as follows:

1. The plaintiff, a pro se inmate incarcerated at Northern Correctional Institution, brings this action against four correctional defendants including John Armstrong, the former Commissioner of the Connecticut Department of Correction.

2. On or about November and December, 2003, the plaintiff filed a multitude of discovery requests, including several Requests for Production, several Requests for Admissions, and several sets of Interrogatories directed to all of the defendants.

3. The defendants have not yet responded to said discovery motions because plaintiff recently requested a stay of all proceedings.

4. By motion dated January 2, 2004, the plaintiff has moved for leave to file an Amended Complaint, his third such amendment. This proposed complaint inserts new and different allegations and legal claims. By opposition dated January 22, 2004, the defendants have opposed the plaintiff's Motion for Leave to Amend his Complaint.

5. Until the Court rules on plaintiff's Motion for Leave to Amend his Complaint and determines which claims are properly presented against the defendants, the defendants submit that it is premature for the plaintiff to compel the defendants to respond to discovery.

6. This is the defendants' first request for an extension of time.

7. The plaintiff, a pro se inmate, has not been consulted in regard to this request.

WHEREFORE, the defendants request an extension of time of thirty (30) days from the date of the Court's ruling on plaintiff's Motion for Leave to Amend his Complaint to respond to plaintiff's multitude of discovery requests.

>                DEFENDANTS,
>                John Armstrong, Kevin DeGray, Larry Myers,
>                and Reginald McAllister
>
>                RICHARD BLUMENTHAL
>                ATTORNEY GENERAL
>
> BY: _____
>                Matthew B. Beizer
>                Assistant Attorney General
>                110 Sherman Street
>                Hartford, CT 06105
>                Federal Bar #ct16304
>                E-Mail: matthew.beizer@po.state.ct.us
>                Tel: (860) 808-5450
>                Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 22nd day of January, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____
Matthew B. Beizer
Assistant Attorney General

2