UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 23 P 5:38

DUANE ZIEMBA

v.                                    CIV. NO. 3:01CV2166 (JCH)

JOHN ARMSTRONG, ET AL

BRIDGEPORT CT

SCHEDULING ORDER and RULING ON PLAINTIFF'S MOTION TO AMEND

A telephone conference call was held on December 15, 2003, to address the status of the case. After discussion, and with agreement of the parties, the following schedule was set.

All discovery in this case is stayed, on consent, to January , 2004, so that plaintiff may have an opportunity to hire counsel. Plaintiff's pending Motion to Amend/Correct the Amended Complaint, dated November 19, 2003, **[Doc. #36] is DENIED** without prejudice in light of plaintiff's withdrawal of the motion. Accordingly, plaintiff's Motion to Withdraw **[Doc. #39]** is **GRANTED**.

Plaintiff's and defendants' responses to pending discovery requests are due on or before January 30, 2004, or thirty days after a ruling on a refiled Motion for Leave to Amend the Amended Complaint. Plaintiff will contact the Court immediately after counsel has been retained to seek modifications of these deadlines.

The parties will conduct all fact depositions within thirty (30) days after discovery responses are filed.

Any requests for extension of time must be made in writing and in advance of all filing deadlines. The parties are

encouraged to resolve any issues or differences as they arise. Either party may contact the Court to schedule a telephone conference, if necessary.

SO ORDERED at Bridgeport this __5__ day of January 2004.

```
                              _____
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE
```