United States District Court
District Of Connecticut

FILED
2004 JAN 27 P 3:45
US DISTRICT COURT
BRIDGEPORT CT

Duane Zienba

vs.

John Armstrong, et al.

Civil Action No.
3:01 cv 2166 (JCH)(HBF)

January 26, 2004

## Motion Requesting Telephone Conference

The plaintiff respectfully requests for this honorable Court to schedule a telephone conference for the following stated reasons:

By order of the Court dated 12/2/03, Hon. Judge Fitzsimmons ordered that either party may contact the Court to schedule a telephone conference, if necessary.
It's now necessary, due to the defendants have defied the 12/2/03 order by this Court, by their blatantly refusing to produce the discovery which has been requested by plaintiff.
As ordered (See 12/2/03 order), before 12/12/03 the plaintiff served on the defendants the essential

discovery in this case as follows: a request for production of the videotapes, a request for the review to be provided of the videotapes, several request for production of documents, and interrogatories and request for admissions served on defendants Armstrong, Myers, DeGray and McAllister.

    By order of this court dated 12/2/03, -- responses to this above discovery was due on or before 1/15/04. It's now 1/26/04 and the defendants have not filed one response to this discovery, and have not produced a single piece of the discovery, and indeed, the defendants have not filed any motions seeking an extension of time to respond/produce the said discovery.

    The defendants have blatantly defied the 12/2/03 order by the court, and continue to intentionally delay the resolution of this case. Therefore, for all of these reasons, the plaintiff requests for a telephone conference to be schedule in order to respectfully discuss, address and hopefully resolve these matters with counsel for the defendants.

#2

Respectfully Submitted

*Duane Ziemba*

Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of January, 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By *Duane Ziemba*
Duane Ziemba

#3