United States District Court
District Of Connecticut

FILED
2004 JAN 30 P 3:26

Duane Ziemba

vs.

John Armstrong, et al.

Civil Action No.
3:01 cv 2166 (JCH)(HBF)

January 28, 2004

### Default And Sanctions Against Defendants

The defendants are in default due to their blatantly and openly defying the Order by this Court dated December 2, 2003. Accordingly, default judgment should be entered against the defendants, with appropriate sanctions, for the following facts:

1. By order of this Court dated December 2, 2003, the defendants were very clearly ordered to file responses to the plaintiff's discovery on or before January 15, 2004.

2. The defendants have, in fact, blatantly and

openly defied the 12/2/03 order by this Court, By their, very deliberately, failing and refusing to file responses (to all) of the plaintiff's discovery. ⟶ This honorable Court does not need to look any further, these are the clear indisputable facts. The defendants — — are in — — default.

3. Indeed, ludicrously the defendants have now recently (after the fact) filed a motion for extension of time to respond to plaintiff's discovery requests. This motion by the defendants, was filed a week after the Court ordered deadline of 1/15/04 for defendants to file responses to plaintiff's discovery. Therefore, the defendants motion is completely outside the time perimeter, is futile and must be stricken.

4. Even if, this honorable Court, were to take into account the defendants (futile) motion for extension of time dated 1/22/04, the defendants still do not provide any legal reason or logical excuse for their blatantly defying the 12/2/03 order by this Court. The defendants, indeed

#2

Case 3:01-cv-02166-JCH   Document 55   Filed 01/30/2004   Page 3 of 5

have two (2) highly trained and very competent attorney's who have ganged up on the plaintiff. And these attorney's have, in fact, filed all kinds of motions in this case the court records prove, but have intentionally refused to file (even one) response(s) to the plaintiff's discovery. ⟶ The defendants and their counsel, have challenged the authority of this court. The plaintiff would not get away with it, and the defendants should not be allowed to. The defendants blatantly have defied this Court's 12/2/03 order. The defendants are in —— —— default. Default should be entered against the defendants, it is only just and fair.

   Wherefore, for all the foregoing reasons default should be entered with sanctions.

                    Respectfully Submitted
                    Duane Ziemba
                    Duane Ziemba #128963
                    Northern C.I.
                    P.O. Box 665
                    Somers, CT. 06071

#3

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 28th day of January 2004:

Matthew B. Beizer
Neil Parrille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#4