FILED

<u>United States District Court</u>
<u>District Of Connecticut</u>

2004 JAN 30  P 3:26

Duane Ziemba

Civil Action No.
3:01 cv 2166 (JCH)(HBF)

Vs.

John Armstrong, et al.

January 27, 2004

<u>Motion For Default Against</u>
<u>Defendant McAllister</u>

The plaintiff respectfully moves this honorable Court to enter a default judgment against defendant McAllister, due to the following facts:

1. By order of the Court dated December 2, 2003, the defendants were ordered to file their responses to the plaintiff's discovery on or before January 15, 2004.

2. Defendant McAllister, has <u>blatantly defied</u> this order by the Court. By his failing and refusing to file responses to the interrogatories served on him by plaintiff dated November 21, 2003. Copy attached hereto.

Matthew B. Beizer                    November 21, 2003
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105
Re: Ziemba v. Armstrong, et al. No. 3:01 cv 2166 (JCH)(HBF)
     Interrogatories Served On
     Defendant Reginald McAllister

Pursuant to Rule 33, Fed.R.Civ.P., defendant McAllister is directed to answer each of the following interrogatories in writing under oath within 30 days.

1. With respect to your employment with the Connecticut Department of Correction, please state the title of each position you have held and the inclusive dates of each position?

2. On March 4 and 9, 1999 state specifically what facility you were assigned to and what were your responsibities on these dates?

3. Please refer to records and state specifically the hours that you worked at Northern Correctional Institution on the dates of March 4 and 5, 1999?

4. On March 4, 1999 at Northern C.I. when Captain DeGray and you were at the plaintiff's cell and

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of January 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#3