the documents pertaining to any and all of the policies or Directives which were in effect,

6. On March 4 and 5, 1999 is it true and correct that there <u>was not</u> a written policy or Directive which stated that an inmate placed in Full Stationary Restraints should be provided with a mattress? If this is incorrect then identify the written policy or Directive which does state that a mattress is to be provided. And produce any and all documents of this written policy or Directive. Or state why it is not produced.

7. On March 4 and 5, 1999 is it true and correct that there <u>was not</u> a written policy or Directive which stated that an inmate in Full Stationary Restraints should be provided with liquids? If this is incorrect then identify the written policy or Directive which does state that liquids are to be provided. And produce any and all documents of this written policy or Directive. Or state why it is not produced.

8. On March 4 and 5, 1999 is it true and correct that there <u>was not</u> a written policy or Directive which stated that an inmate in Full Stationary

#4

restraints should be provided with food or feeding? If this is incorrect then identify the written policy or Directive that does state food or feeding should be provided. And produce any and all documents of the policy or Directive. Or state why they are not produced.

9. Do you agree with the fact that on March 4 and 5, 1999 when the plaintiff was left in the four point restraints for more than 25 consecutive hours that this was an excessively long restraint.

10. March 1999 is it true and correct that you were Officially the Warden of Northern Correctional Institution?

11. March 1999 is it true and correct that you were employeed by the State of Connecticut Department of Correction? That you were the Warden of Northern Correctional Institution and as such, you were responsible for the administering, coordinating, supervision and controling the operation of Northern C.I. And Specifically you were responsible for; (a) Supervision, training, discipline and control of persons working at Northern; (b) the establisment and enforcement of policies and practices; and

#3

(c) the care and custody of the plaintiff. Please specifically explain if you do not agree with any stated matter. Produce any and all documents which identify your job duties in March 1999.

12. Is it true and correct that prior to the March 4 and 5, 1999 restraint of the plaintiff, that one or more inmates died and/or were killed in four point restraints within the Connecticut Department of Correction.

Respectfully Submitted

*Duane Ziemba*

Duane Ziemba # 128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#6

# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

**Facility** Northern Correctional Institution
**Inmate Name** Ziemba, Duane
**Staff Name** Lyman, Michael
**Incident report submitted** ☑ Yes ☐ No
**Treatment location:** ZW 119

**Report Date** 3/4/99
**Time** 2:55 ☐ a.m. ☑ p.m.
**I.D. no.** 128963
**Number** 128963
**Date** 3/4/99

**Injury Description** (must be completed if no other report): I/M had 2 - 2 inch lacerations, one very superficial, on anterior portion across lower left wrist.

**Diagnosis:** 6

**Treatment administered:** Visual and tactile assessment of limbs after placement of 4-pt restraints on inmate

**Required follow up:** q. 2 hours and PRN

**Placement after treatment** ZW 119

**Observations/remarks:** A+O x 3. Circulation good x 4. Ample space between limbs and restraints: 2 finger breadths. Alcohol used on lacerations on wrist + 3 bandaids.

**Patient signature** No pen available at this time
**Medical staff signature** Michael Lyman RN    **Date**
**Custody staff signature**    **Date** 3/4/99
    **Date**

# Medical Incident Report
## Connecticut Department of Correction

CN6601
Rev. 4-12-93

| | |
|---|---|
| Facility: NCI | |
| Inmate Name: Ziemba, D | Report Date: 3-4-99 |
| Staff Name: | Time: 5:45 ☐ a.m. ☒ p.m. |
| Incident report submitted ☐ Yes ☐ No   Number | I.D. no. 128653 |
| | Date |
| Treatment location: 2W119 | |

