<u>United States District Court</u>
<u>District of Connecticut</u>

FILED
2004 JAN 30 P 3:26
US DISTRICT COURT

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:01 cv 2166 (JCH)(HBF) |
| Vs. | |
| John Armstrong, et al. | January 27, 2004 |

<u>Motion For Default Against</u>
<u>Defendant DeGray</u>

The plaintiff respectfully moves this honorable Court to enter a default judgment against defendant DeGray, due to the following facts:

1. By order of this Court dated December 2, 2003, the defendants were ordered to file their responses to plaintiff's discovery on or before January 15, 2004.

2. Defendant DeGray, has <u>blatantly defied</u> this order by the Court. By his failing and refusing to file responses to the (two sets) of interrogatories served on him by plaintiff dated: November 21, 2003 and December 2, 2003. See exhibit A and B.

3. The plaintiff attempted to informally resolve this matter with counsel for the defendants, by two letters dated: January 15 and 21, 2004. See exhibit C.   No response to these letters was received.

Wherefore, default should be entered against defendant DeGray, with sanctions, for his openly defying the order by the Court and failure to file responses to the (two sets) of interrogatories.

Respectfully Submitted

*Duane Ziemba*

Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#2

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of January 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#3

# EXHIBIT A

Matthew B. Beizer     November 21, 2003
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105
Re: Zienba V. Armstrong, et al. No. 3:01 cv 2166 (JCH)(HBF)

## Interrogatories Served On Defendant Kevin DeGray

Pursuant to Rule 33, Fed. R. Civ. P., defendant DeGray is directed to answer each of the following interrogatories in writing under oath, within 30 days.

1. With respect to your employment with the Connecticut Department of Correction, please state the title of each position you have held and the inclusive dates of each position?

2. On March 4 and 9, 1999 state specifically what facility you were assigned to and what were your responsiblities on these dates?

3. On March 4, 1999 were you responsible for ordering that the plaintiff be four pointed at Northern in West two unit?

4. On March 4, 1999 When you had the plaintiff four pointed to the steel-bed-frame, explain why did you fail to provide a mattress?

5. On March 4, 1999 in West two unit cell 119 whereat the plaintiff was four pointed, please explain what type of cell is this, specifically is it a regular housing cell or is it a medical unit cell?

6. March 4 and 9, 1999 is it correct that you were the unit manager of West two unit at Northern C.I.?

7. On March 4 and 5, 1999 when plaintiff was four pointed to the steel bed frame, check the records and state specifically how long was he in the restraints for?

8. March 4 and 5, 1999 was it Department policy to provide inmates with a mattress who were four pointed?

9. Please refer to records and by full name and job title identify the person who on March 5, 2003 authorized and who removed/released the plaintiff from the four point restraints?

10. Please refer to your records and state the number of times that you personally checked on the plaintiff in the four point restraints on March 4, 1999, specifically by the time of day or night?

#2

11. On March 5, 1999, by refering to records State the Specific number of times by time of day that you personally checked on the plaintiff in the four point restraints?

12. Besides the plaintiff, during your entire employment with the Connecticut — Department of Correction, State the number of — times that you remember or witnessed a inmate being four pointed for 24 hours?

Respectfully Submitted

Duane Ziemba

Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#3

# EXHIBIT B

Matthew B. Beizer                    December 2, 2003
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

Ziemba V. Armstrong, et al. No. 3:01 cv 2166 (JCH)(HBF)

### Interrogatories Served On Defendant Kevin DeGray

Pursuant to Rules 33 and 34, Fed.R.Civ.P., defendant DeGray is directed to in writing under oath answer each of the following interrogatories and produce the requested documents, within 30 days.

1. On March 4, 5 and 9, 1999 when the use of force was used on plaintiff as described herein this lawsuit, identify the Administrative Directive 6.5 Use of Force which was in effect by the effective date of this Directive. And produce a complete copy of this 6.5 Directive which was effective on these dates.

2. On March 4, 5 and 9, 1999 when the use of force was used on plaintiff as described herein this lawsuit, identify any and all written policies, Directives, post orders or writings which were

in effect governing the Use of Force on inmates and/or the use of restraints. And produce any and all of these documents.

3. Please State and explain following: On March 4 and 5, 1999 is it correct that there was no form of written policy or Directive Which Stated that an inmate placed in Full Stationary Restraints Should be provided with a mattress.

4. State and explain the following: On March 4 and 5, 1999 is it true and correct that there was no form of written policy or Directive Which Stated that an inmate in Full Stationary Restraints Should be provided with liquids.

5. State and explain the following: On March 4 and 5, 1999 is it true and correct that there was no form of written policy or Directive Which Stated that an inmate in Full Stationary Restraints Should be provided with food and/or feeding.

Respectfully Submitted
/Duane Ziemba/ Duane Ziemba #128963
Northern C.I. Box 665
Somers, CT. 06071

#2

# EXHIBIT C

Matthew B. Beizer                              January 15, 2004
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

Ziemba V. Armstrong, et al. No. 3:01 cv 2166 (JCH)(HBF)

Attempted Informal Resolution

Dear Attorney's Beizer and Parille

I served interrogatories on defendant DeGray dated November 21 and December 2, 2003, and have not received responses. By order of the Court dated December 2, 2003, it was ordered that this discovery be responded to on or before January 15, 2004. Please immediately have this defendant file responses to this discovery.

Sincerely, Duane Ziemba
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

Matthew B. Beizer  
Neil Parille  
Assistant Attorney's General  
110 Sherman Street  
Hartford, CT. 06105

January 21, 2004

<u>Ziemba v. Armstrong, et al. No. 3:01 cv 2166 (JCH)(HBF)</u>
<u>Second Discovery Attempted Informal Resolution</u>

Dear Attorney's Beizer and Parille

Please find attachments A-1 through A-9. I sent to you these nine (9) letters on January 15, 2004, which was my first attempt to resolve the discovery matters in this above captioned case. I have not received a response and the discovery material has not been produced.

I, am again, respectfully requesting for the defendants to comply with the Fed.R.Civ.P. and the order by the Court dated December 2, 2003, and for the requested discovery to be immediately produced.

Sincerely, Duane Ziemba  
Duane Ziemba #128963  
Northern C.I. Box 665  
Somers, CT. 06071