FILED

<u>United States District Court</u>
<u>District of Connecticut</u>

Duane Ziemba         Civil Action No.
                     3:01 cv 2166 (JCH)(HBF)

Vs.

John Armstrong, et al.    January 27, 2004

<u>Motion For Default Judgment</u>
<u>Against Defendant Armstrong</u>

   The plaintiff moves this honorable Court to enter a default judgment against defendant Armstrong, due to the following facts:

   1. By order of this Court dated December 2, 2003, the defendants were ordered to file their responses to plaintiff's discovery on or before January 15, 2004.

   2. Defendant Armstrong, <u>has blatantly defied</u> this order by the Court, by his failing and refusing to respond to the interrogatories served on him by plaintiff dated November 21, 2003. Attached hereto.

3. The plaintiff attempted to informally resolve this matter with counsel for the defendants, by two letters dated January 15 and 21, 2004, attached hereto. No response was received to these letters.

Wherefore, default should be entered against defendant Armstrong, with sanctions, for his openly defying the Order by the Court and failure to file responses to the interrogatories.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#2

Matthew B. Beizer     November 21, 2003
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

Ziemba V. Armstrong, et al. No. 3:01 CV 2166 (JCH)(HBF)

### Interrogatories Served On Defendant John Armstrong

Pursuant to Rule 33, Fed.R.Civ.P., defendant Armstrong is directed to answer each of the following interrogatories in writing under oath, within 30 days.

1. State the number of and the full name of inmate deaths in four-point restraints within the Connecticut Department of Correction?

2. State the dates and <u>full name</u> of the deaths of each inmate in four-point restraints within the Department of Correction?

3. State the date that you retired as the Commissioner of the Connecticut Department of Correction?

4. On March 4 and 5, 1999 was it a policy to provide

inmates with a mattress when inmates were four pointed in restraints to the steel bed frame at Northern Correctional Institution.

5. On March 4 and 5, 1999 the plaintiff was four-pointed to a steel bed frame for more than 25 consecutive hours, please state and explain, during your entire employment with the Department of Correction how many time do you know of that a restraint has lasted this long?

Respectfully Submitted
Duane Ziemba
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#2