FILED

## United States District Court
## District Of Connecticut 3: 26

US DISTRICT COURT
BRIE...

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:01 cv 2166 (JCH)(HBF) |
| VS. | |
| John Armstrong, et al. | January 27, 2004 |

## Motion To Compel Production
## Of The Videotapes

   The plaintiff respectfully moves pursuant to Rules 34(b) and 37(a) Fed.R.Civ.P., for an order compelling the defendants to comply with plaintiff's production request dated November 18, 2003, and for the defendants to produce copies of the videotapes to, Pamela Ziemba, the identified person who is acting in the plaintiff's behalf.

   Prior to the filing of this motion, plaintiff did attempt to informally resolve this matter, by sending counsel for the defendants two (2) letters. A memorandum of law is accompanying this motion, which has attached thereto all appropriate documents.