United States District Court
District of Connecticut

FILED 2004 JAN 30 P 3:26
US DISTRICT COURT
BRIDGEPORT

Duane Ziemba

vs.

John Armstrong, et al.

Civil Action No.
3:01 cv 2166 (JCH)(HBF)

January 28, 2004

## Objection To Defendants' Motion For Extension Of Time To Respond To Plaintiff's Discovery Requests

The plaintiff strenuously opposes the defendants' motion dated 1/22/04, seeking an extension of time to respond to plaintiff's discovery requests. For the following reasons the defendants' motion should be denied.

1. With this motion, the plaintiff has filed a motion for default and sanctions against the defendants. Due to the defendants have defied the 12/2/03 order by this Court, by failing to file responses to plaintiff's discovery on or before 1/15/04.

2. Defendants motion is outside the time

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 28th day of January 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorneys General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#3