United States District Court
District Of Connecticut

FILED
2004 FEB -9 P 4: 42

Duane Ziemba

Vs.

John Armstrong, et al.

Civil Action No.
3:01 cv 2166 (JCH)(HBF)

February 5, 2004

## Motion To Withdraw Motions For Default Against Defendants

In light of the recent scheduling order and ruling by this Court dated January 5, 2004 (which plaintiff just received on this 2/5/04 date) the plaintiff hereby voluntarily withdraws the following motions:

All motions for default judgment against defendants Armstrong, Myers, DeGray and McAllister dated January 27, 2004. The two motions to sustain admissions served on defendants Armstrong and DeGray as admitted dated January 27, 2004. And the motion for default and sanctions against defendants dated January 28, 2004 and the motion requesting a telephone conference.

Accordingly, the scheduling order and ruling by this honorable court dated January 5, 2004 provides the following: That the defendants responses to plaintiff's pending discovery are due thirty days after the ruling on the plaintiff's refiled motion for leave to amend his complaint.

Wherefore, this honorable court should grant this motion in all respects.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#2

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of February 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba

#3