UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUANE ZIEMBA | : |
| | : |
| V. | : CIV. NO. 3:01CV2166 (JCH) |
| | : |
| JOHN ARMSTRONG, ET AL | : |

RULING and SCHEDULING ORDER

Plaintiff's Motion requesting a telephone status conference **[Doc. #50]** is **GRANTED.** A telephone conference will be held on Tuesday, February 17, 2004 at 10:30 p.m. Defendants will initiate the call with the Court.

SO ORDERED at Bridgeport this 3rd day of February 2004.

/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE