```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT
```

|                          |   |                              |
|--------------------------|---|------------------------------|
| DUANE ZIEMBA             | : |                              |
|                          | : |                              |
| V.                       | : | CIV. NO. 3:01CV2166 (JCH)    |
|                          | : |                              |
| JOHN ARMSTRONG, ET AL    | : |                              |

RULING on PENDING MOTIONS

Plaintiff's Motion for extension of time **[Doc. #47]** is **GRANTED nunc pro tunc.**

Plaintiff's Motion to Withdraw his pending Motions for Default against defendants Armstrong, Myers, Degray and McAllister **[Doc. # 63]** is **GRANTED.** Accordingly, Plaintiff's Motions for Default **[Doc. ## 55, 56, 57, 58, 59]** are **DENIED** in light of plaintiff's motion to withdraw

SO ORDERED at Bridgeport this 13th day of February 2004.

```
                         __/s/_____
                         HOLLY B. FITZSIMMONS
                         UNITED STATES MAGISTRATE JUDGE
```