UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 FEB 18 P 3: 39

Dwayne Ziemba

v.

John Armstrong, et al

PRISONER
CIV. NO.3:01cv2166 (JCH)(HBF)

## AMENDED NOTICE TO PARTIES

This file is maintained in Bridgeport.

You should file all future filings with the Office of the Clerk, United States District Court for the District of Connecticut at Bridgeport

You should include the prisoner designation over the case number on any document filed in this action.

If you have inquiries regarding the status of your case, you should contact the Bridgeport Clerk's Office at 915 Lafayette, Bridgeport, CT 06604.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK