```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

|                         |   |                        |
|-------------------------|---|------------------------|
| DUANE ZIEMBA            | : |                        |
|                         | : |                        |
| v.                      | : | CIV. NO. 3:01CV2166 (JCH) |
|                         | : |                        |
| JOHN ARMSTRONG, ET AL   | : |                        |
|                         | : |                        |

RULING ON PENDING MOTIONS AND SCHEDULING ORDER

A telephone conference was held on February 17, 2004 to address the pending motions. After discussion, and with agreement of the parties, the Court ruled as follows.

Plaintiff's Motion to Compel Production of Videotapes **[Doc. # 60]** is **GRANTED** such that defendants will provide the Court with a copy of the videotape on or before Wednesday, February 25, 2004. Defendants' counsel will arrange for plaintiff to see the tape under controlled circumstances at NCCI before February 25, 2004. A telephone conference will be held on Thursday, February 26, 2004 at 11:00 a.m. The parties will argue their positions on further disclosure of the videotape and circumstances under which prospective counsel for plaintiff may view the videotape.

Defendants' counsel will complete depositions by mid march. Dispositive motions will be filed by April 30, 2004. If counsel appears on behalf of plaintiff the Court will entertain a motion to modify the current deadlines.

Plaintiff's Motion to Amend/Correct **[Doc. #42]** and plaintiff's Motions for Admissions **[Doc. ##53, 54]** are held in abeyance pending argument on the disclosure of the video and pending appointment of counsel for plaintiff.

Plaintiff's Motion for Extension of Time **[Doc. #47]** is **DENIED as MOOT.**

SO ORDERED at Bridgeport this 19th day of February 2004.

\_\_\_\_/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE