United States District Court
District Of Connecticut

2004 FEB 27  A 11: 02

Duane Ziemba　　　　｜　Civil Action No.
　　　　　　　　　　　｜　3:01 cv 2166 (JCH)(HBF)
VS.　　　　　　　　　 ｜
　　　　　　　　　　　｜
John Armstrong, et al.｜　February 17, 2004

Objection To Defendants' Motion
For Protective Order

By motion dated 1/22/04, defendant Armstrong seeks a protective order from having to reply to plaintiff's discovery requests. The plaintiff strenuously opposes the motion for protective order, for the following reasons:

1. Defendant Armstrong is not legally entitled to any protective order. It is irrelevant that defendant Armstrong may-be visiting Iraq. Thus does not preclude justice and this man from answering to this legal action.

2. Rule 26 (c), Fed. R. Civ. P., does not entitle defendant Armstrong to any protective order, just because he may-be in Iraq. Moreover: It

is legally mandated that defendant Armstrong produces the requested discovery and be available for the trial of this case. He is, (officially) a defendant in this case and cannot escape liabilities solely due to he maybe in Iraq.

Wherefore, for the foregoing reasons defendant Armstrong is not entitled to a protective order.

Respectfully Submitted
Duane Ziemba/ Duane Ziemba
Northern C.I. P.O Box 665
Somers, CT. 06071

Certification

I hereby certify that a copy of the foregoing was mailed to following this 12th day of February 12, 2004:

Matthew B. Beizen
Neil Parille
Assistant Attorney's General
110 Sherman St,
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba