<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED
2004 MAR -2 P 4:30

US DISTRICT COURT
BRIDGEPORT

Duane Ziemba

Civil Action No.:
3:01 cv 2166 (JCH)(HBF)

vs.

John Armstrong, et al.

February 27, 2004

<u>Motion Requesting Ruling On Motion</u>
<u>For Leave To File Amended Complaint</u>

Plaintiff hereby respectfully moves this honorable Court to rule on his pending motion for leave to amend dated January 2, 2004, for the following reasons:

1. Pending before the Court is the plaintiff's (Second) Motion for leave to file amended complaint dated January 2, 2004. — — In addition to: Plaintiff's memorandum of law in opposition to defendant's objection to plaintiff's motion for leave to amend. Note: By order of Court [Doc. 49] the plaintiff's motion to withdraw his first proposed amended complaint was granted.

2. Discussions have taken place pertaining to plaintiff's proposed (second) motion for leave to file amended complaint. "That maybe the Court should wait until plaintiff has counsel to rule on the motion for leave to amend."
Plaintiff is strenuously opposed to this.
It is important that the Court rules on the motion for leave to amend timely — — <u>in order for the defendants to file their motion to dismiss or summary judgment against the (proposed) amended complaint</u> that plaintiff believes should be granted for filing. Further, even if plaintiff finds legal counsel the (proposed) amended complaint should stand for resolution of case.

3. It would be most beneficial if this honorable Court timely rules on the motion for leave — — without awaiting to see if plaintiff can find counsel or not.

<u>Wherefore, for all of the foregoing reasons a ruling on the pending motion for leave should ensue.</u>

Respectfully Submitted

Duane Ziemba

Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of February 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba