UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DUANE ZIEMBA | : |
| V. | : CIV. NO. 3:01CV2166 (JCH) |
| JOHN ARMSTRONG, ET AL | : |

<u>RULING and ORDER</u>

Plaintiff's Motion to Compel **[Doc. #60]** is **GRANTED,** subject to a protective order as discussed during a telephone conference held on February 27, 2004.

Defendant agreed to draft a protective order. The Court will enter a protective order and will send the videotape to plaintiff's mother along with a copy of the protective order.

Plaintiff's request for twenty days to retain counsel is granted. The time period will begin to run when the Court mails the videotape to Ms. Ziemba.

Plaintiff further requested that the Court consider his Motion for Leave to Amend the Complaint [Doc. #49] and not hold the motion in abeyance while he seeks counsel. He represented that any lawyer who appears for him will be bound by the Amended Complaint if leave is granted. Defendants indicated that they have opposed the motion and it is ready for consideration by the Court. Accordingly, the Court will decide the motion on the current record.

SO ORDERED at Bridgeport this 27th day of February 2004.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE