UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
                              :
DUANE ZIEMBA                  :
                              :
V.                            :   CIV. NO. 3:01CV2166 (JCH)
                              :
JOHN ARMSTRONG, ET AL         :
                              :
                              :
```

PROTECTIVE ORDER REGARDING MARCH 4 & 5, 1999 VIDEOTAPE(S)

Duane Ziemba, an inmate at Northern Correctional

Institution, seeks production of a copy of Department of

Correction videotape(s) pertaining to various incidents alleged

in his complaint.  Specifically, five videotapes of discrete

incidents from March 4 and 5, 1999, have been consolidated onto

one VHS tape ("the tape").  The defendants provided plaintiff an

opportunity to view the tape. During a conference with the Court,

defendants objected to producing a copy of the tape to plaintiff

as he is an inmate at a maximum security facility and  is

prohibited from possessing the tape.

Plaintiff requested that the tape be sent to his mother,

Pamela Ziemba of Middletown, Connecticut, for the purpose of

showing the tape to prospective counsel.  The defendants do not

object to providing the tape to Pamela Ziemba.  However, they

assert an objection based on concerns relating to institutional

security, as well as personal privacy issues. Defendants seek a protective order prohibiting copying of the video and its further distribution.

WHEREFORE, it is hereby ordered that the tape be provided forthwith to Pamela Ziemba of Middletown, Connecticut along with a copy of this protective order. **Pamela Ziemba and any other individual who subsequently comes to possess said tape, including but not limited to the plaintiff's family members, or prospective attorneys, are expressly prohibited from copying said tape without prior written approval of the Court.**

**A copy of this order will remain with the tape. Violations of the order may subject the offender to sanctions, including but not limited to prosecution for contempt of court.**

SO ORDERED at Bridgeport this 15th day of March 2004.

_/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

2