UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | APRIL 5, 2004 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the undersigned defendants request an extension of time to file their Motion for Summary Judgment. In support thereof, the defendants submit as follows:

A).   According to the Court's Scheduling Order dated February 20, 2004, defendants' dispositive motions are to be filed by April 30, 2004. The defendants intend to file a motion for summary judgment and submit that many, if not all, of plaintiff's claims should be dismissed as a matter of law.

B).   The plaintiff, a pro se inmate, brings this action against several correctional officials, all of whom were employees of the Connecticut Department of Correction ("DOC") at times pertinent to the allegations in the plaintiff's complaint. The primary defendant represented by the undersigned is former DOC Commissioner, John J. Armstrong.

C).   Since August 2003, defendant Armstrong has been serving in Iraq at the request of the United States Government. On information and belief, he is slated to complete his service in Iraq and return to Connecticut in June, 2004.

D). By Order dated March 16, 2004, (Docket No. 72), the Court provided the plaintiff with a videotape for purposes of soliciting prospective attorneys.

E). It is unclear whether plaintiff is currently seeking to amend his complaint or maintains the right to amend his complaint once the representation issue has been resolved. (See Docket No. 70). In either event, it is certainly premature to compel the filing of a dispositive motion with these issues unresolved.

F). Moreover, discovery remains open and outstanding. (See Docket Nos. 46, 47, 52, 66). Accordingly, it is premature to compel the filing of a dispositive motion.

G). Moreover, due to defendant Armstrong's service in Iraq, the undersigned has been unable to obtain any assistance/input/consultation from defendant Armstrong in preparing defendants' motion for summary judgment.

H). In order to adequately prepare a Motion For Summary Judgment to address the claims brought against defendant Armstrong, it is essential for the undersigned to receive assistance/input/consultation from defendant Armstrong.

I). As stated, defendant Armstrong is slated to complete his service in Iraq and return to Connecticut in June, 2004. Fundamental principles of due process mandate that Commissioner Armstrong be permitted to participate in the preparation of defendants' Motion for Summary Judgment.

J). The plaintiff, a pro se inmate, has not been contacted by the undersigned concerning this request.

K). This is the first motion for extension of time filed by the defendants concerning the Court's schedule for filing dispositive motions.

**WHEREFORE**, the defendants request that the April 30, 2004 deadline for the filing of dispositive motions be extended to a reasonable time following the resolution of the issues detailed above.

>
> DEFENDANTS,
> John Armstrong, Kevin DeGray, Larry Myers, and Reginald McAllister
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
>
> BY: /s/_____
> Matthew B. Beizer
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT 06105
> Federal Bar #ct16304
> E-Mail: matthew.beizer@po.state.ct.us
> Tel: (860) 808-5450
> Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 5th day of April, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

>
> /s/_____
> Matthew B. Beizer
> Assistant Attorney General