FILED

<u>United States District Court</u>
<u>District Of Connecticut</u>

2004 APR 16 P 12:40

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba    |    Civil Action No.

                        |    3:01 cv 2166 (JCH)(HBF)

Vs.

John Armstrong, et al.    |    April 14, 2004

<u>Objection To Defendants' Motion</u>
<u>For Extension Of Time To File</u>
<u>For Summary Judgment</u>

    The plaintiff hereby respectfully, strenuously, opposes the defendants' motion dated April 5, 2004, for extension of time to file their motion for summary judgment. As a matter of law, justice, and for the following reasons the defendants' motion should be denied:

    1. Via telephone conferences, the Court has repeatedly and very emphatically placed the defendants' counsel on notice, that the resolution of this case will not be

further delayed. However, now in bad faith counsel for the defendants' have filed their motion for extension of time. Their motion is legally frivolous and truly outrageous -- and is a clear bad faith attempt to deliberately further delay the resolution of this case. It's only fair, reasonable and just that their motion be denied.

2. Specifically, counsel for the defendants' is alleging that they need defendant John Armstrong's assistance/input/consultation in order to file a summary judgment motion. Their claim is extremely frivolous. Mr. Armstrong is not an attorney -- counsel for the defendants' are. The record in this case clearly reflects the fact, that the defendants' have two (2) highly trained and competent attorney's representing them. Therefore this Court should agree that it is legally unacceptable to grant the defendants any form of extension of time. Especially solely because one of the

defendants, Mr. Armstrong may be out of the Country. Unquestionably, solely because one defendant is not right now in this Country does not legally preclude Counsel for the defendants' from filing a Summary judgment motion.

3. Two very competent attorneys from the Office of the Attorney General represent the defendants', with enormous resources. It's only fair, reasonable and just that their motion seeking an extension of time be denied.

Wherefore, for all of the foregoing reasons the defendants should be denied an extension of time to file a Summary judgment motion.

The Plaintiff
Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I. Box 665
Somers, CT. 06071

-3-

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of April 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba