United States District Court **FILED**
District Of Connecticut 2004 MAY 13 P 3: 22

U.S. DISTRICT COURT
BRIDGEPORT. CONN

Duane Ziemba | Civil Action No.
| 3:01 cv 2166 (JCH)(HBF)

vs. |

John Armstrong, et al. | May 12, 2004

Motion For Default And
Sanctions Against Defendants`

Pursuant to Rule 55(b)(2), Fed.R.Civ.P., the plaintiff hereby respectfully moves for this honorable Court to enter a default judgment against all defendants`, with Sanctions, for the following reasons:

1. By Scheduling Order and Ruling by this Court dated January 5, 2004 [Doc.#49] it was ordered that: "defendants` responses to pending discovery requests are due on or before January 30, 2004, or thirty days after a ruling on a refiled Motion for Leave to Amend the Amended Complaint". The defendants` and each of them have

blatantly defied this Order by this Court, by failing and refusing to file responses to (any of) the plaintiff's pending discovery.

2. The ruling on the refiled Motion for Leave to Amend the Amended Complaint was on April 2, 2004. Therefore the defendants' (as Ordered) had until May 2, 2004 -- to file responses to the pending discovery. However, it's now May 12, 2004 and each defendant has failed Utterly to file responses to all plaintiff's essential pending discovery -- Production Of Document Requests, Interrogatories, and Request For Admissions. The defendants' have failed Utterly and intentionally to respond to all of the plaintiff's (essential) pending discovery.

3. The plaintiff would not be permitted to defy the Orders by this Court. Accordingly, the defendants' Should not be allowed to freely defy this Court. Furthermore, Via telephone conferences this Court has repeatedly and Very emphatically placed counsel for the

#2

defendants' on notice, that the resolution of this case will not be delayed further. Despite this notice, continuously the defendants' and their legal counsel have blatantly -- very intentionally -- defied this Court. The plaintiff would not be permitted to go unsanctioned for such conduct the defendants' are guilty of, and therefore the defendants' should not. Default and sanctions should be entered against the defendants', or they will continue to overtly defy this honorable Court and its authority of law. Thereby setting a bad precedent for all others to follow.

Wherefore, for the foregoing reasons default and sanctions should be entered against the defendants' by the Court.

Respectfully Submitted
The Plaintiff
Duane Ziemba
Duane Ziemba #128963
Northern C.I. Box 665
Somers, CT. 06071

3

<u>Certification</u>

I hereby certify that a copy of the foregoing was mailed to the following on this 12th day of May 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba

# 4