## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUANE ZIEMBA : | |
|    Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-01-cv-2166(JCH) |
| : | |
| JOHN ARMSTRONG, ET AL : | |
|    Defendants : | MAY 20, 2004 |

### REFERRAL TO MAGISTRATE JUDGE

     This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

    _____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

    _____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

    _____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

    ___√___ A ruling on the following motion(s) which are currently pending (orefm.):
**_____Motion for Default and Sanctions Against Defendants [Dkt. No. 77]**
    _____ A settlement conference (orefmisc./cnf).

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 20 th day of May, 2004.


                                            /s/ Janet C. Hall_____
                                            Janet C. Hall
                                            United States District Judge