FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN -3 A 10: 09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DUANE ZIEMBA

v.

JOHN ARMSTRONG, ET AL.

:

:

:

PRISONER
CIVIL NO. 3:01CV2166 (JCH)(HBF)

JUNE 2, 2004

## DEFENDANTS' OBJECTION TO
## PLAINTIFF'S MOTION FOR DEFAULT AND SANCTIONS

The undersigned defendants object to plaintiff's Motion for Default and Sanctions dated

May 12, 2004.  In support thereof, the defendants submit as follows:

1.   Plaintiff is correct that defendants' discovery responses were due thirty days from

the Court's ruling on plaintiff's Motion to Amend, which was issued on April 2, 2004.

2.   Due to an oversight, the defendants have not yet responded to this discovery.

3.   The defendants are in the process of responding to the plaintiff's discovery.

4.   Plaintiff has not contacted the undersigned regarding this discovery dispute and has

not filed a motion to compel discovery.  Accordingly, his motion for default and sanctions is

premature.

WHEREFORE, plaintiff's motion should be denied.

DEFENDANTS,
John Armstrong, Kevin DeGray, Larry Myers,
and Reginald McAllister

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day

of June, 2004:

Duane Ziemba  # 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

_____

Matthew B. Beizer
Assistant Attorney General