UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DUANE ZIEMBA

                              PRISONER CASE NO.

   v.                         3:02-cv-2166 (JCH) (HBF)

JOHN ARMSTRONG, ET AL.

### **RULING AND ORDER**

The defendants seek an extension of time until to file a motion for summary judgment. The Motion [**doc. # 74**] is **GRANTED** over the plaintiff's objection. The defendants shall file their motion on or before **June 23, 2004.**

**SO ORDERED** at Bridgeport, Connecticut, this 15th day of June, 2004.

                              /s/
                              Holly B. Fitzsimmons
                     United States Magistrate Judge