**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  | PRISONER |
| --- | --- | --- |
| DUANE ZIEMBA | : | CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JUNE 23, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**
**TO FILE THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the undersigned defendants request a sixty (60) day extension of time to file their Motion for Summary Judgment. In support thereof, the defendants submit as follows:

A). The plaintiff, a pro se inmate, brings this action against several correctional officials, all of whom were employees of the Connecticut Department of Correction ("DOC") at times pertinent to the allegations in the plaintiff's complaint. The primary defendant represented by the undersigned is former DOC Commissioner, John J. Armstrong.

B). According to the Court's Scheduling Order dated February 20, 2004, defendants' dispositive motions were to be filed by April 30, 2004. The defendants intend to file a motion for summary judgment and submit that many, if not all, of plaintiff's claims should be dismissed as a matter of law.

C). On April 7, 2004, the defendants filed a motion for extension of time to file their motion for summary judgment (Docket No. 74) on the basis that defendant Armstrong was unavailable due to his service in Iraq at the request of the United States Government and also because discovery remained outstanding. Due to the uncertainty of defendant Armstrong's

status, the defendants did not specify a particular request for extension but rather requested a reasonable time from the resolution of the above issues.

D).     Defendant Armstrong has recently returned from Iraq and is now available for assistance/input/consultation with the preparation of defendants' motion for summary judgment.

E).     However, discovery remains open and outstanding.  In fact, the defendants are in the process of responding to fourteen (14) separate sets of discovery documents filed by the plaintiff.  All of these responses will be provided to the plaintiff on or before July 5, 2004.

F).     On June 22, 2004, the undersigned received notice that defendants' motion for extension of time to file a motion for summary judgment (Docket No. 74) was granted and that the defendants were ordered to file their motion for summary judgment on or before *June 23, 2004*.

G).     The undersigned is unable to complete defendants' motion for summary judgment by June 23, 2004.

H).     The plaintiff, a pro se inmate, has not been contacted by the undersigned concerning this request.  Moreover, as an inmate who seeks monetary damages from this action, the plaintiff will not be prejudiced by the granting of an extension to the defendants for the filing of this motion.

I).     This is the second motion for extension of time filed by the defendants concerning the Court's schedule for filing dispositive motions.

**WHEREFORE**, the defendants request a sixty (60) day extension of time until August 23, 2004 to file their motion for summary judgment.

DEFENDANTS,
John Armstrong, Kevin DeGray, Larry Myers,
and Reginald McAllister

RICHARD BLUMENTHAL
ATTORNEY GENERAL

/s/

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 23rd day of June, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

/s/

_____
Matthew B. Beizer
Assistant Attorney General