UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | JULY 2, 2004 |

**DEFENDANTS' NOTICE OF COMPLIANCE
WITH PLAINTIFF'S DISCOVERY REQUESTS**

The undersigned hereby provides notice that the defendants have responded to the following discovery requests from the plaintiff:

1. Interrogatories to defendant Armstrong, November 21, 2003;

2. Admissions to defendant DeGray, November 25, 2003;

3. 2nd Request for Admissions to defendant DeGray, November 25, 2003;

4. 3rd Request for Admissions to defendant DeGray, December 2, 2003;

5. Admissions to defendant Armstrong, December 2, 2003;

6. 2nd Request for Admissions to defendant Armstrong, December 2, 2003;

7. Request for Production of Documents, November 18, 2003;

8. Request for Production of Documents, November 25, 2003;

9. Request for Production of Documents, December 2, 2003.

        DEFENDANTS,
John Armstrong, Kevin DeGray, Larry Myers,
and Reginald McAllister

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 2nd day of July, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____/s/_____
Matthew B. Beizer
Assistant Attorney General