# United States District Court
## District Of Connecticut

**FILED**
2004 JUL -7 A 11: 49
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:01 cv 2166 (JCH)(HBF) |
| vs. | |
| John Armstrong, et al. | June 30, 2004 |

## Plaintiff's Motion For Court Permission To Copy Videotape

The plaintiff hereby respectfully moves this honorable Court for permission to have the videotape of evidence of this case copied, for the following reasons:

1. This honorable Court granted a "Protective Order Regarding March 4 and 5, 1999 Videotape(s)." Which were produced to Pamela Ziemba -- person acting on plaintiff's behalf. It is ordered that: "Pamela Ziemba and any other individual are expressly prohibited from copying said tape without prior written approval

of the Court."

   2. Plaintiff now seeks approval -- permission to allow Pamela Ziemba to make one (1) copy of said tape, for the copy to be submitted to this court with plaintiff's motion in opposition to defendants' motion for summary judgment.

   3. The granting of this motion will stop any delay in plaintiff filing his motion in opposition to defendants' motion for summary judgment.

   <u>Wherefore, for the foregoing reasons written approval should be granted to make one (1) copy of tape.</u>

Respectfully Submitted
The Plaintiff
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#2

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of June 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By Duane Ziemba
Duane Ziemba

#3