<u>United States District Court</u>
<u>District Of Connecticut</u>

**FILED**
2004 JUL -7 A 11:49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:01 cv 2166 (JCH)(HBF) |
| Vs. | |
| John Armstrong, et al. | June 30, 2004 |

### Objection To Defendants' Second Motion For Extension Of Time To File For Summary Judgment

The plaintiff hereby strenuously opposes the defendants' second motion for extension of time to file their motion for Summary judgment. Their said motion should be denied due to the following facts:

1. By the Court's Scheduling Order dated February 20, 2004, defendants' dispositive motions were due by April 30, 2004.

2. By motion dated April 5, 2004, the defendants filed a motion for extension of time to file their motion for Summary

judgment. By the Court's ruling dated June 15, 2004, the Court granted defendants' motion for extension of time, ordering for them to file their motion on or before June 23, 2004. Ultimately, this provided the defendants a 90 day extension of time to draft, prepare and file their motion, but they failed to do so. It's preposterous that now the defendants, for second time, seek an extension of time to file the motion.

3. This honorable Court should uphold its orders and be uncompromissing, or this case will never be resolved. The defendants have had ample time to file their said motion, but have deliberately failed and refused to file it.

Wherefore, the defendants circumventing games should not be permitted to further delay resolution of case. No more excuses, no delays, no continuances should be legally allowed.

#2

Respectfully Submitted
The Plaintiff
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of June 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#3