United States District Court
District Of Connecticut

2004 JUL -9 P 4: 28
U.S. DISTRICT COURT
BRIDGEPORT CONN

Duane Ziemba | Civil Action

Vs. | 3:01 cv 2166 (JCH)(HBF)

John Armstrong, et al. | July 7, 2004

### Plaintiff's Motion Requesting Telephone Conference

The pro se plaintiff hereby respectfully requests for this honorable Court to schedule a telephone conference between all parties of record, for the following reasons:

1. The defendants have just recently produced discovery responses. In complete (intentional) violation of the Fed.R.Civ.P., the defendants have blatantly failed to respond, and provided evasive answers to all of the essential discovery.

2. It will now be extremely burdensome to this honorable Court (and plaintiff) for motions

to compel to be filed with respect to all of the essential discovery which the defendants have failed to respond to and have filed intentional evasive answers to.

3. The plaintiff is pleading for a telephone conference and this honorable Courts assistance, in compelling the defendants to comply with the Fed. R. Civ. P. Plaintiff will be fully prepared to clearly show this Court how in fact the defendants have blatantly violated the Fed. R. Civ. P., by their failing to respond to discovery and by their overt evasive answers.

Wherefore, the plaintiff respectfully requests for a telephone conference to be granted.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#2

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of July 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba