UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | JULY 28, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants move for summary judgment on the following grounds:

A. The plaintiff cannot demonstrate the requisite personal involvement of the defendants in the alleged constitutional violation(s);

B. The plaintiff cannot demonstrate that the defendants were deliberately indifferent to his medical needs or that they used excessive force;

C. The defendants are entitled to qualified immunity.

In support thereof, the defendants submit the following:

A. Memorandum of Law with attachments;

B. Defendants' Local Rule 56(a)(2) Statement.

                DEFENDANTS,
                John Armstrong, Kevin DeGray, Larry Myers,
                and Reginald McAllister

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY: _____/s/_____
                Matthew B. Beizer
                Assistant Attorney General
                110 Sherman Street
                Hartford, CT 06105
                Federal Bar #ct16304
                E-Mail: matthew.beizer@po.state.ct.us
                Tel: (860) 808-5450
                Fax: (860) 808-5591

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 28th day of July, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

_____/s/_____
Matthew B. Beizer
Assistant Attorney General