## ATTACHMENT TABLE OF CONTENTS

A. Defendant Armstrong Affidavit

B. Defendant Myers Affidavit

C. DOC Investigation; S.D. 98-38

D. Plaintiff's Amended Complaint, <u>Ziemba v. Armstrong</u>, 3:98CV2344, August 18, 1999

E. Dr. Edward Blanchette Report, March 4, 1999 (3 pages)

F. Captain DeGray Incident Report, March 4, 1999 (3 pages)

G. Medic McAllister Medical Incident Report, March 4, 1999, 10:55 a.m. (1 page)

H. Defendant McAllister Affidavit

I. Correctional Officer Rollins Incident Report, March 4, 1999 (1 page)

J. Correctional Officer Palonis, Disciplinary Report, March 4, 1999 (1 page)

K. Correctional Officer Hollingworth Incident Report, March 4, 1999 (1 page)

L. Medic McAllister Medical Incident Report, March 4, 1999, 12:25 p.m. (1 page)

M. Videotape