United States District Court
District Of Connecticut

FILED
2004 AUG -5 P 5:10
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| Duane Ziemba | Civil Action No. |
| --- | --- |
| | 3:01 cv 2166 (JCH)(HBF) |
| Vs. | |
| John Armstrong, et al. | August 3, 2004 |

### Plaintiff's Motion For Extension Of Time To Oppose The Defendants' Motion For Summary Judgment

The plaintiff hereby moves this honorable Court for a 30 day extension of time from the date all outstanding discovery is resolved, to thereby submit his motion in opposition to the defendants' motion for summary judgment, due to the following reasons:

1. The defendants' have just recently filed a patently frivolous motion for summary judgment.

2. There remains voluminous outstanding discovery in this case which must be resolved. Specifically defendant McAllister

has failed to respond to interrogatories served on him dated November 21, 2003 ; the defendants' have failed to produce the requested documents in the production request dated November 25, 2003 ; and the defendants Armstrong and Myers have very intentionally filed evasive answers and responses to interrogatories and request for admissions — — which pursuant to Fed. R. Civ. P. Constitute a failure to respond.

3. Counsel for the defendants as the highly trained attorney he is, he knows that he has no legal right moving for summary judgment while voluminous discovery remains outstanding.

Wherefore, this honorable Court should grant plaintiff a 30 day extension of time to oppose defendants' summary judgment motion, this is 30 days from the date that all outstanding discovery is resolved.

#2

Respectfully Submitted

Duane Ziemba

Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of August 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba

#3