<u>United States District Court</u>
<u>District of Connecticut</u>

Duane Ziemba | Civil Action No.
              | 3:01 cv 2166 (JCH)
vs.           |
              |
John Armstrong, et al. | August 3, 2004

<u>Motion To Compel Discovery</u>

Pursuant to Rule 34(b) and 37(a) Fed.R.Civ.P., plaintiff moves for an order compelling discovery.

Exhibit A., the plaintiff served on defendant McAllister these Interrogatories dated November 21, 2003. It's now over 8 months later and no responses have been provided.

Exhibit B., plaintiff sent counsel this letter dated July 9, 2004 attempting to informally resolve this matter, but counsel has refused to respond.

<u>Wherefore, this honorable Court should order defendant McAllister to file responses to these interrogatories</u>

95

Respectfully Submitted

*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to following on this 3rd day of August 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

# EXHIBIT A

Matthew B. Beizer                           November 21, 2003
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105
Re: Ziemba V. Armstrong, et al. No. 3:01 cv 2166 (JCH)(HBF)
           Interrogatories Served On
       Defendant Reginald McAllister

   Pursuant to Rule 33, Fed. R. Civ. P., defendant McAllister is directed to answer each of the following interrogatories in writing under oath, within 30 days.

   1. With respect to your employment with the Connecticut Department of Correction, please state the title of each position you have held and the inclusive dates of each position?

   2. On March 4 and 9, 1999 State Specifically what facility you were assigned to and what were your responsibities on these dates?

   3. Please refer to records and state specifically the hours that you worked at Northern Correctional Institution on the dates of March 4 and 5, 1999?

   4. On March 4, 1999 at Northern C.I. When Captain DeGray and you were at the plaintiff's cell and

98

the plaintiff complained that he could-not walk due to his ankle/foot was injured, please explain why did you on videocamera fail to examine the plaintiffs ankle/foot?

5. On March 4, 1999 when you were called to West two unit at Northern C.I. to see the plaintiff was his ankle or foot swollen?

6. On March 4, 1999 at Northern C.I. when you were called to West two unit and you saw the plaintiff and he complained of his ankle and foot being seriously injured, please state did you put him on the list for the Doctor to see him, did you provide him any form or pain medication, specifically in detail, state all of the action which you took?

7. On March 4, 1999 at Northern C.I. when the plaintiff complained that his ankle/foot was seriously injured, Doctor Vigneron did not see him until 19 days later, please state why did it take 19 days for the Doctor to see the seriously injured plaintiff?

Respectfully Submitted
Duane Ziemba
Duane Ziemba #128963
Northern C.I. Box 665
Somers, CT. 06071

99

# EXHIBIT B



Matthew B. Beizer
Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

July 9, 2004

Re: Ziemba V. Armstrong, et al. No. 3:01 cv 2166 (JCH)(HBF)
    Attempted Informal Discovery Resolution

Dear Attorney's Beizer and Parille

 The following outstanding discovery has not been responded to:

 1. Interrogatories Served On defendant Myers dated November 21, 2003 and December 2, 2003.
 2. Interrogatories Served On defendant DeGray dated November 21, 2003 and December 2, 2003.
 3. And Interrogatories Served on defendant McAllister dated November 21, 2003.
 Please immediately have these defendant's file responsese to this discovery.

Sincerely, Duane Ziemba
Duane Ziemba   #128963
Northern C.I. Box 665
Somers, CT. 06071