<u>United States District Court</u>
<u>District Of Connecticut</u>

| | |
|---|---|
| Duane Ziemba | Civil Action |
| | 3:01 cv 2166 (JCH)(HBF) |
| vs. | |
| John Armstrong, et al. | August 3, 2004 |

<u>Motion To Compel Producton Of Documents</u>

Pursuant to Rule 34(b) and 37(a) Fed.R.Civ.P., plaintiff moves for an order compelling the production of documents.

Exhibit A., plaintiff served on defendants a Request For Production of Documents dated: November 25, 2003 and also November 18, 2003. Defendants filed responses dated June 22, 2004 and July 2, 2004 also Exhibit A.

Defendants failed to produce the following requested essential documents:
1. Copy of Administrative Directive 6.5 Use Of Force Which was Revised and Effective March Of 2003;

103

2. A list of all physical evidence viewed, videotaped, or photographed;

3. Northern C.I. Unit Administrative Directive in effect in March 1999 as follows: (a) 1.10.1 Investigations, (b) 6.5.1 Use Of Force.

Exhibit B., the plaintiff sent counsel this letter dated July 9, 2004 — attempting to informally resolve these matters, but counsel has refused to respond. Each and every requested document is highly relevant to the subject matter of this case.

Wherefore, this honorable Court should order the defendants to produce the foregoing essential document.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

104

#2

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of August 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By *Duane Ziemba*
Duane Ziemba

105                    #3

# EXHIBIT A

Case 3:01-cv-02166-JCH   Document 100   Filed 08/06/2004   Page 4 of 15

106

Matthew B. Beizer                             November 25, 2003
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105


Ziemba V. Armstrong, et al. No. 3:01 cv 2166 (JCH)(HBF)

DEFENDANTS' RESPONSE TO

Request For Production Of Documents

Pursuant to Rule 34, Fed.R.Civ.P., the defendants are directed to produce the following requested documents, within 30 days.

1. Administrative Directive 6.5 Use of Force which was effective March of 1999.

See attached.

2. Administrative Directive 6.5 Use of Force which was Revised and Effective March of 2003.

See attached.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

107

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUANE ZIEMBA | PRISONER<br>: CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : |
| JOHN ARMSTRONG, ET AL. | : JUNE 22, 2004 |

### DEFENDANTS' RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS DATED NOVEMBER 25, 2003

1. Plaintiff has possession of this document as he has attached it to one of his discovery requests.

2. Plaintiff has possession of this document as he has attached it to one of his discovery requests.

DEFENDANTS,
John Armstrong, Kevin Degray, Larry Myers,
and Reginald McAllister

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

108

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of ~~June~~ July, 2004:

Duane Ziemba # 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

_____
Matthew B. Beizer
Assistant Attorney General

2

109

Matthew B. Beizer                November 18, 2003
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

<u>Ziemba V. Armstrong, et al. No. 3:01 cv 2166 (JCH)(HBF)</u>

DEFENDANTS' RESPONSE TO
<u>Request For Production Of Documents</u>

Pursuant to Rule 34 Fed.R.Civ.P., the defendants are directed to produce the following requested documents, within 30 days.

See attached.

1. A list of all physical evidence viewed, videotaped, or photographed.

2. Any and all documents, incident reports, use of force reports pertaining to the March 4 and 9, 1999 incidents described in the Amended Complaint.

3. A copy of Administrative Directives, which were effective during March 1999 as follows: (a) 1.10 Investigations; (b) 2.17 Employee Conduct; (c) 6.5 Use Of Force; (d) 6.6 Reporting Of Incidents; (e) 6.7 Searches; (f) and 10.7 Inmate Communications.

110

4. A copy of Northern C.I. Unit Directives, which were effective during March 1999 as follows: (a) 1.10.1 Investigations; (b) 6.5.1 Use of Force; (c) 6.7.1 Searches; and 6.6.1 Reporting of Incidents.

5. Produce a complete copy of the Northern C.I. Supervisors logbook from March 4, 1999 at 12:00 noon up until March 5, 1999 at 6:00 p.m.

6. Produce a complete copy of the Northern C.I. Two-West logbook from March 4, 1999 at 12:00 noon up until March 5, 1999 at 6:00 p.m.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. ▆▆ 06071

///                              #2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JULY 2, 2004 |

### DEFENDANTS' RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS DATED NOVEMBER 18, 2003

1. Objection. Request is vague and ambiguous.

2. Incident Reports and Use of Force Reports for March 4, 5, and 9, 1999 are enclosed.

3. DOC Directives 1.10, 2.17, 6.6, 6.7, and 10.7 are enclosed. Plaintiff has possession of 6.5 as he has attached it to sundry discovery requests.

4. Northern Unit Directives 6.5.1, 6.6.1, 6.7.1, and 1.10.1 are enclosed

5. Supervisor's Log Book is enclosed.

6. Two West Log Book is enclosed.

DEFENDANTS,
John Armstrong, Kevin Degray, Larry Myers,
and Reginald McAllister

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of July, 2004:

Duane Ziemba  # 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

_____
Matthew B. Beizer
Assistant Attorney General

# EXHIBIT B

Matthew B. Beizer  July 9, 2004
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

Re: Ziemba V. Armstrong, No. 3:01 cv 2166 (JCH)(HBF)
    Attempted Informal Discovery Resolution

Dear Attorney's Beizer and Parille

1. By production request dated November 25, 2003 at 2. I requested "a copy of Administrative Directive 6.5 Use of Force which was Revised and Effective March of 2003." You responded falsely claiming I have possession of this document as I have attached it to one of my discovery requests.
Note: I do not have a copy of this complete Directive and it is not attached to any of my discovery requests. Please produce a true and complete copy of this "Revised" Directive 6.5.

2. By production request dated November 18, 2003 at 1. I requested: "A list of all

physical evidence viewed, videotaped, or photographed." You filed an Objection claiming: "Request is vague and ambiguous". This objection constitutes an evasive answer and response, and is treated as a failure to respond. Because this request is definitely not vague or ambiguous. But is very clear and highly relevant. This is an extremely essential discovery request, please produce a response.

3. By production request dated November 18, 2003 at 4. I requested a copy of Unit Administrative Directive (Northern C.I.) in effect during March 1999 as follows: (a) 1.10.1 Investigations and (b) 6.5.1 Use of Force. You did not produce (a) 1.10.1 Investigations (Unit Northern C.I. Directive) and the (b) 6.5.1 Use of Force Unit Directive you produced has an effective date of December 29, 1998. Moreover: Please produce the 6.5.1 Use of Force (Northern C.I.) Unit Directive which was in effect during March 1999.

#2

Please immediately resolve these outstanding discovery matters.

Sincerely, Duane Ziemba
Duane Ziemba   #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#3