UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | AUGUST 16, 2004 |

### DEFENDANTS' OBJECTIONS TO PLAINTIFF'S MOTIONS TO COMPEL DATED AUGUST 3, 2004

On August 3, 2004, the plaintiff, a pro se inmate, filed seven (7) separate motions to compel discovery from the defendants (Docket Nos. 94-100). The defendants have, in fact, responded to the multitude of discovery requests filed by the plaintiff. The basis for plaintiff's motion to compel, in each instance, is that the discovery responses furnished by the defendants were not to the plaintiff's satisfaction.[1] The defendants oppose plaintiff's motions and submit that all of their discovery responses were appropriately responsive according to Rules 34 and 37 of the Federal Rules of Civil Procedure. It appears that plaintiff's dissatisfaction with the defendants' responses is largely the product of his failure to pose appropriate requests.

WHEREFORE, plaintiff's motions to compel should be denied.

---

[1] One of the plaintiff's motions seeks to compel defendant McAllister to respond to Interrogatories. These responses have been provided to the plaintiff.

DEFENDANTS,
John Armstrong, Kevin DeGray, Larry Myers,
and Reginald McAllister

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____/s/_____
    Matthew B. Beizer
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT 06105
    Federal Bar #ct16304
    E-Mail: matthew.beizer@po.state.ct.us
    Tel: (860) 808-5450
    Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 16th day of August, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071


_____/s/_____
Matthew B. Beizer
Assistant Attorney General