# United States District Court
## District Of Connecticut

FILED

2004 SEP 23 P 4: 57

U.S. DISTRICT COURT

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:01 cv 2166 (JCH)(HBF) |
| vs. | |
| John Armstrong, et al. | September 21, 2004 |

## Plaintiff's Motion In Opposition To Defendants' Motion For Summary Judgment

The plaintiff hereby respectfully opposes the defendants' motion for summary judgment. The defendants' motion is patently frivolous and as a matter of law should be denied. Accompanying this motion in support is a Memorandum of law, a Local Rule 56 (a) 2 Statement, affidavits, and other documentary evidence.

Since there are very clear and overwhelming genuine issues of material fact(s) in dispute, the defendants are not entitled to judgment as a matter of law. Live testimony at trial

must be heard and credibility must be determined in order to arrive at a fair result.

Wherefore, the plaintiff submits to the wisdom of this honorable court that as a matter of law the defendants' motion should be forthwith denied.

Respectfully Submitted
The Plaintiff
Duane Ziemba
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of September 2004 :

Matthew B. Beizer
Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba

#3