<u>United States District Court</u>
<u>District of Connecticut</u>

Duane Ziemba | Civil Action No.
 | 3:01 cv 2166 (JCH)(HBF)

vs.

John Armstrong, et al. | August 13, 2004

<u>Exhibits -- Affidavit Of Plaintiff In</u>
<u>Support Of Opposition To Defendants'</u>
<u>Motion For Summary Judgment</u>

I, Duane Ziemba, hereby declare under penalty of perjury:

1. Attached hereto Exhibit 1 is a true and correct copy of the Amended Complaint of the previously brought action: Ziemba V. Amstrong, et al. No. 3:98 cv 2344 (JCH)(HBF);

2. Attached hereto Exhibit 2 is a true and correct copy of the transcript of the deposition of Defendant Amstrong previously taken in action: Ziemba V. Armstrong, et al. No. 3:98 cv 2344 (JCH)(HBF), which is a previously brought action involving same subject

matter herein this action brought afterward. Fed. R. Civ. P., Rule 32.(E) Substitution of parties pursuant to Rule 25 does not effect the right to use depositions previously taken; and, when an action has been brought in any court of the United States or of any state and another action involving the same subject matter is afterward brought between the same parties or their representatives or successors in interest, <u>all</u> depositions lawfully taken and duly filed in the former action may be used in the later as if originally taken therefor;

3. Attached hereto Exhibit 3 is a true and correct copy of the transcript of Giovanny Gomez previously taken in previously brought action: Ziemba V. Armstrong, et al. No. 3:98 cv 2344 (JCH)(HBF);

4. Attached hereto Exhibit 4 is a true and correct copy of the letter by Pamela Ziemba dated September 1, 1998 to defendant Armstrong, and defendant Armstrong's letter of response threreto dated September 11, 1998;

5. Attached hereto Exhibit 5 is a true and correct copy of line emergency grievance filed by plaintiff dated August 31, 1998 IGP No. 141-98-651 and line

#2

grievance dated February 8, 1999 IGP No. 141-99-086 and line grievance dated February 8, 1999 IGP No. 141-99-087, and letters by plaintiff to defendant Armstrong dated September 1, 3 and 14, 1998, and letters by defendant Armstrong to plaintiff dated September 10, 23 and 29, 1998, October 20, 1998, and September 9, 1999;

6. Attached hereto Exhibit 6 is a true and correct copy of a line emergency grievance filed by plaintiff dated February 16, 1999 IGP No. 141-99;

7. Attached hereto Exhibit 7 is a true and correct copy of a letter by plaintiff to defendant Myers dated February 19, 1999, and a copy of attached thereto line emergency grievance filed by plaintiff dated February 19, 1999;

8. Attached hereto Exhibit 8 is a true and correct copy of a line emergency grievance filed by plaintiff dated February 27, 1999.

9. Attached hereto Exhibit 9 is a true and correct copy of a letter by attorney Jane Starkowski dated May 24, 1999, a Transmission Verification Report dated March 23, 1999 with attached Declaration by plaintiff dated March 18, 1999, and a Response

#3

To Inmate Request by defendant Myers dated September 17, 1999;

10. Attached hereto Exhibit 10 is a true and correct copy of a line emergency grievance filed by plaintiff dated March 29, 1999, and copy of line emergency grievance dated December 27, 1999;

11. Attached hereto Exhibit 11 is a true and correct copy of a line emergency grievance dated April 13, 1999, and copy of level 2 appeal thereto dated May 18, 1999;

12. Attached hereto Exhibit 12 is a true and correct copy of Incident Report by Jose M. Santa dated September 27, 1998, Photographs dated September 27, 1998, Medical Incident Report dated September 27, 1998, Clinical Records dated September 27, 1998, letter by defendant Armstrong dated October 20, 1998, letter by James C. Amis dated December 8, 1998, Telefax dated October 16, 1998, Diagnostic Radiologic Report dated October 1, 1998, Memorandum by Dr. Blanchette dated October 26, 1998;

13. Attached hereto Exhibit 13 is a true and correct copy of Disciplinary Report No. 9903074;

14. Attached hereto Exhibit 14 is true and correct copy

of Disciplinary Report No. 9903075;

15. Attached hereto Exhibit 15 is a true and correct copy of Disciplinary Report No. 9903076;

16. Attached hereto Exhibit 16 is a true and correct copy of Disciplinary Report No. 9903051;

17. Attached hereto Exhibit 17 is a true and correct copy of Disciplinary Report No. 9903058;

18. Attached hereto Exhibit 18 is a true and correct copy of Disciplinary Report No. 9903091;

19. Attached hereto Exhibit 19 is a true and correct copy of plaintiff's Medical Records;

20. Attached hereto Exhibit 20 is a true and correct copy of Incident Reports - Page One and two dated March 4, 1999 - No. 9903015;

21. Attached hereto Exhibit 21 is a true and correct copy of Incident Reports - Page 1 and 2 dated March 4, 1999 - No. 9903013;

22. Attached hereto Exhibit 22 is a true and correct copy of Incident Reports - Page 1 and 2 dated

March 9, 1999 - No. 9903030 ;

23. Attached hereto Exhibit 23 is a true and correct copy of Medical Incident Report dated March 9, 1999 ;

24. Attached hereto Exhibit 24 is a true and correct copy of Administrative Directive 6.5 Use of Force, effective dated August 3, 1998 ;

25. Attached hereto Exhibit 25 is a true and correct copy of Administrative Directive 6.5 Use of Force - Revised - 2/28/03 ;

26. Attached hereto Exhibit 26 is a true and correct copy of Administrative Directive 8.14 ;

27. Attached hereto Exhibit 27 is a true and correct copy of Pacer Service Center print out ;

28. Attached hereto Exhibit 28 is a true and correct copy of Interrogatories served on defendant Myers dated November 21, 2003 and responses thereto dated June 23, 2004 ;

29. Attached hereto Exhibit 29 is a true and correct copy of Interrogatories served on defendant

DeGray dated November 21, 2003 and responses thereto dated June 23, 2004;

30. Attached hereto Exhibit 30 is a true and correct copy of Interrogatries Served on defendant Myers dated December 2, 2003 and responses thereto dated June 23, 2004.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Signed: ~~Duane Ziemba~~
Duane Ziemba

Sworn and Subscribed before me on this __13th__ day of __August__, 2004

__Christopher Kay  8-13-04__
Notary Public           my commission expires 1/31/08

#8

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of September 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: ~~Duane Ziemba~~
Duane Ziemba