United States District Court
District Of Connecticut

Duane Ziemba

vs.

John Armstrong, et al.

Civil Action No.
3:01 cv 2166 (JCH)(HBF)

October 25, 2004

## Plaintiff's Motion For Permission To Filed Amended Interrogatories On Defendant Armstrong

I. Facts

By Ruling of this honorable Court dated 9/10/04, plaintiff's motion to compel [Dkt. No. 94] was granted as to Interrogatories 1 and 2. Defendant Armstrong was ordered to answer these Interrogatories.

Defendant Armstrong complied and filed Amended Responses dated 9/23/04. Please See Attachment A. However, this defendant has still failed to identify the number of, names, and dates of the inmate deaths in four point restraints. This is essential and highly relevant (discovery) information

to the subject matter of this case. Therefore the plaintiff has carefully filed the proposed Amended Interrogatories on defendant Armstrong. Which are more specific in nature by in fact identifying the names of the inmates who were killed in four point restraints. See Attachment B.

These proposed -- amended -- more specific in nature interrogatories should vividly refresh Armstrong's memory as to the facts pertaining to the deaths and killings of the inmates (human beings) in the four point restraints. Accordingly it is fundamentally important to the administration of justice and the penal system, for the defendant Armstrong to be ordered to comply with the Fed.R.Civ.P., and file under oath and non-evasive responses to the attached hereto proposed amended interrogatories.

Wherefore, for the foregoing reasons this honorable Court should grant plaintiff leave to file the proposed amended interrogatories on defendant Armstrong.

Respectfully Submitted
The Plaintiff
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of October 2004:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By *Duane Ziemba*
Duane Ziemba

# ATTACHMENT A

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

<u>November 21, 2003</u>

<u>Ziemba V. Armstrong, et al. No. 3:01 CV 2166 (JCH)(HBF)</u>

DEFENDANT'S RESPONSES TO

<u>Interrogatories Served On
Defendant John Armstrong</u>

Pursuant to Rule 33, Fed.R.Civ.P., defendant Armstrong is directed to answer each of the following interrogatories in writing under oath, within 30 days.

1. State the number of and the full name of inmate deaths in four-point restraints within the Connecticut Department of Correction?

See attached.

2. State the dates and full name of the deaths of each inmate in four-point restraints within the Department of Correction?

See attached.

3. State the date that you retired as the Commissioner of the Connecticut Department of Correction?

See attached.

4. On March 4 and 5, 1999 was it a policy to provide

6

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | SEPTEMBER 23, 2004 |

### DEFENDANT ARMSTRONG'S AMENDED RESPONSES TO PLAINTIFF'S INTERROGATORIES DATED NOVEMBER 21, 2003

1. The undersigned has made reasonable inquiry, through counsel, in an attempt to respond to this interrogatory. During the period of time that the undersigned was Commissioner of the Connecticut, Department of Correction there were approximately thirty (30) inmate deaths per year at the various correctional facilities. The Department of Correction did not, and does not, categorize or selectively group the inmate deaths according to medical cause, custodial status, or any other criteria. Accordingly, the undersigned is unable to respond to this query concerning the number of inmate deaths "while in four-point restraints."

2. See response to No. 1.

## VERIFICATION

I, John Armstrong, hereby certify that I have reviewed the above interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

_____
John Armstrong

Subscribed and sworn to, before me, this __27TH__ day of September, 2004.

_____
Notary Public / Commissioner of the Superior Court

        DEFENDANTS,
John Armstrong, Kevin DeGray, Larry Myers, and Reginald McAllister

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 15th day of ~~September~~ October, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____
Matthew B. Beizer
Assistant Attorney General

3

# ATTACHMENT B

# United States District Court
## District Of Connecticut

Duane Ziemba

vs.

John Armstrong, et al.

Civil Action No.
3:01 cv 2166 (JCH)(HBF)

October 25, 2004

### Amended Interrogatories Served On Defendant John Armstrong

Pursuant to Rule 33 and 34, Fed. R. Civ. P., defendant Armstrong is directed to answer each of the following interrogatories in writing under oath, and produce the requested documents, within 30 days:

1. Under oath, as the intelligent man you are, during the period that you were the Commissioner in April of 1999 — please state is it true and correct that at Hartford Correctional Center in April of 1999, 21-year old inmate Timothy Perry was killed, or died while he was shackled in four point restraints? Produce any and all documents

regarding the death of inmate Timothy Perry.

2. Under oath, please state is it true and correct that the State of Connecticut and/or the Department of Correction settled inmate Timothy Perry's death out of court for $2.9 Million? Produce any and all documents regarding this settlement.

3. At Hartford Correctional Center in April of 1999 inmate Timothy Perry was in fact murdered by Correctional Staff, yes or no?

4. Under oath, please state is it true and correct that in April of 1999 - when inmate Timothy Perry died he was in fact being restrained in four point restraints to a restraint bed? Produce all incident reports, investigative reports, or any other writing regarding Mr. Perry's death.

5. State and explain in detail, in April of 1999, while you were the Commissioner and Timothy Perry died at Hartford Correctional Center, is it true that his corpse was four pointed to the four point restraint

#2

bed, yes or no?

6. As the Commissioner is it true and correct that you personally were in agreement to settle the death of inmate Timothy Perry out of Court?

7. To the best of your knowledge was inmate Timothy Perry killed by Correctional Staff in 1999, yes or no?

8. Involving the death of inmate Timothy Perry in April of 1999, did you as the Commissioner take any form of disciplinary action against any of the Department employees involved in this death? Produce all documents regarding any disciplinary action taken.

9. State the amount paid to settle out of Court the Timothy Perry death? Produce all documents regarding said settlement.

10. Please state and explain, in April of 1999 at Hartford Correctional Center, when inmate Timothy Perry was murdered, what kind of restraints was he in?

#3

11. Under oath, please state is it true and correct that in 1999 after inmate Timothy Perry died in the four point restraints, at Garner Correctional Center Bryant Wiseman also died in four point restraints?

12. State the specific date that inmate Bryant Wiseman died in four point restraints at Garner Correctional Center? Produce all documents regarding this death.

13. Under oath, please explain is it true that in 1999 - at Garner Correctional Center Bryant Wiseman in fact died while being placed into four point restraints? Produce all documents regarding this incident.

14. Explain in detail what was the cause of death of inmate Timothy Perry in April of 1999 at Hartford Correctional Center? Produce all documents regarding this death.

15. Explain in detail what was the cause of death of inmate Bryant Wiseman in 1999 at Garner Correctional Center? Produce all documents regarding this death.

#4

16. At Garner Correctional Center in 1999, when inmate Bryant Wiseman was murdered by correctional Staff, was he in four point restraints, yes or no?

17. State the amount paid out of Court to settle the inmate Bryant Wiseman death? Produce all documents regarding this settlement.

18. Involving the death of Bryant Wisman in 1999, as the Commissioner did you take any form of disciplinary action against any of the Correctional employees involved in this death? Produce all copies of disciplinary action taken regarding above.

19. Besides the 1999 deaths of inmate's Timothy Perry and Bryant Wiseman in the four point restraints, is it true and correct that numerous other inmates have been killed hands on by Correctional Staff in four point restraints?

#5

Respectfully Submitted
The Plaintiff
*Duane Ziemba* (signature)
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#6