**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | PRISONER |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | NOVEMBER 22, 2004 |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S**
**MOTION FOR PERMISSION TO FILE**
**AMENDED INTERROGATORIES ON DEFENDANT ARMSTRONG**

The defendants object to the plaintiff's above captioned motion and in support thereof, submits the following:

A.    The plaintiff, a pro se inmate, has filed numerous sets of interrogatories directed to all of the defendants, including John Armstrong, the former Commissioner of the Connecticut, Department of Correction.

B.    Defendant Armstrong has responded to the plaintiff's interrogatories.  Indeed, the plaintiff acknowledges in his above captioned motion that defendant Armstrong has complied with his responses.

C.    The deadline for conducting discovery has long since passed.

D.    In July, 2004 the defendants filed a motion for summary judgment, to which the plaintiff has not responded.  It appears that the plaintiff is attempting to delay his response to defendants' motion by embarking on this continued discovery.

E.    Plaintiff's proposed Amended Interrogatories, which he attaches to his motion, are irrelevant and immaterial to the pending case.

WHEREFOR, the defendants request the Court to deny plaintiff's motion and set a deadline for his response to defendants' Motion for Summary Judgment.

DEFENDANTS,
John Armstrong, Kevin DeGray, Larry Myers,
and Reginald McAllister

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 22nd day of November, 2004:

Duane Ziemba #128963
Garner Correctional Institution
P.O. Box 5500
Newtown, CT 06470

_____/s/_____
Matthew B. Beizer
Assistant Attorney General