United States District Court
District Of Connecticut       FILED

2005 JUN 14 P 12:36

Duane Ziemba            | Civil Action No. DISTRICT COURT
                        |                  BRIDGEPORT, CONN
                        | 3:01 cv 2166 (JCH)(HBF)
Vs.                     |
                        |
John Armstrong, et al.  | June 9, 2005

Plaintiff's Motion Requesting Trial Memorandum Be Ordered And Trial Date Scheduled

The plaintiff respectfully moves this honorable Court to order the parties to submit their trial memorandums, and for the jury trial date of this action to be scheduled, in support of this motion the plaintiff represents the following:

1. By Ruling dated March 28, 2005, the Court granted in part and denied in part the defendants' Motion for Summary Judgment. Neither side appealed.

2. Accordingly, the remaining claims in this action are ready for resolution through a

trial by jury.

3. Plaintiff has found counsel who has tentatively agreed to try this case, and represent him if the case is scheduled for jury trial. It is therefore important for the case to be set down for trial.

Wherefore, it is respectfully requested for the trial memorandums to be ordered and this case scheduled for trial.

Respectfully Submitted
The Plaintiff
*Duane Ziemba*
Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470

-2-

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day of June 9, 2005:

Matthew B. Beizer
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: ~~Duane Ziemba~~
    Duane Ziemba