UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | JULY 15, 2005 |

## DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT

In its Ruling dated March 28, 2005 on Defendants' Motion for Summary Judgment, the Court granted the defendants' motion with respect to all claims, except the plaintiff's claim that defendant DeGray placed him in four point restraints on March 4, 1999 for punitive purposes and in retaliation for his filing lawsuits and left him in restraints for an unreasonably long period of time. (Docket #109, pp. 25-26). However, judgment has not formally been entered for the dismissed defendants Armstrong, Myers, and McAllister.

WHEREFORE, in accordance with the Court's decision, the defendants respectfully request the Court to enter judgment for these defendants.

    DEFENDANTS,
    John Armstrong, Kevin DeGray, Larry Myers,
    and Reginald McAllister

    RICHARD BLUMENTHAL
    ATTORNEY GENERAL

BY: _____/s/_____
    Matthew B. Beizer
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct16304
    E-Mail: matthew.beizer@po.state.ct.us
    Tel: (860) 808-5450
    Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 15th day of July, 2005:

Duane Ziemba #128963
Garner Correctional Institution
P.O. Box 5500
Newtown, CT  06470

                                                  /s/
                                        Matthew B. Beizer
                                        Assistant Attorney General