United States District Court
District Of Connecticut

FILED 2005 JUL 21 P 3: 11

Duane Ziemba

vs.

John Armstrong, et al.

Civil Action No.
3:01 cv 2166 (JCH)(HBF)

July 21, 2005

## Plaintiff's Objection To Defendants' Motion For Entry Of Judgment

The plaintiff hereby respectfully opposes the defendants' motion [requesting] for entry of judgment. In their motion the defendants intentionally misrepresent this honorable Court's Ruling on Defendants' Motion for Summary Judgment, with respect to defendant Larry Myers. The Court did not grant Myers or DeGray judgment, but the defendants have misrepresented that Myers was granted judgment. Therefore the defendants are attempting to circumvent the Court's Ruling, by in their said motion requesting this Court to enter judgment for Myers.

Moreover: the Court's Ruling clearly did not

grant judgment to Myers.

        Respectfully Submitted
        Duane Ziemba
        Duane Ziemba #128963
        Garner C.I.
        50 Nunnawauk Road
        Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of July 2005:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

        By: Duane Ziemba
            Duane Ziemba