UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JULY 20, 2005 |

### DEFENDANTS' MOTION FOR RETURN OF VIDEOTAPE

The undersigned defendants respectfully request the District Court to return the videotape that was submitted as Attachment M to Defendants' Motion for Summary Judgment. In support thereof, the defendants submit as follows:

1. The plaintiff, a pro se inmate, brings this action concerning a series of incidents occurring in March, 1999 at Northern Correctional Institution.

2. On July 29, 2004, the defendants filed a motion for summary judgment (Docket #92).

3. Enclosed with the defendants' motion for summary judgment, as Attachment M, was a videotape recording made by Northern staff concerning the various incidents involving the plaintiff.

4. The plaintiff has previously been provided with a copy of this videotape.

5. In order to expedite the filing of the defendants' motion for summary judgment, the undersigned provided the Court with the only copy of the videotape in the possession of the Office of the Attorney General.

6. By Ruling dated March 28, 2005, the District Court granted in part, and denied in part, the defendants' motion for summary judgment. A trial date has been scheduled for January, 2006.

7.   The defendants request the aforementioned videotape to assist in preparation for trial.

WHEREFORE, the defendants respectfully request the return of the aforementioned videotape, or, permission to pick up the videotape from the Court.

>DEFENDANTS,
>John Armstrong, Kevin DeGray, Larry Myers, and Reginald McAllister
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>BY: _____/s/_____
>Matthew B. Beizer
>Assistant Attorney General
>110 Sherman Street
>Hartford, CT  06105
>Federal Bar #ct16304
>E-Mail:  matthew.beizer@po.state.ct.us
>Tel:  (860) 808-5450
>Fax:  (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 20th day of July, 2005:

Duane Ziemba #128963
Garner Correctional Institution
P.O. Box 5500
Newtown, CT  06470

>_____/s/_____
>Matthew B. Beizer
>Assistant Attorney General

2