<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED
2005 JUL 29  P 3: 57
U.S. DISTRICT COURT

| | |
|---|---|
| Duane Zieroba | Civil Action No. |
| | 3:01 cv 2166 (JCH)(HBF) |
| VS. | |
| John Armstrong, et al. | July 27, 2005 |

<u>Objection To Defendants' Motion</u>
<u>For Return Of Videotape</u>

The plaintiff hereby objects to the defendants' motion requesting for this honorable court to return the videotape. In support of this motion the plaintiff respectfully represents the following:

1. Counsel for the defendants, who represents the defendants <u>guilty</u> of <u>American Terrorism</u> against the <u>non-violent</u> plaintiff, submitted the videotape with his Motion For Summary Judgment. This videotape does, in fact, support how in acts of <u>Terrorism and Retaliation</u> the defendants did horribly, grotesquely, and most painfully physically torture

the plaintiff in four point restraints for more than 25 consecutive hours.
This videotape of evidence is now a permanent record of this civil rights action, and it will be extremely prejudicial to the pro se - struggling plaintiff to return this essential evidence to the criminal defendants. Moreover: this videotape of evidence became a permanent record and submitted evidence of this case the day it was officially filed with this court.

2. Unequivocally, the plaintiff refuses to settle this case out of court. Accordingly, this case must be resolved [respectfully] through a jury trial. This is the United States Of America, despite counsel for the defendants and the defendants unquestionably acting as Al-Qaeda Terrorists. It is therefore fundamentally important herein the United States -- to the administration of justice and the penal system for the plaintiff to have his day in court and counsel for the defendants not to be legally allowed any further circumvention of this case.

Wherefore, the defendants' motion should be denied.

Respectfully Submitted
The Plaintiff
~~Duane Ziemba~~
Duane Ziemba #128963
Garner C.I. 50 Nunnawauk Rd.
Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following Counsel for the America Terrorists, on this 27th day of July 2005:

Richard Blumenthal - American Terrorism Counsel
Matthew B. Beizer - American Terrorism Counsel
110 Sherman Street
Hartford, CT. 06105

By: ~~Duane Ziemba~~
Duane Ziemba