# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

August 11, 2005

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
8/24/05
Kevin F. Rowe, Clerk
By: Tiffany R. Beverley
Deputy Clerk

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Re: Case Name: Duane Ziemba v. John Armstrong, et al
  Number: 3:01cv2166(JCH)(HBF)

Dear Attorney Beizer:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

  Exhibit M (Video Tape) to Document # 92 Motion for Summary Judgment

Please acknowledge receipt of the exhibit on the copy of this letter and return it to the Clerk's Office.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Tiffany R. Beverley
Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: 8-24-05