## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:01CV2166 (JCH)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | OCTOBER 6, 2005 |

### DEFENDANTS' MOTION FOR ORDER
### REGARDING REMAINING ISSUES FOR TRIAL

This case is scheduled for jury selection and trial on January 10, 2006.

In its Ruling on defendants' Motion for Summary Judgment, dated March 28, 2005, the Court granted the defendants' motion with respect to all claims, except the plaintiff's claim that defendant DeGray placed him in four point restraints on March 4, 1999 for punitive purposes and in retaliation for his filing lawsuits and left him in restraints for an unreasonably long period of time (Docket # 109, pp. 25-26).  In an attempt to clarify the issues remaining for trial, on July 15, 2005, the undersigned filed a Motion for Entry of Judgment on behalf of the dismissed defendants Armstrong, Myers and McAllister.  The Court has not ruled on this motion.

WHEREFORE, to assist all parties in their trial preparation, it is respectfully requested that the Court either act on the defendants' Motion for Entry of Judgment, or, issue an order regarding the remaining issues for trial.

DEFENDANTS,
John Armstrong, Kevin DeGray, Larry Myers,
and Reginald McAllister

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____/s/_____
     Matthew B. Beizer
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT 06105
     Federal Bar #ct16304
     E-Mail: matthew.beizer@po.state.ct.us
     Tel: (860) 808-5450
     Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 6th day of October, 2005:

Duane Ziemba #128963
Garner Correctional Institution
P.O. Box 5500
Newtown, CT 06470


_____/s/_____
Matthew B. Beizer
Assistant Attorney General