United States District Court
District Of Connecticut

FILED
2005 NOV 29 P 12: 17
DISTRICT COURT

Duane Ziemba

vs.

John Armstrong, et al.

Civil Action No.
3:01 cv 2166 (JCH)

November 21, 2005

Plaintiff's Rule-70 Motion For Defendants To Be Held In Contempt

Pursuant to Rule 70, Fed.R.Civ.P. the plaintiff hereby respectfully moves this honorable court to find the defendants in contempt and to issue an order accordingly. In Support of this motion the plaintiff represents the following:

By Order of the Court dated July 8, 2005 -- the Court ordered the following: "a. Defendant(s) will provide its Pretrial Memorandum to Plaintiff on or before November 1, 2005."

It is now presently November 21, 2005, and the defendants have __Not__ filed their Pretrial Memorandum nor provided it to plaintiff. The defendants

have openly defied the Courts said order, and therefore are in Contempt.

Wherefore, for all of the foregoing reasons a contempt order should be issues with all other appropriate action as this honorable Court might discern.

Respectfully Submitted
Duane Ziemba / Duane Ziemba
Garner C.I. 50 Nunnawauk Road
Newtown, CT. 06470

### Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of November 2005:

Matthew B. Beizer, and
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba

-2-