UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:01CV2166 (JCH) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | NOVEMBER 29, 2005 |

**DEFENDANT'S OBJECTION TO**
**PLAINTIFF'S MOTION FOR CONTEMPT DATED NOVEMBER 21, 2005**

The defendant objects to the plaintiff's above-referenced motion on the following grounds:

1. The plaintiff is wrong in asserting that the trial memorandum was due on or before November 1, 2005. In fact, the memorandum was ordered to be filed by December 1, 2005 (see Docket #113).

2. By Order dated November 23, 2005, the trial of this matter has been postponed to a date yet to be determined.

DEFENDANT
Kevin DeGray

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: \_\_\_\_/s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 29th day of November, 2005:

Duane Ziemba #128963
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT  06470

_____/s/_____
Matthew B. Beizer
Assistant Attorney General