# ATTACHMENT A

HBF, MOTREF, REFCNF, WIG

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:01-cv-02166-JCH

| | |
|---|---|
| Ziemba v. Armstrong, et al | Date Filed: 11/19/2001 |
| Assigned to: Judge Janet C. Hall | Jury Demand: Plaintiff |
| Referred to: Judge Holly B. Fitzsimmons | Nature of Suit: 550 Prisoner: Civil Rights |
| Demand: $0 | |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Duane Ziemba**                    represented by **Duane Ziemba**
                                    Inmate 128963
                                    Garner Correctional Institution
                                    50 Nunnawauk Road
                                    Newtown, CT 06470-5500
                                    PRO SE

V.

**Defendant**

**John J. Armstrong**               represented by **Matthew B. Beizer**
*Ind*                               Attorney General's Office
                                    MacKenzie Hall
                                    110 Sherman St.
                                    Hartford, CT 06105-2294
                                    860-808-5450
                                    Fax: 860-808-5591
                                    Email: matthew.beizer@po.state.ct.us
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **Neil D. Parille**
                                    Attorney General's Office
                                    110 Sherman St.
                                    Hartford, CT 06105
                                    860-808-5450
                                    Fax: 860-808-5591
                                    Email: neil.parille@po.state.ct.us
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Keven DeGray**                    represented by **Matthew B. Beizer**
*Ind*                               (See above for address)
                                    *LEAD ATTORNEY*

|   |   | *ATTORNEY TO BE NOTICED* |
|---|---|---|
|   |   | **Neil D. Parille**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Larry Myers**<br>*Ind* | represented by | **Matthew B. Beizer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Neil D. Parille**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Reginald MacAllister**<br>*Ind* | represented by | **Matthew B. Beizer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Neil D. Parille**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2001 | 1 | MOTION by Duane Ziemba to Proceed in Forma Pauperis (Beverly, T.) (Entered: 11/20/2001) |
| 11/19/2001 | 2 | Prisoner Authorization Form by Duane Ziemba (Beverly, T.) (Entered: 11/20/2001) |
| 11/19/2001 | 3 | COMPLAINT (Beverly, T.) (Entered: 11/20/2001) |
| 01/08/2002 | 4 | RULING denying [1-1] motion to Proceed in Forma Pauperis Further proceedings held in abeyance until 2/7/02 pending receipt of filing fee in the amount of $ 150.00. Failure to tender the filing fee within 30 days of this order will result in dismissal. ( signed by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 01/09/2002) |
| 01/22/2002 | 5 | MOTION by Duane Ziemba to Extend Time for to 3/15/02 to pay filing fee (Jaiman, R.) (Entered: 01/23/2002) |
| 01/29/2002 |  | ENDORSEMENT granting [5-1] motion to Extend Time for to 3/15/02 to pay filing fee Case to be dismissed by 3/15/02 if insufficiency not corrected ( signed by Mag. Judge Holly B. Fitzsimmons ) (Larsen, M.) |

| | | |
|---|---|---|
| | | (Entered: 01/30/2002) |
| 02/07/2002 | 6 | Supplement to MOTION by Duane Ziemba to Extend Time to pay filing fee no date specified (Jaiman, R.) (Entered: 02/13/2002) |
| 02/28/2002 | 7 | MOTION by Duane Ziemba to Extend Time to 4/15/02 to pay the filing fee (Jaiman, R.) (Entered: 03/01/2002) |
| 03/04/2002 | | ENDORSEMENT denying [6-1] motion to Extend Time to pay filing fee ( signed by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 03/04/2002) |
| 03/07/2002 | 8 | MOTION by Duane Ziemba to Stay Case (Brief Due 3/28/02 ) (Jaiman, R.) (Entered: 03/22/2002) |
| 04/05/2002 | 9 | MOTION by Duane Ziemba to lift stay (Brief Due 4/26/02 ) (Jaiman, R.) (Entered: 04/08/2002) |
| 04/08/2002 | | Filing Fee Paid; FILING FEE $ 150.00 RECEIPT # B003783 (Jaiman, R.) (Entered: 04/09/2002) |
| 04/08/2002 | | ENDORSEMENT granting [7-1] motion to Extend Time to 4/15/02 to pay the filing fee, set Dismissal due by 4/15/02 ( signed by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 04/09/2002) |
| 04/26/2002 | | ENDORSEMENT denying [8-1] motion to Stay Case ( signed by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 04/29/2002) |
| 04/26/2002 | | ENDORSEMENT denying [9-1] motion to lift stay ( signed by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 04/29/2002) |
| 08/16/2002 | 10 | AMENDED COMPLAINT by Duane Ziemba [3-1] complaint; jury demand (Jaiman, R.) (Entered: 08/16/2002) |
| 10/24/2002 | 11 | ORDER, plaintiff is directed to serve a copy of the amended complaint on defendants in their individual capacities and also directed to file a return of service ( signed by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 10/25/2002) |
| 10/24/2002 | | CASE referred to Mag. Judge Holly B. Fitzsimmons (Jaiman, R.) (Entered: 01/23/2003) |
| 11/19/2002 | 12 | APPEARANCE of Attorney for John J. Armstrong, Keven DeGray, Larry Myers, Reginald MacAllister -- Matthew B. Beizer (Jaiman, R.) (Entered: 11/20/2002) |
| 11/19/2002 | 13 | MOTION by John J. Armstrong, Keven DeGray, Larry Myers, Reginald MacAllister for bond (Brief Due 12/10/02 ) (Jaiman, R.) (Entered: 11/20/2002) |
| 11/22/2002 | 14 | OBJECTIONS by Duane Ziemba to [13-1] motion for bond by Reginald MacAllister, Larry Myers, Keven DeGray, John J. Armstrong (Corriette, M.) (Entered: 11/22/2002) |
| 11/22/2002 | 15 | MOTION by Duane Ziemba for Security for Costs (Brief Due 12/13/02 ) |

