United States District Court
District Of Connecticut

FILED

2006 FEB 17 P 4:08
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba

VS.

John Armstrong, et al.

Civil Action No.:
3:01 cv 2166 (JCH)(HBF)

January 27, 2006

Plaintiff's Motion For Renew Of His
Motion For Appointment Of Counsel

The pro se plaintiff hereby respectfully moves this
honorable Court for renew of his priorly filed motion
for appointment of counsel. In support of this
motion the plaintiff represents the following :

This honorable Court by Ruling dated January 29,
2004 [Doc. # 51] denied plaintiff's motion for
appointment of counsel and stated : "Plaintiff may
renew his motion after the completion of discovery
and after a decision on summary judgment."

The discovery has been completed and the decision
on the defendants' Motion for Summary Judgment
has been issued. Ultimately, this case was
set down for jury trial on January 11, 2006 at

9:00 a.m., however, this trial was postponed and not rescheduled.     In Summary: this case is completely ready for resolution through jury trial. The pro se plaintiff is not trained in the law and cannot handle the litigation of the trial of this case. Therefore, the plaintiff respectfully requests this honorable Court to appoint him Counsel — to try this meritorious case.

Plaintiff has diligently tried to obtain counsel on his own to no avail. Please see attached hereto as Exhibit A, the 21 responses by attorneys. And as set forth in his original motion for appointment of counsel, plaintiff remains indigent.

Wherefore, the plaintiff entreats this honorable Court to appoint him trial counsel.

Respectfully Submitted
The Plaintiff
Duane Ziemba
Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470

- 2 -

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this ___6th___ day of ___February 2006___ :

Matthew B. Beizer ; and
Neil Parille
Assistant Attorney's General
110 Sherman Street
Hartford, CT, ~~06##~~ 06105

By _Duane Ziemba_
Duane Ziemba

-3-

# Exhibit A

LAW OFFICES OF
# NUGENT AND BRYANT
236 BOSTON POST ROAD
ORANGE, CONNECTICUT 06477

JAMES A. NUGENT
STEARNS J. BRYANT, JR.
JAMES J. NUGENT*
*BOARD CERTIFIED CIVIL TRIAL LAWYER

JULIA A. NUGENT

FAX (203) 795-1019

TELEPHONE (203) 795-1111

jimnugent@snet.net

April 12, 2004

Duane Ziemba
#128963
Norther Correctional Institution
P. Box 665
Somers, CT 06071

Re: <u>Ziemba v. Armstrong/No. 3:01 CV 2166 (JCH)(HBF)</u>

Dear Duane:

This is to advise that I cannot represent you in connection with the above named case.

Very truly yours,

Jim Nugent

JJN/pro



**Koskoff Koskoff & Bieder** *PC*

March 29, 2004

*Law Offices*

*P.O. Box 1661*
*Bridgeport, CT 06601*

*350 Fairfield Avenue*
*Bridgeport, CT 06604*

*(203) 336-4421*
*FAX (203) 368-3244*

*e-mail: kkb@koskoff.com*
*www.koskoff.com*

*Theodore I. Koskoff*
*(1913-1989)*
*Michael P. Koskoff*
*Richard A. Bieder ***
*Joel H. Lichtenstein*
*John D. Jessep*
*Christopher D. Bernard ***
*Carey B. Reilly*
*James D. Horwitz*
*Vincent M. Musto*
*Joshua D. Koskoff*
*Regina M. Murphy*
*Antonio Ponvert III*
*Kathleen L. Nastri*
*Gertrude A. Kiaunis*
*J. Craig Smith*
*Lillian C. Gustilo*

*\*Certified Civil Trial Advocate*
*National Board of Trial Advocacy*

*Of Counsel*
*James Wu, LLC*

*Paralegals*
*Linda Grossberg*
*Barbara Barbiero*
*Beth Vogler*
*Diana V. Orozco*
*Patricia M. Harris*
*Marge Esposito*
*Wendy Grosso*
*Deborah A. Dinan*
*Diane C. Rivera*
*Diane L. Zalewski*
*Terri L. Beatty*
*Janet E. Mitchell*

INMATE LEGAL CORRESPONDENCE

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

Re:    <u>Ziemba v. Armstrong/No. 3:01 CV 2166 (JCH)(HBF)</u>

Dear Mr. Ziemba:

This is to advise that I cannot represent you in connection with the above named action.

