UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-01-cv-2166 (JCH) |
| | : | |
| JOHN ARMSTRONG, ET AL | : | FEBRUARY 21, 2006 |
|    Defendants | : | |

### ORDER

The court has received the defendants' response to its Order to Show Cause (Doc. No. 130). While the court accepts defendants' apology for their misunderstanding concerning the court's Pretrial Order, the court notes the defendants continue to fail to file a Pretrial Memorandum to date.

The defendants have until **March 1, 2006** to file their Pretrial Memorandum; failing that, the court will enter default against them.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 21st day of February, 2006.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge