UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DUANE ZIEMBA                :          CIVIL NO. 3:01CV2166 (JCH)

    v.                      :

CAPTAIN DeGRAY              :          FEBRUARY 27, 2006

## DEFENDANT'S EXHIBIT LIST

1. Plaintiff's Mittimuses.

2. Plaintiff's DOC Disciplinary Record History.

3. DOC Incident Report Package from Incident of March 3, 1999 at Northern Correctional Institution.

4. DOC Incident Report Package from Incident of March 4, 1999 at Northern Correctional Institution.

5. DOC Incident Report Package from March 4, 1999 at approximately 5:00 p.m.

6. DOC Incident Report Package from March 4, 1999 at approximately 2:00 p.m.

7. DOC Incident Report Package from March 5, 1999 at approximately 4:00 p.m.

8. DOC Restraint Checklist for March 4, 1999 to March 5, 1999.

9. DOC Medical Incident Reports for period of plaintiff's restraint on March 4, 1999 and March 5, 1999.

10. DOC Security Division Videotape detailing multiple incidents involving the plaintiff in March 1999 at Northern Correctional Institution.

11. Plaintiff's DOC medical file pertinent to the time frame of the March 1999 incident.

12. Entries from Facility Log Book, March 4, 1999 to March 5, 1999.

13. Entries from Unit Log Book, 2 West, March 4, 1999 to March 5, 1999.

        DEFENDANT
        Kevin DeGray

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____/s/_____
        Matthew B. Beizer
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct16304
        E-Mail: matthew.beizer@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 27th day of February, 2006:

Duane Ziemba #128963
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT  06470

        _____/s/_____
        Matthew B. Beizer
        Assistant Attorney General