UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | CIVIL NO. 3:01CV2166 (JCH) |
| v. | : | |
| CAPTAIN DeGRAY | : | FEBRUARY 27, 2006 |

**DEFENDANT'S PROPOSED VERDICT FORM**

We, the jury, unanimously find the following:

**Part I.    LIABILITY**

1. Did the plaintiff prove by a preponderance of the evidence that the defendant violated plaintiff's Eighth Amendment right to be free from excessive force used against him sadistically and maliciously for the very purpose of causing harm?

    Yes _____         No _____

If you responded "No" this concludes your deliberations. Have the foreperson sign and date the form and notify the clerk that you have reached a verdict. If you responded "Yes" proceed to Part II.

**Part II.**     **<u>DAMAGES</u>**

2.     Did the plaintiff prove by a preponderance of the evidence that he suffered any actual damages that were proximately caused by the violation of his constitutional rights?

Yes _____     No _____

If you responded "No" proceed to Question 3. If you responded "Yes" list the amount of damages you find to be fair and reasonable.

_____
Compensatory Damages

Proceed to Question 4.

3.     If you responded "No" to Question 2, do you find an award of one dollar in nominal damages appropriate?

Yes _____     No_____

4. If you responded "Yes" to Questions 2 or 3, and keeping in mind the Court's instructions on punitive damages, do you find that the defendant should be punished or deterred from future misconduct by an award of punitive damages?

Yes _____          No _____

If <u>yes</u>, what amount of damages should be paid under the law as I have instructed you?

_____
       Punitive Damages

When you have finished answering the appropriate questions on this form, you may report your verdict.

The form should be signed and dated by the foreperson.

_____          _____
       Foreperson                                       Date

```
                                         DEFENDANT
                                         Kevin DeGray

                                         RICHARD BLUMENTHAL
                                         ATTORNEY GENERAL


                                 BY:  _____/s/_____
                                         Matthew B. Beizer
                                         Assistant Attorney General
                                         110 Sherman Street
                                         Hartford, CT 06105
                                         Federal Bar #ct16304
                                         E-Mail: matthew.beizer@po.state.ct.us
                                         Tel: (860) 808-5450
                                         Fax: (860) 808-5591
```

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 27th day of February, 2006:

Duane Ziemba #128963
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

```
                                         _____/s/_____
                                         Matthew B. Beizer
                                         Assistant Attorney General
```