United States District Court
District of Connecticut

FILED

2006 MAR -8 P 1: 06

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba                    | Civil Action No.
                                | 3:01 cv 2166 (JCH)
vs.                             |
                                |
John Armstrong, et al.          | March 6, 2006

Plaintiff's Motion For An Extension Of Time
To File Amended Trial Memorandum

The plaintiff hereby respectfully moves this honorable
Court for a thirty (30) day extension of time,
following Court's ruling on his pending Motion for
appointment of Counsel, to file an amended
trial memorandum. In support of this motion the
plaintiff represents the following :

1. By order of the Court dated July 8, 2005 -- the
Court ordered : "Defendant(s) will provide its
Pretrial Memorandum to Plaintiff on or before
November 1, 2005", and "Plaintiff will adopt,
supplement, or file his own Pretrial Memorandum
on or before December 1, 2005."

2. Plaintiff, notwithstanding being extremely

prejudiced due to defendants defying order to file their Pretrial Memorandum, nevertheless filed his Pretrial Memorandum on 11/22/05. Which is grossly defective -- as plaintiff is pro se, not trained in the law, and did not have defendants (ordered) Pretrial Memorandum to thereby assist in drafting his own.    Only just recently on 2/27/06 did the defendants decide to comply with this Court's Order and file their Pretrial Memorandum.

3. Via Motion dated 1/27/06 plaintiff moved for renew of his motion for appointment of Counsel. And accordingly needs the assistance of legal Counsel to draft and file a proper Pretrial Memorandum.

  Wherefore, for all of the foregoing reasons plaintiff entreats this Court to grant him thirty (30) days following ruling on his pending motion for appointment of Counsel, to submit an amended Pretrial Memorandum.

         Respectfully Submitted
         Duane Ziemba/ Duane Ziemba
         Garner C.I   50 Nunnawauk Road
         Newtown, CT. 06470

                        -2-

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of March 2006:

Matthew B. Beizer; and
Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By Duane Ziemba
Duane Ziemba