UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DUANE ZIEMBA** | : | CIVIL ACTION NO. |
| | : | 3:01 CV 02166 (JCH) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| JOHN J. ARMSTRONG, KEVEN DEGRAY, | : | |
| REGINALD MACALLISTER AND | : | |
| LARRY MYERS | : | |
| | : | |
| Defendants. | : | MAY    , 2006 |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)

The parties, having resolved this matter, agree and stipulate to the dismissal of this action pursuant to Rule 41(a)(1) of Federal Rules of Procedure with prejudice.

The Plaintiff,

_Duane Ziemba   May 11, 2006_
Duane Ziemba
274 Plaza Drive
Middletown, CT 06457
Pro Se

The Defendants,

_____
Matthew B. Beizer
Attorney General's Office
110 Sherman Street
Hartford, CT 06105-2294
(860)808-5450
(860)808-5591 (fax)
matthew.beizer@po.state.ct.us

## CERTIFICATION

      I hereby certify that a copy of the foregoing has been mailed postage pre-paid first class to:

Duane Ziemba
274 Plaza Drive
Middletown, CT 06457

Jim Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

_____5-15-06_____                                   _____
Date                                                                    Matthew B. Beizer