**Injury Description** (must be completed if no other report): ℄ of 4 pt. Restraints

**Diagnosis:**

**Treatment administered:** ℄ 4 pt. Restraints covered prev. reported laceration to Ⓡ wrist

**Required follow up:**

**Placement after treatment**

**Observations/remarks:** 4 pts in good. prev. reported covered laceration to Ⓡ c new DSD

**Patient signature** | Date
**Medical staff signature** R Bernard RN | Date 3-4-99
**Custody staff signature** | Date

# Medical Incident Report
## Connecticut Department of Correction

CN6603
Rev. 4-12-93

Facility: Northern Correctional Institution
Inmate Name: Zverka, D
Staff Name: Lyman, Michael
Report Date: March 4, 1999
Time: 6:30  ☐ a.m.  ☑ p.m.
Incident report submitted: ☑ Yes  ☐ No
I.D. no. 128963
Number: 128963
Date: 3/4/99
Treatment location: ZW 119

**Injury Description** (must be completed if no other report): No new medical issues/complaints presented at this time

**Diagnosis:** ∅

**Treatment administered:** Visual and tactile assessment of limbs while in 4-pt restraints

**Required follow up:** q 2 hours and PRN

**Placement after treatment:** ZW 119

**Observations/remarks:** A+O×3. Circulation good ×4. Ample space = 2 finger breadths between limbs and restraints. Laceration on left wrist remains covered. No new medical issues/complaints presented at this time.

Patient signature: No pen available at this time
Medical staff signature: Michael Lyman RN    Date: 3/4/99
Custody staff signature:    Date:

# Medical Incident Report
## Connecticut Department of Correction

CN6601
Rev. 4-12-93

| Facility | NCI | Report Date | 3-4-99 |
|---|---|---|---|
| Inmate Name | Ziemba, D | Time | 8:35 p.m. |
| Staff Name | | I.D. no. | |

Incident report submitted: ☐ Yes ☐ No    Number    Date

Treatment location: JW

**Injury Description** (must be completed if no other report): ✓ of 4pt Restraints

**Diagnosis:**

**Treatment administered:** ✓ of 4pt Restraints

**Required follow up:** ✓ of restraints in 2 hours

**Placement after treatment**

**Observations/remarks:** Restraints in good order

**Patient signature**

**Medical staff signature** Bernal, WHN    Date

**Custody staff signature**    Date 3-4-99

Date

# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4/12/95

**Facility** Northern Correctional Institution
**Inmate Name** Zienba, Duane
**Staff Name** Lyman, Michael
**Report Date** March 4, 1999
**Time** 10:30 ☐ a.m. ☑ p.m.
**I.D. no.** 128863

**Incident report submitted** ☑ Yes ☐ No
**Number** 128863
**Date** 3/4/99

**Treatment location:** 2W 119

**Injury Description (must be completed if no other report):** No medical issues at this time

**Diagnosis:** —

**Treatment administered:** 4-pt restraints. Visual and tactile assessment of limbs of I/M while in

**Required follow up:** q. 2 hours and PRN

**Placement after treatment** 2W 119

**Observations/remarks:** A+O x3. Circulation good x4. Ample space between limbs and restraints - 2 finger breadths. Laceration on (L) wrist covered by restraint at this time. No other open areas noted.

**Patient signature** No pen available at this time
**Medical staff signature** Michael Lyman RN    **Date** 3/4/99
**Custody staff signature** _____    **Date**

# Medical Incident Report
## Connecticut Department of Correction

CN6603
Rev. 4-12-93

| Facility | NCI | Report Date | 3/4/99 |
|---|---|---|---|
| Inmate Name | Ziemba, Duane | Time | 1140 p.m. |
| Staff Name | N/A | I.D. no. | 128963 |

Incident report submitted: ☐ Yes ☐ No   Number: ___   Date: ___

**Treatment location:** 2W119

**Injury Description (must be completed if no other report):** 4 PT Soft Restraint ✓

**Diagnosis:** 4 PT Soft Restraint ✓

**Treatment administered:** Tactile assessment of all extremities. Bandaid / Antiseptic wash

**Required follow up:** Q 2° & PRN

**Placement after treatment:** 2W119

**Observations/remarks:** A+O x3, prone on bunk RR 16 ⊕ CMS ⊕ pulses all extremities - skin w/D 3 finger breadth between skin/restraints, no c/o offered. ® dorsal wrist noted c superficial scratch x 5cm and ® anterior wrist c 2.5 cm circular superficial abrasion. Tx'd as stated above.