|  |  |  | (Corriette, M.) (Entered: 11/22/2002) |
|---|---|---|---|
| 11/22/2002 |  | 16 | MOTION by John J. Armstrong, Keven DeGray, Larry Myers, Reginald MacAllister to Dismiss (Brief Due 12/13/02 ) (Corriette, M.) (Entered: 11/22/2002) |
| 11/22/2002 |  | 17 | MEMORANDUM by John J. Armstrong, Keven DeGray, Larry Myers, Reginald MacAllister in support of [16-1] motion to Dismiss (Corriette, M.) (Entered: 11/22/2002) |
| 11/27/2002 |  | 18 | OBJECTION by John J. Armstrong, Keven DeGray, Larry Myers, Reginald MacAllister to [15-1] Motion for Security for Costs by Duane Ziemba (D'Andrea, S.) (Entered: 12/02/2002) |
| 12/02/2002 |  | 19 | MEMORANDUM by Duane Ziemba in opposition to [16-1] motion to Dismiss by Reginald MacAllister, Larry Myers, Keven DeGray, John J. Armstrong (Corriette, M.) (Entered: 12/03/2002) |
| 12/02/2002 |  | 20 | MEMORANDUM by Duane Ziemba in support of [19-1] opposition memorandum, [16-1] motion to Dismiss (Corriette, M.) (Entered: 12/03/2002) |
| 12/06/2002 |  |  | ENDORSEMENT granting [13-1] motion for bond ( signed by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 12/06/2002) |
| 12/06/2002 |  |  | ENDORSEMENT denying [15-1] motion for Security for Costs ( signed by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 12/06/2002) |
| 12/11/2002 |  | 21 | MOTION by Duane Ziemba for Order for defendants to be served require to bear costs (Brief Due 1/1/03 ) (Jaiman, R.) (Entered: 12/11/2002) |
| 12/13/2002 |  | 22 | OBJECTIONS by John J. Armstrong, Keven DeGray, Larry Myers, Reginald MacAllister to [21-1] motion for Order for defendants to be served require to bear costs by Duane Ziemba (Corriette, M.) (Entered: 12/16/2002) |
| 12/13/2002 |  | 23 | MOTION by Duane Ziemba for Reconsideration of endorsement order dated 12/6/02 re: [13-1] motion for bond (Brief Due 1/3/03 ) (Corriette, M.) Modified on 01/23/2003 (Entered: 12/16/2002) |
| 12/17/2002 |  | 24 | Waiver of Service of Summons as to John J. Armstrong signed on 11/6/02 (Jaiman, R.) (Entered: 12/20/2002) |
| 05/21/2003 |  | 25 | Waiver of Service of Summons as to Keven DeGray signed on 11/22/02 (Jaiman, R.) (Entered: 05/22/2003) |
| 05/28/2003 |  | 26 | RULING granting [23-1] motion for Reconsideration of endorsement order dated 12/6/02 re: [13-1] motion for bond, vacating order re: [15-1] motion for Security for Costs by Duane Ziemba, denying [13-1] motion for bond, denying [21-1] motion for Order for defendants to be served require to bear costs ( signed by Mag. Judge Holly B. Fitzsimmons ) 4 Page(s) (Jaiman, R.) (Entered: 05/29/2003) |
| 06/10/2003 |  | 27 | RULING denying [16-1] motion to Dismiss ( signed by Judge Janet C. |