Sincerely,

Antonio Ponvert III

APIII/sc

cc:  James L. Nugent

a

# SILVER GOLUB & TEITELL LLP

RICHARD A. SILVER
DAVID S. GOLUB
ERNEST F. TEITELL
PATRICIA M. HAUGH (1942-1988)
JOHN D. JOSEL*
MARIO DINATALE*
JONATHAN M. LEVINE
MARILYN J. RAMOS*
PAUL A. SLAGER*
ANGELO A. ZIOTAS
MARY G. CURRY
KATHLEEN L. BRANDT*
PETER MASON DREYER*
KAREN A. ANDERSON*

*ALSO ADMITTED IN NY

LAW OFFICES
THE HERITAGE BUILDING
184 ATLANTIC STREET

MAIL ADDRESS
POST OFFICE BOX 389
STAMFORD, CONNECTICUT 06904

TELEPHONE
(203) 325-4491
FACSIMILE
(203) 325-3769

April 2, 2004

Duane Ziemba # 128963
Northern C.I. Box 665
Somers, CT 06071

RE:    Ziemba v. Armstrong
       No. 3:01 CV 2166

Dear Mr. Ziemba:

Due to time constraints of other cases, I am unable to consider representing you in the above-referenced matter. It is possible that Norman Pattis at Williams and Pattis LLC, 51 Elm Street, Suite 409, New Haven, Connecticut 06510 may be in a position to represent you.

As you requested, I am returning the copy of the complaint you sent me.

Very truly yours,

DAVID S. GOLUB

DSG/ng
Enclosure

3

# ROSEN & DOLAN, P.C.
### ATTORNEYS AT LAW

DAVID N. ROSEN
EDWARD J. DOLAN

400 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
TELEPHONE (203) 787-3513
FAX (203) 789-1605
e-mail: david.rosen@rosendolan.com

April 23, 2004

Mr. Duane Ziemba #128963
Northern CI
P.O. Box 665
Somers, CT 06071

Dear Mr. Ziemba:

Thanks very much for your letter. At this point we simply will not have time to handle your case. I am sorry not to be able to help you and I wish you all the best in pursuing your claim.

I am returning the materials that you sent to me.

Thanks very much again for thinking of us.

Sincerely,

David N. Rosen

DNR/mb
Enclosure

4

# Shipman & Goodwin LLP
COUNSELORS AT LAW

One American Row
Hartford, Connecticut 06103-2819
Phone: (860) 251-5000

Sheila A. Huddleston
Phone: (860) 251-5723
Fax: (860) 251-5699
shuddleston@goodwin.com

April 20, 2004

Mr. Duane Ziemba
# 128963
Northern C. I.
P. O. Box 665
Somers, CT 06071

Dear Mr. Ziemba:

I received your letter dated February 23, 2004. I regret that we cannot help you with your lawsuit. Our resources for pro bono or contingency fee litigation are limited, and no one is available who can assist you.

Sincerely yours,

*Sheila Huddleston*

Sheila A. Huddleston

Hartford            Stamford            Lakeville            Boston

**BINGHAM McCUTCHEN**

**Ben M. Krowicki**
**Direct Dial No.**
**(860) 240-2926**

**Email: ben.krowicki@bingham.com**

Bingham McCutchen LLP
One State Street
Hartford, CT
06103-3178

860.240.2700
860.240.2800 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

April 6, 2004

Mr. Duane Ziemba # 128963
Northern C.I.
P O Box 665
Somers, CT 06071

Dear Mr. Ziemba:

We have reviewed and are returning your recent correspondence.
Unfortunately, we will be unable to assist you with this matter at this time.

We wish you the best of luck.

Very truly yours,

Ben M. Krowicki
BMK/lam

6

CTDOCS:1584007.1

*Paul R. Kraus*

| | |
|---|---|
| *Attorney at Law* | *129 Church Street, Suite 518* |
| *A Professional Corporation* | *New Haven, Connecticut 06510* |
| | *(203) 867-4088* |
| *Admitted in Connecticut,* | *Fax: (203) 867-4147* |
| *New York and Washington, D.C.* | *e-mail: kraus@prkade.com* |

March 18, 2004

Duane Ziemba, Inmate No. 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

        Re:   <u>Request for representation of 3-4</u>

Dear Mr. Ziemba:

        I have received your request for representation of March 4, 2004 and I will not be able to represent you.  I wish you luck in finding representation.

        I am returning your materials herewith.