| Patient signature | No Reply | Date | 3/4/99 |
|---|---|---|---|
| Medical staff signature | [signature] RN | Date | 3/4/99 |
| Custody staff signature | | Date | |

# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

| Facility | NCI | Report Date | 3/5/99 |
|---|---|---|---|
| Inmate Name | Ziemba, Duane | Time | 340 ☒ a.m. ☐ p.m. |
| Staff Name | N/A | I.D. no. | 128963 |

Incident report submitted ☐ Yes ☐ No    Number _____    Date _____

**Treatment location:** 1W119

**Injury Description** (must be completed if no other report): 4 pt Soft Restraint ✓

**Diagnosis:** 4 pt Soft Restraint ✓

**Treatment administered:** tactile assessment of all extremities - I/M released to use toilet - Restraints re-administered

**Required follow up:** q 2° & PRN

**Placement after treatment:** 1W119

**Observations/remarks:** Alert, prone on bunk ⊕ CMS ⊕ pulses, skin w/D - dogs remain intact, 3 finger breadth between hands/restraints & to ⊕ problems noted

Patient signature: No Response
Medical staff signature: [signature]    Date 3/5/99
Custody staff signature: [signature]    Date 3/5/99

# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

| Field | Value |
|---|---|
| Facility | NCF |
| Inmate Name | Zemba, Duane |
| Staff Name | NA |
| Report Date | 3/5/99 |
| Time | 5:40 a.m. |
| I.D. no. | 128963 |
| Incident report submitted | ☐ Yes ☐ No |
| Treatment location: | 1W119 |

**Injury Description** (must be completed if no other report):
4PT Soft Restraint ✓

**Diagnosis:**
4PT Soft Restraint ✓

**Treatment administered:**
Tactile Assessment of all Extremities

**Required follow up:**
q 2°  & PRN

**Placement after treatment:** 1W119

**Observations/remarks:** Resting on bunk - "I was asleep" ⊕ CMS ⊕ pulses
3 finger breadth between skin & restraints - RR 16 Skin
remains W/D - dog w/ intact  ⊕/⊖ ⊕ problems

Patient signature — No Pen
Medical staff signature — R. Lewis       Date 3/5/99
Custody staff signature                   Date 3/5/99
                                           Date

# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

| Facility | NCI | | Report Date | 3/5/99 |
|---|---|---|---|---|
| Inmate Name | ZIEMBA | | Time | 7:50 ☒ a.m. ☐ p.m. |
| Staff Name | | | I.D. no. | 128963 |
| Incident report submitted ☐ Yes ☐ No | | Number | | Date |
| Treatment location: | 2W 119 | | | |

**Injury Description** (must be completed if no other report): 4 point restraint check.

**Diagnosis:** 4 point restraint check

**Treatment administered:** Tactile Assessment of extremities

**Required follow up:** q 2° + prn

**Placement after treatment:** 2W 119

**Observations/remarks:** A+O, 2 finger Breaths Between Skin + restraints ⊕ C.M.S. ⊕ pulses, Dsg intact, I/m c/o lower back pain + lower leg numbness, skin w+D, able to move toes, flex ankle. will continue to monitor. I/m removed ® arm to ear, I/m √ at 7:30, placed Back in restraints at 7:50 AM

| Patient signature | Unable to sign | Date | 3/5/99 |
|---|---|---|---|
| Medical staff signature | Barbara [illegible] | Date | 3/5/99 |
| Custody staff signature | | Date | |

# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

| | |
|---|---|
| Facility: NCJ | Report Date 3/5/99 |
| Inmate Name: Ziemba | Time 9:30 [X] a.m. [ ] p.m. |
| Staff Name: 128963 | I.D. no. |

Incident report submitted [ ] Yes [ ] No   Number   Date

Treatment location: 2W 119

**Injury Description** (must be completed if no other report): 4 point restraint check

**Diagnosis:** 4 point restraint check

**Treatment administered:** tactile assessment of extremities

**Required follow up:** q 2° + PRN

**Placement after treatment:** 2W 119

**Observations/remarks:** A+O, 2 finger breaths between skin + restraints, ⊕ C.M.S ⊕ pulses skin w+D. I/m C/o Lower back pain, neck pain, Leg numbness, ⊕ movement in feet + toes, able to lift + lower neck s difficulty.