| | | |
|---|---|---|
| | | Hall ) 12 Page(s) (Jaiman, R.) (Entered: 06/10/2003) |
| 07/01/2003 | 28 | MOTION by Duane Ziemba for Order for Defendant's Addresses (Brief Due 7/22/03) (Corriette, M.) (Entered: 07/02/2003) |
| 07/03/2003 | 29 | ORDER of Referral to Mag. Judge William I. Garfinkel for Settlement conference (signed by Judge Janet C. Hall) (D'Andrea, S.) (Entered: 07/03/2003) |
| 07/24/2003 | 30 | MOTION by Duane Ziemba for Scheduling Order (Brief Due 8/14/03) (Corriette, M.) (Entered: 07/25/2003) |
| 09/10/2003 | 31 | SETTLEMENT CONFERENCE ORDER Settlement Conference 10:00 9/22/03 ( signed by Mag. Judge William I. Garfinkel ) (Candee, D.) (Entered: 09/10/2003) |
| 09/10/2003 | 32 | Calendar and Order re: Settlement Conference 10:00 9/22/03 to be held by WIG ( signed by Mag. Judge William I. Garfinkel ) (Candee, D.) (Entered: 09/11/2003) |
| 09/22/2003 | 33 | Settlement Conference held ( WIG) (Kolesnikoff, D.) (Entered: 09/24/2003) |
| 10/14/2003 | 34 | Minute Entry for telephone status conference held before Judge Janet C. Hall : on 10/14/2003. (Court Reporter Corriette.) (Boroskey, C.) (Entered: 10/22/2003) |
| 10/28/2003 | 35 | ANSWER and Affirmative Defenses to Amended Complaint by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers.(Candee, D.) (Entered: 11/05/2003) |
| 11/19/2003 | 36 | MOTION to Amend/Correct [10] Amended Complaint by Duane Ziemba.Responses due by 12/10/2003 (Cody, C.) (Entered: 11/26/2003) |
| 12/03/2003 | 37 | NOTICE of Appearance by Neil D. Parille on behalf of John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers (Corriette, M.) (Entered: 12/05/2003) |
| 12/04/2003 | 40 | Scheduling ORDER & Ruling denying as moot [28] Motion for Order, granting [30] Motion for Order . Signed by Judge Holly B. Fitzsimmons on 12/2/03. (Beverley, T.) (Entered: 12/17/2003) |
| 12/04/2003 | | Set Deadlines: Telephonic Status Conference set for 2/16/2004 02:00 PM before Holly B. Fitzsimmons. Written request for production due 12/12/03 & Response/Reply due 1/15/04 (Beverley, T.) Modified on 12/17/2003 (Beverley, T.). (Entered: 12/17/2003) |
| 12/04/2003 | | Entry date 12/4/03 modified to correct Response/Reply date. (Beverley, T.) (Entered: 12/17/2003) |
| 12/08/2003 | 38 | Memorandum in Opposition re 36 MOTION to Amend [10] Amended Complaint filed by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers. (Attachments: # 1 Objection A# 2 Objection B# 3 Objection C)(Corriette, M.) (Entered: 12/12/2003) |

| 12/15/2003 | 39 | MOTION to Withdraw 36 MOTION to Amend [10] Amended Complaint by Duane Ziemba. (Corriette, M.) (Entered: 12/17/2003) |
|---|---|---|
| 12/19/2003 | 41 | NOTICE to PARTIES, this file will be maintained in Bridgeport. Signed by Clerk on 12/19/03. (Jaiman, R.) (Entered: 12/19/2003) |
| 12/31/2003 | 42 | MOTION to Amend [10] Amended Complaint by Duane Ziemba.Responses due by 1/21/2004 (Corriette, M.) (Entered: 01/08/2004) |
| 01/07/2004 | 44 | MOTION to Appoint Counsel by Duane Ziemba. (Corriette, M.) (Entered: 01/14/2004) |
| 01/09/2004 | 43 | Objection re 42 MOTION for leave to Amend [10] Amended Complaint filed by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers. (Beverley, T.) (Entered: 01/09/2004) |
| 01/14/2004 | 45 | REPLY to Response to 42 MOTION to Amend [10] Amended Complaint filed by Duane Ziemba. (Beverley, T.) (Entered: 01/16/2004) |
| 01/23/2004 | 46 | MOTION for Protective Order by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers.Responses due by 2/13/2004 (Corriette, M.) (Entered: 01/27/2004) |
| 01/23/2004 | 47 | MOTION for Extension of Time to Respond to Discovery Requests for 30 days from Court's Ruling on Motion to Amend Complaint by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers. (Corriette, M.) (Entered: 01/27/2004) |
| 01/23/2004 | 48 | OBJECTION re 42 MOTION to Amend [10] Amended Complaint filed by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers. (Corriette, M.) (Entered: 01/27/2004) |
| 01/23/2004 | 49 | SCHEDULING ORDER & RULING denying 36 Motion to Amend/Correct, granting 39 Motion to Withdraw . Signed by Judge Holly B. Fitzsimmons on 1/5/04. (Beverley, T.) (Entered: 01/30/2004) |
| 01/27/2004 | 50 | MOTION for Telephone Conference by Duane Ziemba. (Beverley, T.) (Entered: 02/02/2004) |
| 01/29/2004 | 51 | Ruling denying 44 Motion to Appoint Counsel . Signed by Judge Holly B. Fitzsimmons on 1/29/04. (Beverley, T.) (Entered: 02/04/2004) |
| 01/30/2004 | 53 | MOTION for Order to Sustain Admissions Served on Defendant Degray as Admitted by Duane Ziemba. (Corriette, M.) (Entered: 02/05/2004) |
| 01/30/2004 | 54 | MOTION for Order To Sustain Admissions Served on Defendant Armstrong As Admitted by Duane Ziemba. (Corriette, M.) (Entered: 02/05/2004) |
| 01/30/2004 | 55 | MOTION for Default Entry 55(a) and MOTION for Sanctions against Defendants by Duane Ziemba.Responses due by 2/20/2004 (Corriette, M.) (Entered: 02/05/2004) |
| 01/30/2004 | 56 | MOTION for Default Entry 55(a) Against Defendant McAllister by |