                                Very truly yours,

                                *[signature]*

                                Paul R. Kraus

7

# HOWD & LUDORF

### ATTORNEYS AT LAW

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◊
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DeMERCHANT◊
ALEXANDRIA L. VOCCIO◊
BEATRICE S. JORDAN
JAY T. DonFRANCISCO
JOHN J. RADSHAW, III◊
DeANN K.SEYMOUR
ERIC D. EDDY
MARTHA A. SHAW*
MELANIE A. DILLON
MAGDALENA P. PARNELL*
DARREN B. TALLMAN
CHRISTOPHER J. PICARD
ADAM P. MAURIELLO

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

————

(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

————

OF COUNSEL
JOHN R. LILLIENDAHL, III◊

————

RETIRED
EDWARD S. LUDORF

————

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◊ALSO ADMITTED IN NEW YORK
◦ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS

March 9, 2004

Mr. Duane Ziemba
#128963
Northern Correctional Institute
P.O. Box 665
Somers, CT  06071

Dear Mr. Ziemba:

Thank you for your letter of March 3, 2004.  Your letter has been directed to my attention for review.

Howd & Ludorf is not able to assist you in this case.  Offhand, I do not know of any particular attorney who would be interested in the case.  However, I am aware of the civil pro bono program offered through the federal court.  This is a program in which Judge Stefan Underhill assigns counsel to trial ready cases.  Your request for a lawyer through that program should be directed to his attention.

I do note that your case appears to be brought after the applicable statute of limitations (three years for constitutional claims).

Very truly yours,

Michael J. Rose

MJR/lgw
Enclosure

8

LAW OFFICES OF

# ROBERT SULLIVAN

ROBERT J. SULLIVAN, JR.
Also admitted in California

190 MAIN STREET
WESTPORT, CONNECTICUT 06880

V/TDD
(203) 227-1404

Telephone (203) 227-1404
Facsimile (203) 226-6403
Email rjslaw@optonline.net

March 5, 2004

Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT 06071

Dear Mr. Ziemba:

I am writing in response to your recent letter dated March 3, 2004.

Thank you very much for considering this office in connection with your lawsuit. Unfortunately, this office is not in a position to provide assistance to you in this matter. I am, therefore, returning to you the information packet you forwarded to me.

**PLEASE BE ADVISED THAT THERE ARE STATUTES OF LIMITATIONS WHICH COULD CAUSE YOU TO LOSE ANY RIGHT YOU MAY HAVE TO SUE IF YOU DO NOT ACT QUICKLY. YOU SHOULD RESEARCH THE APPROPRIATE STATUTES, OR IMMEDIATELY HIRE COUNSEL TO HELP YOU IN THAT REGARD. NOTHING IN THIS LETTER SHOULD BE CONSTRUED AS AN EFFORT TO COUNSEL YOU WITH RESPECT TO THE STATUTE OF LIMITATIONS. I HAVE, IN FACT, NOT LOOKED INTO THE STATUTE OF LIMITATIONS AS IT RELATES TO YOUR CLAIM.**

I wish you well in your endeavors.

Sincerely,

Robert J. Sullivan, Jr.

RJS:dee
Enclosures

9

# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
TIMOTHY J. MAHONEY
CHRISTY H. DOYLE
ELIZABETH BROOKS

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

February 26, 2004

Mr. Duane Ziemba
Inmate No. 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

**PRIVILEGED CORRESPONDENCE**

Dear Mr. Ziemba:

Thank you very much for your Valentine's Day letter. However, I am simply unable to take any cases of this sort on a pro bono or contingency basis at this point. I realize that is disappointing to you, and I am very, very grateful for your continued interest in me and in this firm. However, the practice of law is expensive and I am unable at this point to meet my other commitments while offering you the assistance that you require.

I am returning to you the material you sent to me because you may need it to secure the services of another lawyer.

I wish you the very best of luck.

Sincerely,

NORMAN A. PATTIS

NAP:paa
Encl.

10

# BROWN RAYSMAN

**BROWN RAYSMAN MILLSTEIN FELDER & STEINER** LLP

Joseph M. Pastore III
partner
860-275-6426
jpastore@brownraysman.com

February 20, 2004

Mr. Duane Ziemba
#128963
Northern C.I>
P.O. Box 665
Somers, CT  06071

        Re:    <u>Potential Litigation</u>

Dear Mr. Wood:

        Thank you for your letter dated February 10, 2004 wherein you are asking our firm to represent you in connection with the above-referenced matter.  We accept representation such as this only when requested by the Federal Courts.  We wish you success in your endeavor to obtain legal representation.  We are also returning your documents to you along with this letter.