| | | |
|---|---|---|
| Patient signature: unable to sign | Date | 3/5/99 |
| Medical staff signature: Barbara C Auk RN | Date | 3/5/99 |
| Custody staff signature: | Date | |

# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

**Facility:** NCI
**Inmate Name:** Ziemba
**Staff Name:**
**Report Date:** 3/5/99
**Time:** 11:30 ☒ a.m. ☐ p.m.
**I.D. no.** 128963

**Incident report submitted** ☐ Yes ☐ No   **Number**   **Date**

**Treatment location:** 2W119

**Injury Description (must be completed if no other report):** 4 point restraint

**Diagnosis:** 4 point restraint

**Treatment administered:** Tactile Assessment of extremities

**Required follow up:** q 20 + prn

**Placement after treatment:** 2W119

**Observations/remarks:** A+O, 2 finger breath between skin + restraint ⊕ C.M.S. ⊕ pulses. Skin w+D. Inm c c/o Lower back pain, neck pain, leg numbness. moving head + neck s difficulty. Able to move toes + feet s difficulty

**Patient signature:** Unable to sign   **Date:** 3/5/99
**Medical staff signature:** Barbi C. [illegible]   **Date:** 3/5/99
**Custody staff signature:**   **Date:**

13

# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

| | |
|---|---|
| Facility: NCI | Report Date: 3/5/99 |
| Inmate Name: Ziembi | Time: 1:50  ☐ a.m.  ☒ p.m. |
| Staff Name: | I.D. no. 128963 |
| Incident report submitted ☐ Yes ☐ No   Number | Date |
| Treatment location: 2W 119 | |

**Injury Description** (must be completed if no other report): 4 point restraint ✓

**Diagnosis:** 4 point restraint ✓

**Treatment administered:** None

**Required follow up:** q 2° + prn

**Placement after treatment:** 2W 119

**Observations/remarks:** I/m Hostile towards staff verbal Abusive unable to asses I/m at this time.

| | | |
|---|---|---|
| Patient signature | Unable to sign | Date 3/5/99 |
| Medical staff signature | Barbara G. Flynn M | Date 3/5/99 |
| Custody staff signature | | Date |

# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

**Facility:** Northern Correctional Institution
**Report Date:** March 5, 1999
**Inmate Name:** Ziemba, Duane
**Time:** 4:12 ☐ a.m. ☑ p.m.
**Staff Name:** Lyman, Michael
**I.D. no.** 128963
**Incident report submitted** ☑ Yes ☐ No   **Number** 128963   **Date** 3/5/99
**Treatment location:** ZW 119

**Injury Description (must be completed if no other report):** No new injuries reported at this time.

**Diagnosis:** 6

**Treatment administered:** Visual and tactile assessment of limbs following the removal of 4-pt restraints.

**Required follow up:** None

**Placement after treatment:** ZW 119

**Observations/remarks:** A+O x3. Inmate given 3 bandaids and 1 alcohol prep for laceration on left wrist. Some redness on wrists. Two small abrasions, 1 on each wrist located on underside of wrist area, neither is open or bleeding at this time. No medical issues at this time.

**Patient signature** No pen available at this time   **Date**
**Medical staff signature** Michael Lyman RN   **Date** March 5, 1999
**Custody staff signature**   **Date**

# EXHIBIT C

<u>Attachment A-1</u>

Matthew B. Beizer                    <u>January 15, 2004</u>
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

<u>Ziemba V. Armstrong, et al. No. 3:01 cv 2166 (JCH)(HBF)</u>

<u>Attempted Informal Resolution</u>

Dear Attorney's Beizer and Parille

    I served a request for production of videotapes on the defendants dated November 18, 2003, and I have not received a response and the videotapes have not been produced. By Order of the Court dated December 2, 2003, it was ordered that this discovery be responded to on or before January 15, 2004. Please immediately have the defendants produce copies of the said videotapes.

                           Sincerely, Duane Ziemba
                           Duane Ziemba  #128963
                           Northern C.I. Box 665
                           Somers, CT. 06071