|  |  | Duane Ziemba. (Corriette, M.) (Entered: 02/05/2004) |
|---|---|---|
| 01/30/2004 | 57 | MOTION for Default Entry 55(a) Against Defendant Myers by Duane Ziemba. (Attachments: # 1 myers2)(Corriette, M.) (Entered: 02/05/2004) |
| 01/30/2004 | 58 | MOTION for Default Entry 55(a) Against Defendant DeGray by Duane Ziemba. (Corriette, M.) (Entered: 02/05/2004) |
| 01/30/2004 | 59 | MOTION for Default Entry 55(a) Against Defendant Armstrong by Duane Ziemba. (Corriette, M.) (Entered: 02/05/2004) |
| 01/30/2004 | 60 | MOTION to Compel Production of Video Tapes by Duane Ziemba.Responses due by 2/20/2004 (Attachments: # 1 Memorandum in Support)(Corriette, M.) (Entered: 02/05/2004) |
| 01/30/2004 | 61 | Objection re 47 MOTION for Extension of Time filed by Duane Ziemba. (Corriette, M.) (Entered: 02/05/2004) |
| 01/30/2004 | 62 | Memorandum in Opposition Re: Objection to 42 MOTION to Amend [10] Amended Complaint filed by Duane Ziemba. (Corriette, M.) (Entered: 02/05/2004) |
| 02/02/2004 | 52 | Endorsement ORDER granting 46 Motion for Protective Order . Signed by Judge Janet C. Hall on 2/1/04. (Beverley, T.) (Entered: 02/04/2004) |
| 02/09/2004 | 63 | MOTION to Withdraw 56 MOTION for Default Entry 55(a) Against Defendant McAllister, 57 MOTION for Default Entry 55(a) Against Defendant Myers, 58 MOTION for Default Entry 55(a) Against Defendant DeGray, & 59 MOTION for Default Entry 55(a) Against Defendant Armstrong by Duane Ziemba. (Beverley, T.) (Entered: 02/11/2004) |
| 02/10/2004 | 64 | RULING & SCHEDULING ORDER: Telephone Status Conference set for 2/17/2004 10:30 AM in Chambers Room 266 - Annex before Holly B. Fitzsimmons.. Signed by Judge Holly B. Fitzsimmons on 2/3/04. (Beverley, T.) (Entered: 02/11/2004) |
| 02/12/2004 | 65 | NOTICE TO PARTIES, this file is now being maintained in Bridgeport . Signed by Clerk on 2/12/04. (Jaiman, R.) (Entered: 02/12/2004) |
| 02/17/2004 | 66 | RULING granting nunc pro tunc 47 Motion for Extension of Time, denying 55 Motion for Default Entry 55(a), denying 55 Motion for Sanctions, denying 56 Motion for Default Entry 55(a), denying 57 Motion for Default Entry 55(a), denying 58 Motion for Default Entry 55 (a), denying 59 Motion for Default Entry 55(a), granting 63 Motion to Withdraw motions for default. Signed by Judge Holly B. Fitzsimmons on 2/13/04. (Larsen, M.) (Entered: 02/18/2004) |
| 02/18/2004 | 67 | AMENDED NOTICE TO PARTIES, this file is maintained in Bridgeport. The Prisoner flag has been returned to this case. Signed by Clerk on 2/18/04. (Jaiman, R.) (Entered: 02/18/2004) |
| 02/20/2004 | 68 | RULING and ORDER granting 60 Motion to Compel . Signed by Judge Holly B. Fitzsimmons on 2/14/04. (Jaiman, R.) (Entered: 03/04/2004) |
|  |  |  |