        Very truly yours,

*Joseph M. Pastore*

Joseph M. Pastore III (Srl)

JMP:jpl
Enclosures

HARTFORD 83094v1

**BROWN RAYSMAN MILLSTEIN FELDER & STEINER** LLP CITYPLACE II 185 ASYLUM STREET HARTFORD CT 06103 T 860-275-6400 F 860-275-6410 brownraysman.com

# CHARLES D. O'HARA, JR., P.C.

### ATTORNEY AT LAW

—

TEL (203) 333-3434
(203) 929-8831
FAX (203) 368-1055

2145 NORTH AVENUE
BRIDGEPORT, CT 06604-2495

April 23, 2003

Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT 06071

Re:     Lawsuit

Dear Sir:

I am in receipt of your correspondence.

Unfortunately, due to time constraints and my current caseload I am unable to handle your case.

I wish you luck in your legal endeavor.

Very truly yours,
Charles D. O'Hara, Jr., P.C.

Charles D. O'Hara, Jr.

CDO/tmg

12

# Day, Berry & Howard LLP

### COUNSELLORS AT LAW

March 18, 2003

Mr. Duane Ziemba
#128963 Northern Correctional Center
P.O. Box 665
Somers, CT 06071

Dear Mr. Ziemba:

    We are in receipt of your recent letter in which you request legal assistance through our pro bono program.  Our Pro Bono Committee has reviewed your request.  We regret that we will not be able to represent you at this time.

Very truly yours,

Day, Berry & Howard LLP

MRH:kmb

CityPlace I  |  Hartford, CT 06103  |  *t* 860 275 0100 *f* 860 275 0343

Boston   Greenwich   Hartford   New York   Stamford   *www.dbh.com*

13

# MURTHA CULLINA LLP

A T T O R N E Y S   A T   L A W

CITYPLACE 1
185 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-3469

TELEPHONE (860) 240-6000
FACSIMILE (860) 240-6150
www.murthalaw.com

LISSA J. PARIS
(860) 240-6032
LPARIS@MURTHALAW.COM

March 11, 2003

Mr. Duane Ziemba, #128963
Northern C.I.
P.O. Box 665
Somers, Connecticut  06071

Dear Mr. Ziemba:

    I regret that we cannot represent you.  Good luck in finding counsel.

           Sincerely yours,

           *Lissa J. Paris /vos*

           Lissa J. Paris

*14*

EVANS, FELDMAN & BOYER, L.L.C.
ATTORNEYS AT LAW

JACK H. EVANS
RICHARD C. FELDMAN
PHOEBE B. BOYER*
KEITH R. AINSWORTH
JAMES P. BROCHIN

*RETIRED

261 BRADLEY STREET
P.O. BOX 1694
NEW HAVEN, CONNECTICUT 06507-1694

TELEPHONE
(203) 772-4900

TELECOPIER
(203) 782-1356

March 3, 2003

Mr. Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT   06071

Dear Mr. Ziemba:

We are returning herewith your letter of February 17, 2003.  Unfortunately our firm does not handle this area of practice.

Very truly yours,

*Richard C. Feldman*

Richard C. Feldman

RCF:ja
Enclosure

15

# CLENDENEN & SHEA, LLC

Attorneys at Law

---

William H. Clendenen, Jr.
Kevin C. Shea
Nancy L. Walker
Thomas C. Pellegrino
Thomas J. McHale
James E. Clifford

400 Orange Street
P.O. Box 301
New Haven, Connecticut 06502-301

---

Telephone 203-787-1183
Telecopier 203-787-2847
E-Mail: office@clenlaw.com

---

Janet O. Marlowe
Lynne M. Tourville
Nadine P. Toce
Legal Assistants

November 7, 2002

Mr. Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, Connecticut   06071

Dear Mr. Ziemba:

Thank you for your letter received November 6, 2002.  Unfortunately, I am unable to be of assistance to you.  Best of luck.

Sincerely,

William H. Clendenen, Jr.
Attorney at Law

WHCj/lmt
Enc.