| | | |
|---|---|---|
| 02/20/2004 | | Set Deadlines: Dispositive Motions due by 4/30/2004. (Jaiman, R.) (Entered: 03/04/2004) |
| 02/27/2004 | 69 | OBJECTION to 46 MOTION for Protective Order filed by Duane Ziemba. (Corriette, M.) (Entered: 03/04/2004) |
| 03/02/2004 | 70 | MOTION Requesting Ruling on 42 MOTION to Amend [10] Amended Complaint by Duane Ziemba. Responses due by 3/23/2004 (Corriette, M.) (Entered: 03/11/2004) |
| 03/03/2004 | 71 | RULING AND ORDER granting 60 MOTION to Compel filed by Duane Ziemba, subject to a protective order as discussed during telephone conference on 2/27/04. Signed by Judge Holly B. Fitzsimmons on 2/27/04. (Larsen, M.) (Entered: 03/17/2004) |
| 03/16/2004 | 72 | PROTECTIVE ORDER REGARDING MARCH 4 & 5, 1999 VIDEOTAPE (S), It is hereby ordered that the tape be provided forthwith to Pamela Ziemba of Middletown, Connecticut along with a copy of this protective order. Pamela Ziemba and any other individual who subsequently comes to possess said tape, including but not limited to the plaintiff's family members, or prospective attorneys, are expressly prohibited from copying said tape without prior written approval of the Court. A copy of this order will remain with the tape. Violations of the order may subject the offender to sanctions, including but not limited to prosecution for contmept of court. . Signed by Judge Holly B. Fitzsimmons on 3/15/04. (Jaiman, R.) (Entered: 03/19/2004) |
| 04/07/2004 | 74 | MOTION for Extension of Time to File Motion for Summary Judgment by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers. (Corriette, M.) (Entered: 04/16/2004) |
| 04/08/2004 | 73 | RULING and ORDER denying 42 Motion to Amend complaint, denying 53 Motion for Order, denying 54 Motion for Order, denying 70 Motion requesting ruling . Signed by Judge Holly B. Fitzsimmons on 4/2/04. (Jaiman, R.) (Entered: 04/16/2004) |
| 04/16/2004 | 75 | OBJECTION TO 74 MOTION for Extension of Time filed by Duane Ziemba. (Corriette, M.) (Entered: 04/20/2004) |
| 05/07/2004 | 76 | DISCLOSURE NOTICE . Signed by Judge Janet C. Hall on 5/7/04. (Beverley, T.) (Entered: 05/12/2004) |
| 05/13/2004 | 77 | MOTION for Default and MOTION for Sanctions against defendants by Duane Ziemba. Responses due by 6/3/2004 (Jaiman, R.) (Entered: 05/17/2004) |
| 05/21/2004 | 78 | ORDER REFERRING MOTION: 77 MOTION for Default Judgment as to MOTION for Sanctions filed by Duane Ziemba to Magistrate Judge Holly B. Fitzsimmons for a ruling. Signed by Judge Janet C. Hall on 5/20/04. (Beverley, T.) (Entered: 05/21/2004) |
| 06/03/2004 | 79 | PRISCS - MOTION for Extension of Time for 30 days to Respond to Discovery Requests by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers. (Corriette, M.) (Entered: 06/09/2004) |