16

**PULLMAN & COMLEY, LLC**
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS

NANCY DiFONCE LAPERA
MICHAEL N. LaVELLE
JOSEPH M. LODATO
LISA A. MAGLIOCHETTI
THOMAS F. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
GREGORY F. SERVODIDIO
RONALD CASE SHARP

MARGARET M. SHEAHAN
JAMES T. SHEARIN
H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES P. WHITE, JR.
MARJORIE WILDER

SAMUEL A. GILLILAND
(1930-1994)

LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN

KATHERINE E. CAULFIELD
ADAM J. COHEN
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW P. LUNDY
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
PATRICIA SQUIRES
LORI L. UNDERBERGER
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:     Bridgeport
Telephone:    (203) 330-2240

November 7, 2002

Duane Ziemba
#128963
Northern CI
P.O. Box 665
Somers, CT 06071

Dear Mr. Ziemba:

   I am in receipt of your letter of October 21, 2002.  Please be advised that Pullman & Comley, LLC will not be able to help you.

                         Very truly yours,

                         James T. Shearin

JTS:ljb

BPRT/1.1/JTS/456402v1

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
200 PEQUOT AVENUE  P.O. BOX 510  SOUTHPORT, CT 06490-0510  (203) 254-5000  FAX (203) 254-5070
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
350 BEDFORD STREET  STAMFORD, CT 06901-1743  (203) 324-5000  FAX (203) 363-8659
720 HOPMEADOW STREET  SIMSBURY, CT 06070-2225  (860) 651-9348  FAX (860) 651-1431
www.pullcom.com

17

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P. C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
——
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

JENNIFER DOWD DEAKIN
MICHELLE S. GOGLIA
ROWENA A. MOFFETT
SARAAB A. SALEH

——
OF COUNSEL
SHARON KOWAL FREILICH
STEPHEN M. PINCUS
PETER K. MARSH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

July 22, 2002

Mr. Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

Dear Mr. Ziemba:

We have read your letter dated July 11, 2002.

I am very sorry that we are unable to represent you at this time.

Very truly yours,

Kenneth Rosenthal

KR:dwc

# ZELDES, NEEDLE & COOPER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1000 LAFAYETTE BLVD.
POST OFFICE BOX 1740
BRIDGEPORT, CONNECTICUT 06601-1740

TELEPHONE (203) 333-9441
FAX (203) 333-1489

Shelley R. Sadin
(203) 333-9441

December 17, 1999

Duane Ziemba #128963
Northern Correctional Institute
P. O. Box 665
Somers, CT  06071

Dear Mr. Ziemba:

I am sorry, but our office is unable to take on your matter at this time.  I suggest you contact either the Quinnipiac School of Law and/or the University of Connecticut School of Law to see whether either one of their legal clinics can be of assistance to you.

You should contact the clinics mentioned above soon so you do not miss any deadlines for any potential claims.  I have enclosed the documents you forwarded to me.

Sincerely,

Shelley R. Sadin

SRS:egm

Enclosure

19

**FRECHETTE & FRECHETTE**

ATTORNEYS AT LAW
12 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511-6301
PHONE (203) 865-2133
FAX (203) 562-6932

ROGER J. FRECHETTE

MEMBER OF CONNECTICUT
AND NEW YORK BARS

FRANZ P. FRECHETTE

MEMBER OF CONNECTICUT BAR

MATTHEW E. FRECHETTE

MEMBER OF CONNECTICUT
NEW YORK AND FLORIDA BARS

October 18, 1999

<u>VIA CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>
P 936 056 260

Mr. Duane Ziemba #128963
W2-121
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

Dear Mr. Ziemba:

This acknowledges your letter of October 15, 1999.

I regret to inform you that I am unable to take on this case because of the pressure of business.  We have too much work that needs to be done in the immediate future, and, therefore, I must return these documents to you.

We wish you the best of luck.

Very truly yours,

Roger J. Frechette

RJF/kbh
Enclosure

20

**ALLAN B. RUBENSTEIN**
ATTORNEY AT LAW
18 TRUMBULL STREET
NEW HAVEN, CT 06511

TELEPHONE 203-777-6400
FAX 203-782-0921

GRETCHEN SCHAAL
PARALEGAL

October 7, 1999

Duane Ziemba # 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

Dear Mr. Ziemba:

    Thank you for your letter requesting I represent you. However, my practice is primarily devoted to representing claimants seeking Social Security Disability benefits.  This practice demands all of my time.  I am returning the documents which you sent to me.

    I do not and cannot represent you on any matter.

Sincerely,

Allan B. Rubenstein

Enclosures