| 06/03/2004 | 80 | OBJECTION to 77 MOTION for Default Judgment and Sanctions filed by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers. (Corriette, M.) (Entered: 06/09/2004) |
|---|---|---|
| 06/17/2004 | 81 | PRISCS - RULING and ORDER granting 74 Motion for Extension of Time to file a motion for summary judgment. The defendants shall file their motion on or before 6/23/04 . Signed by Judge Holly B. Fitzsimmons on 6/15/04. (Jaiman, R.) (Entered: 06/22/2004) |
| 06/21/2004 | 84 | PRISCS - MOTION for Default Entry 55(a), Contempt of Court and Sanctions by Duane Ziemba.Responses due by 7/12/2004(Corriette, M.) (Entered: 06/25/2004) |
| 06/21/2004 | 85 | PRISCS - RESPONSE re 80 OBJECTION to 77 Motion for Default and Sanctions filed by Duane Ziemba. (Corriette, M.) (Entered: 06/25/2004) |
| 06/24/2004 | 82 | ELECTRONIC ORDER denying without prejudice 77 Motion for Default Judgment, denying without prejudice 77 Motion for Sanctions. Plaintiff may renew these motions if defendants fail to provide the outstanding discovery by Friday, July 2, 2004. Signed by Judge Holly B. Fitzsimmons on 6/24/04. (Esposito, A.) (Entered: 06/24/2004) |
| 06/24/2004 | 83 | ELECTRONIC ORDER granting 79 Motion for Extension of Time. Defendants will produce all outstanding discovery on or before Friday, July 2, 2004. Signed by Judge Holly B. Fitzsimmons on 06/24/04. (Esposito, A.) (Entered: 06/24/2004) |
| 06/24/2004 | 86 | PRISCS - MOTION for Extension of Time to 8/23/04 to File Motion for Summary Judgment by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers. (Corriette, M.) (Entered: 06/25/2004) |
| 07/06/2004 | 87 | PRISCS - NOTICE of Compliance with Discovery Requests by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers (Corriette, M.) (Entered: 07/14/2004) |
| 07/07/2004 | 88 | PRISCS - MOTION For Court Permission to Copy Videotape by Duane Ziemba.Responses due by 7/28/2004 (Corriette, M.) (Entered: 07/15/2004) |
| 07/07/2004 | 89 | PRISCS - OBJECTION re 86 MOTION for Extension of Time to file Motion for Summary Judgment filed by Duane Ziemba. (Corriette, M.) (Entered: 07/15/2004) |
| 07/09/2004 | 90 | PRISCS - MOTION for Telephone Conference by Duane Ziemba. (Corriette, M.) (Entered: 07/16/2004) |
| 07/19/2004 | 91 | NOTICE OF E-FILED ORDER. THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE. ORDER granting in part and denying in part 86 Motion for Extension of Time to 8/23/04. The extension of time is granted to 8/2/04 . Signed by Judge Janet C. Hall on 7/19/04. (Boroskey, C.) (Entered: 07/19/2004) |
| 07/29/2004 | 92 | PRISCS - MOTION for Summary Judgment by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers.Responses due by |

| | | |
|---|---|---|
| | | 8/19/2004 (Attachments: # 1 Memorandum in Support# 2 Attachments A-M Submitted in paper form only# 3 Table of Contents# 4 Local Rule Statement)(Corriette, M.) (Entered: 07/30/2004) |
| 08/05/2004 | 93 | PRISCS - MOTION for Extension of Time for 30 days from the date all outstanding discovery is resolved to File Response as to 92 MOTION for Summary Judgment by Duane Ziemba. (Corriette, M.) (Entered: 08/06/2004) |
| 08/06/2004 | 94 | PRISCS - MOTION to Compel Discovery by Duane Ziemba.Responses due by 8/27/2004 (Corriette, M.) (Entered: 08/11/2004) |
| 08/06/2004 | 95 | PRISCS - MOTION to Compel Discovery by Duane Ziemba.Responses due by 8/27/2004 (Corriette, M.) (Entered: 08/11/2004) |
| 08/06/2004 | 96 | PRISCS - MOTION to Compel Discovery by Duane Ziemba.Responses due by 8/27/2004 (Corriette, M.) (Entered: 08/11/2004) |
| 08/06/2004 | 97 | PRISCS - MOTION to Compel Discovery by Duane Ziemba.Responses due by 8/27/2004 (Corriette, M.) (Entered: 08/11/2004) |
| 08/06/2004 | 98 | PRISCS - MOTION to Compel Discovery by Duane Ziemba.Responses due by 8/27/2004 (Corriette, M.) (Entered: 08/12/2004) |
| 08/06/2004 | 99 | PRISCS - MOTION to Compel Discovery by Duane Ziemba.Responses due by 8/27/2004 (Corriette, M.) (Entered: 08/12/2004) |
| 08/06/2004 | 100 | PRISCS - MOTION to Compel Production of Documents by Duane Ziemba.Responses due by 8/27/2004 (Corriette, M.) (Entered: 08/12/2004) |
| 08/17/2004 | 101 | PRISCS - OBJECTION re 94 MOTION to Compel, 95 MOTION to Compel, 96 MOTION to Compel, 97 MOTION to Compel, 98 MOTION to Compel, 99 MOTION to Compel, 100 MOTION to Compel filed by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers. (Corriette, M.) (Entered: 08/18/2004) |
| 08/23/2004 | 102 | NOTICE OF E-FILED ORDER. THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE. ORDER granting 88 Motion for court permission to copy videotape of evidence in this case . Signed by Judge Janet C. Hall on 8/23/04. (Boroskey, C.) (Entered: 08/23/2004) |
| 09/08/2004 | 103 | ORDER granting 93 Motion for Extension of Time to File Response/Reply as to 92 MOTION for Summary Judgment Responses due by 10/15/2004. Signed by Judge Janet C. Hall on 9/8/04. (Boroskey, C.) (Entered: 09/08/2004) |
| 09/08/2004 | | PRISCS Reset Deadline as to 92 MOTION for Summary Judgment. Responses due by 10/15/2004. (Larsen, M.) (Entered: 09/09/2004) |
| 09/10/2004 | 104 | PRISCS - RULING granting 94 Motion to Compel, granting 95 Motion to Compel, granting 96 Motion to Compel, denying 97 Motion to Compel, granting 98 Motion to Compel, denying 99 Motion to Compel, granting in part and denying in part 100 Motion to Compel . Signed by |

| | | |
|---|---|---|
| | | Judge Janet C. Hall on 9/10/04. (Jaiman, R.) (Entered: 09/16/2004) |
| 09/23/2004 | 105 | PRISCS - Memorandum in Opposition re 92 MOTION for Summary Judgment filed by Duane Ziemba. (Attachments: # 1 Memorandum in Support pgs 1-20# 2 Memorandum in Support pgs 21-40 # 3 Memorandum in Support pgs. 41-73 # 4 Affidavit of Duane Ziemba # 5 Local Rule Statement # 6 Affidavit re: exhibits(exhibits submitted in paper form only)(Corriette, M.) (Entered: 09/30/2004) |
| 10/20/2004 | 106 | NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER denying 84 Motion for Contempt, denying 84 Motion for Default Entry 55(a), denying 84 Motion for Sanctions, denying as moot in light of Court's ruling on 9/10/04 90 Motion for Conference . Signed by Judge Janet C. Hall on 10/20/04. (Boroskey, C.) (Entered: 10/20/2004) |
| 11/01/2004 | 107 | PRISCS - MOTION to file Amended Interrogatories on Defendant Armstrong by Duane Ziemba.Responses due by 11/22/2004 (Corriette, M.) (Entered: 11/04/2004) |
| 11/23/2004 | 108 | PRISCS Memorandum in Opposition re 107 MOTION to Amend Interrogatories on Defendant Armstrong, filed by John J. Armstrong, Keven DeGray, Reginald MacAllister, Larry Myers. (Larsen, M.) (Entered: 11/29/2004) |
| 03/28/2005 | 109 | PRISCS - RULING and ORDER granting 92 Motion for Summary Judgment, denying 107 Motion to file Amended Interrogatories. . Signed by Judge Janet C. Hall on 3/28/05. (Jaiman, R.) (Entered: 03/29/2005) |
| 06/14/2005 | 110 | PRISCS - MOTION for Trial Memorandum to be Ordered and Trial Date Scheduled by Duane Ziemba. (Corriette, M.) (Entered: 06/20/2005) |
| 07/08/2005 | 111 | PRO SE PRETRIAL ORDER, Trial Memorandum due by 12/1/2005. Jury Trial set for 1/11/2006 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Janet C. Hall. Pretrial Conference set for 12/12/2005 10:00 AM in Chambers Room 417, 915 Lafayette Blvd., Bridgeport, CT before Judge Janet C. Hall. Signed by Judge Janet C. Hall on 7/8/05. (Beverley, T.) (Entered: 07/11/2005) |
| 07/12/2005 | 112 | NOTICE TO PARTIES, this file is now being maintained in Bridgeport . Signed by Clerk on 7/12/05. (Jaiman, R.) (Entered: 07/12/2005) |
| 07/18/2005 | 113 | MOTION for Entry of Judgment by John J. Armstrong, Keven DeGray, Larry Myers, Reginald MacAllister.Responses due by 8/8/2005 (Corriette, M.) Modified on 7/18/2005 (Corriette, M.). (Entered: 07/18/2005) |
| 07/18/2005 | | Docket Entry Correction re 113 MOTION for Judgment, edited to remove PRISCS from text. (Corriette, M.) (Entered: 07/18/2005) |
| 07/18/2005 | 114 | ORDER granting 110MOTION for Trial Memorandum to be Ordered and Trial Date Scheduled - Document #111 . Signed by Judge Janet C. Hall on 7/18/05. (Boroskey, C.) (Entered: 07/18/2005) |
| | | |

| | | |
|---|---|---|
| 07/21/2005 | 115 | OBJECTION re 113 MOTION for Entry of Judgment filed by Duane Ziemba. (Simpson, T.) (Entered: 07/22/2005) |
| 07/21/2005 | 116 | PRISCS - MOTION for return of video tape by John J. Armstrong, Keven DeGray, Larry Myers, Reginald MacAllister.Responses due by 8/11/2005 (Jaiman, R.) (Entered: 07/22/2005) |
| 07/27/2005 | 117 | ORDER granting 116 Motion to return video tape (exhibit M to summary judgment motion #92) . Signed by Judge Janet C. Hall on 7/27/05. (Boroskey, C.) (Entered: 07/27/2005) |
| 07/29/2005 | 121 | OBJECTION to 116 MOTION for return of videotape filed by Duane Ziemba. (Beverley, T.) (Entered: 08/05/2005) |
| 08/03/2005 | 118 | NOTICE TO COUNSEL and PRO SE PARTY RE: E-FILE CALENDAR. PRETRIAL CONFERENCE set for 12/12/2005 at 10:00 AM, 915 Lafayette Blvd., Bridgeport, CT in Courtroom 2, 4th Floor before Judge Janet C. Hall. All persons entering the courthouse must present photo identification. TRIAL COUNSEL and PRO SE PARTY ARE ORDERED BY THE COURT TO BE PRESENT ON THIS DATE AND TIME, AND TO BE PREPARED TO DISCUSS ALL PENDING MOTIONS. ADDITIONALLY, THE PARTIES SHALL BE PREPARED TO DISCUSS THE JOINT TRIAL MEMORANDUM AND ANY OBJECTIONS THERETO OR CONTAINED THEREIN. (Szczygiel, G.) (Entered: 08/03/2005) |
| 08/03/2005 | 119 | NOTICE TO COUNSEL RE: E-FILE CALENDAR. JURY SELECTION set for 1/10/06 at 8:30 AM. JURY TRIAL set for 1/11/2006 09:00 AM, U.S. District Court, 915 Lafayette Blvd.,Courtroom 2,Bridgeport, CT before Judge Janet C. Hall. Please refer to instructions from the Court attached to this docket entry. All persons entering the courthouse must present photo identification. (Szczygiel, G.) (Entered: 08/03/2005) |
| 08/03/2005 | 120 | Docket Entry Correction: Attached to this entry are instructions previously referenced in Jury Selection/Jury Trial entry just prior to this one, which were not included. (Szczygiel, G.) (Entered: 08/03/2005) |
| 08/24/2005 | 122 | Acknowledgement of Receipt of Exhibit M (Video Tape) to document # 92 Motion for Summary Judgment Acknowledgement filed by John J. Armstrong, Keven DeGray, Larry Myers, Reginald MacAllister, signed by Attorney Matthew B. Beizer. (Beverley, T.) (Entered: 09/02/2005) |
| 10/07/2005 | 123 | RULING denying 113 Motion for Judgment. Signed by Judge Janet C. Hall on 10/7/05. (Beverley, T.) (Entered: 10/11/2005) |
| 10/11/2005 | 124 | MOTION for order regarding remaining issues for trial by John J. Armstrong, Keven DeGray, Larry Myers, Reginald MacAllister. (Jaiman, R.) Modified on 10/13/2005 (Jaiman, R.). (Entered: 10/13/2005) |
| 10/13/2005 | | Docket Entry Correction... Removed the PRISCS from the text as this case is no longer a prisoner case re 124 MOTION for regarding remaining issues for trial Order (Jaiman, R.) (Entered: 10/13/2005) |

| 10/18/2005 | 125 | ORDER finding as moot 124 MOTION for order regarding remaining issues for trial. See the court's ruling 123 on the motion for entry of judgment. Signed by Judge Janet C. Hall on 10/18/05. (Boroskey, C.) (Entered: 10/18/2005) |
| --- | --- | --- |
| 11/22/2005 | 126 | E-FILE NOTICE FROM THE COURT: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Jury Selection presently scheduled for 1/10/06 and Jury Trial presently scheduled for 1/11/06 before Judge Janet C. Hall at the U.S. District Court, 915 Lafayette Blvd., Bridgeport, CT has been POSTPONED due to a conflict in the court's schedule. This case will be rescheduled for trial at a later date and time to be determined by said court. SO ORDERED. (Janet C. Hall, U.S.D.J.) (Szczygiel, G.) (Entered: 11/22/2005) |
| 11/29/2005 | 127 | PRISCS - MOTION for Defendants to be held in Contempt by Duane Ziemba. Responses due by 12/20/2005 (Corriette, M.) (Entered: 12/02/2005) |
| 11/29/2005 | 128 | PRISCS - PRE-TRIAL MEMORANDUM by Duane Ziemba. (Corriette, M.) (Entered: 12/02/2005) |
| 11/30/2005 | 129 | OBJECTION to 127 MOTION for Contempt filed by Keven DeGray. (Beverley, T.) (Entered: 12/02/2005) |
| 12/12/2005 | 130 | ORDER TO SHOW CAUSE re: why defendant DeGray, and his counsel should not be held in contempt and penazlized, either by a monetary sanction or by a ruling regarding the conduct of the trial, including evidential sanctions or default judgment, for failure to obey the Pro Se Pretrial Order of this court directing the defendant to servce his version of the Pretrial Memo upon the plaintiff by 11/1/05. Show Cause Response due by 12/23/2005. Signed by Judge Janet C. Hall on 12/9/05. (Beverley, T.) (Entered: 12/13/2005) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 12/14/2005 12:14:31 | | | |
| PACER Login: | ag0031 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:01-cv-02166-JCH |
| Billable Pages: | 8 | Cost: | 0.64 |